# MONTHLY OPERATING REPORT

CHAPTER 11

CASE NAME: <u>Michael Allen Worley</u>

CASE NUMBER: <u>18-10017</u>    For Period <u>1/9</u> to <u>1/31</u>, 20<u>18</u>.

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing.  File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {✓} | { } | Comparative Balance Sheet (FORM 2-B) |
| {✓} | { } | Profit and Loss Statement (FORM 2-C) |
| {✓} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| {✓} | { } | Supporting Schedules (FORM 2-E) |
| { } | { } | Narrative (FORM 2-F) |
| {✓} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: __3/19/18__
(date)

Debtor(s)*: _____

By:**

Position:

Name of preparer: __Shan 2 Wase__, CPA

Telephone No. of Preparer __225-928-4770__

* both debtors must sign if a joint petition

** for corporate or partnership debtor

Form 2-A
1/18

CASE NAME: Michael Allen Worley

CASE NUMBER:   18-10017

## COMPARATIVE BALANCE SHEET

**ASSETS:**

| | Filing Date | Month | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|---|
| | 1/8/2018 | 01/2018 | | | | | | |
| **CURRENT ASSETS:** | | | | | | | | |
| Cash................................................ | 4,000 | 4,000 | | | | | | |
| Accounts Receivable, Net................ | | | | | | | | |
| Inventory, at lower of cost or market.. | | | | | | | | |
| Prepaid expenses & deposits............. | | | | | | | | |
| Other _____ | | | | | | | | |
| TOTAL CURRENT ASSETS............. | 4,000 | 4,000 | | | | | | |
| PROPERTY, PLANT & EQUIPMENT.. | | | | | | | | |
| Less accumulated depreciation........... | | | | | | | | |
| NET PROPERTY, PLANT & EQUIPMENT.. | | | | | | | | |
| **OTHER ASSETS** | | | | | | | | |
| Real Estate | 4,250,000 | 4,250,000 | | | | | | |
| Personal & Household Items, Vehicles | 2,401,000 | 2,401,000 | | | | | | |
| Interests in Non-Publically Traded Businesses | 73,500,000 | 73,500,000 | | | | | | |
| Life Insurance - Surrender Value | 300,000 | 300,000 | | | | | | |
| TOTAL OTHER ASSETS.................. | 80,451,000 | 80,451,000 | | | | | | |
| **TOTAL ASSETS.............................** | 80,455,000 | 80,455,000 | | | | | | |

If assets are carried a historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative). All subsequent reports must then carry these assets at that value. Do not use historical cost one month and fair market value the next.

FORM 2-B
Page 1 of 2
1/18

CASE NAME: Michael Allen Worley

CASE NUMBER: 18-10017

COMPARATIVE BALANCE SHEET

| LIABILITIES: | Filing Date 1/8/2018 | Month 01/2018 | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|---|
| POST-PETITION LIABILITIES: | | | | | | | | |
| Taxes payable (Form 2-E, pg.1 of 3)...... | | | | | | | | |
| Accounts payable (Form 2-E, pg.1 of 3)...... | | | | | | | | |
| Other:____ | | | | | | | | |
| TOTAL POST-PETITION LIABILITIES...... | | | | | | | | |
| PRE-PETITION LIABILITIES: | | | | | | | | |
| Notes payable – secured...... | 6,250,000 | 6,250,000 | | | | | | |
| Priority debt...... | | | | | | | | |
| Unsecured debt...... | 106,711,372 | 106,711,372 | | | | | | |
| Other____ | | | | | | | | |
| TOTAL LIABILITIES...... | 112,961,372 | 112,961,372 | | | | | | |
| EQUITY (DEFICIT) | | | | | | | | |
| PREFERRED STOCK...... | | | | | | | | |
| COMMON STOCK...... | | | | | | | | |
| RETAINED EARNINGS: | | | | | | | | |
| Through filing date...... | | | | | | | | |
| Post filing date...... | | | | | | | | |
| TOTAL EQUITY (NET WORTH)...... | (32,506,372) | (32,508,372) | | | | | | |
| TOTAL LIABILITIES & EQUITY...... | | | | | | | | |

CASE NAME: Michael Allen Worley

CASE NUMBER: 18-10017

PROFIT AND LOSS STATEMENT          N/A

| | Month 01/2018 | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| NET REVENUE | | | | | | | |
| COST OF GOODS SOLD: | | | | | | | |
| Material | | | | | | | |
| Labor - Direct | | | | | | | |
| Manufacturing Overhead | | | | | | | |
| TOTAL COST OF GOODS SOLD | | | | | | | |
| GROSS PROFIT | | | | | | | |
| OPERATING EXPENSES: | | | | | | | |
| Selling and Marketing | | | | | | | |
| General and Administrative (rents, utilities, salaries, etc.) | | | | | | | |
| Other | | | | | | | |
| TOTAL OPERATING EXPENSES | | | | | | | |
| INTEREST EXPENSE | | | | | | | |
| INCOME BEFORE DEPRECIATION OR TAXES | | | | | | | |
| DEPRECIATION OR AMORTIZATION | | | | | | | |
| EXTRAORDINARY EXPENSES * | | | | | | | |
| INCOME TAX EXPENSE (BENEFIT) | | | | | | | |
| NET INCOME (LOSS) | | | | | | | |

*Requires explanation in NARRATIVE (Form 2-F)

FORM 2-C
1/18

CASE NAME: Michael Allen Worley     CASE NUMBER: 18-10017

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period ___1/9___ to ___1/31___, 20_18_

### CASH RECONCILIATION

1. Beginning Cash Balance (Ending Cash Balance
   from last month's report)                                    $_____4,000____

2. Cash Receipts (total Cash Receipts from page
   2 of all FORM 2-D's)
                                                                $_____0____

3. Cash Disbursements (total Cash Disbursements
   from page 3 of all FORM 2-D's)                               $(_____0___)

4. Net Cash Flow                                                $_____0____

5. Ending Cash Balance (to FORM 2-B)                            $_____4,000____

### CASH SUMMARY - ENDING BALANCE

|   | | Amount* | Financial Institution |
|---|---|---|---|
| 1. Real Estate Account | $ | | |
| 2. Trust Account | $ | | |
| 3. Operating and/or Personal Account | $ | 2,000 | MidSouth Bank |
| 4. Payroll Account | $ | | |
| 5. Tax Account | $ | | |
| 6. Other Accounts (Specify checking or savings) | $ | | |
| 7. Cash Collateral Account | $ | | |
| 8. Petty Cash | $ | 2,000 | |
| TOTAL (must agree with line 5 above) | $ | 4,000 | |

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

---

### ADJUSTED CASH DISBURSEMENTS
Cash disbursements on Line 3 above less          *
inter-account transfers & UST fees paid     $_____0____

* NOTE:  This amount should be used to
  determine UST quarterly fees due and agree
  with Form 2-D, page 2 of 4.

CASE NAME: Michael Allen Worley          CASE NUMBER: 18-10017

## QUARTERLY FEE SUMMARY

MONTH ENDED  1/31/2018

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $    0 | | | |
| February | $_____ | | | |
| March | $_____ | | | |
| Total 1st Quarter | $_____ | $_____ | _____ | _____ |
| | | | | |
| April | $_____ | | | |
| May | $_____ | | | |
| June | $_____ | | | |
| Total 2nd Quarter | $_____ | $_____ | _____ | _____ |
| | | | | |
| July | $_____ | | | |
| August | $ | | | |
| September | $ | | | |
| Total 3rd Quarter | $_____ | $_____ | _____ | _____ |
| | | | | |
| October | $ | | | |
| November | $ | | | |
| December | $_____ | | | |
| Total 4th Quarter | $ | $_____ | _____ | _____ |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 or more | 1% of quarterly disbursements or $250,000, whichever is less |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4.  Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

CASE NAME: Michael Allen Worley

CASE NUMBER: 18-10017

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period ___1/9___ to ___1/31___ , 20 18

Account Name: Michael A. Worley  Account Number: _____2306_____
Debtor in Possession

## CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|
|      |                     |        |

Total Cash Receipts        $_____0

CASE NAME: Michael Allen Worley

CASE NUMBER: 18-10017

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period ___1/9___ to ___1/31___, 20_18_

Account Name Michael A. Worley   Account Number: ____2306____
Debtor in Possession

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       |                        |        |

Total Cash Disbursements   $_____0

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

CASE NAME: Michael Allen Worley          CASE NUMBER: 18-10017

**SUPPORTING SCHEDULES**

For Period ___1/9___ to ___1/31___, 20_18_

**POST-PETITION ACCOUNTS PAYABLE AGING REPORT**

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| FITW | 0 | | $ | $ | $ | $ |
| FICA | 0 | | | | | |
| FUTA | 0 | | | | | |
| SITW | 0 | | | | | |
| SUTA | 0 | | | | | |
| OTHER TAX | 0 | | | | | |
| TRADE PAYABLES | 0 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | 0 | | $ | $ | $ | $ |

CASE NAME: Michael Allen Worley          CASE NUMBER: 18-10017

**SUPPORTING SCHEDULES**

For Period _____ 1/9 _____ to ____ 1/31 _____ , 20 18

ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| | 0 | 0 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CASE NAME: Michael Allen Worley          CASE NUMBER: 18-10017

## SUPPORTING SCHEDULES

For Period _____ 1/9 _____ to _____ 1/31 _____ , 20 18

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|------|---------------|--------------|--------------------|--------------|
| ~~Homeowners~~ Workers' Compensation | CHUBB 22784 Ligon Rd | $7MM | 7/8/18 | Yes |
| General Liability | PURE Umbrella | $10MM | 7/8/18 | Yes |
| Property (Fire, Theft) | CHUBB 5514 Moss Side | $250,000 | 3/1/19 | Yes |
| Vehicle | | | | |
| ~~Other (list):~~ | | | | |
| 2016 Ford F-150 | State Farm | | 9/12/18 | Yes |
| 2008 Jeep Wrangler | State Farm | | 5/4/18 | Yes |
| 2010 Airstream | State Farm | | 10/28/18 | Yes |
| 2011 Polaris Ranger | State Farm | | 10/28/18 | Yes |
| 2005 Honda 4 Wheeler | State Farm | | 12/13/18 | Yes |
| 2011 Polaris Sportsman | State Farm | | 8/10/18 | Yes |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent. If "no", explain on Form 2-F, Narrative.

CASE NAME: <u>Michael Allen Worley</u>        CASE NUMBER: <u>18-10017</u>

### NARRATIVE STATEMENT

For Period _____<u>1/9</u>_____ to _____<u>1/31</u>_____, 20<u>18</u>

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period.  Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing.  Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

FORM 2-F
1/18

# MidSouth Bank N.A.

P.O. Box 3745
Lafayette, LA 70502

TouchTone Banking
24-hour access to account information
1-800-452-2267
www.midsouthbank.com

Michael A Worley
Debtor-in-Possession
Case 18-10017
5514 Moss Side Lane
Baton Rouge LA 70808

Date  2/16/18      Page    1
Account Number            2306

## CHECKING ACCOUNT

Simple Checking
Account Number                2306    Statement Dates    1/23/18 thru  2/18/18
Previous Balance               .00    Days This statement period        27
  7 Deposits/Credits     13,212.35    Average Ledger             2,474.34
  10 Checks/Debits       12,758.43    Average Collected          2,474.34
Service Charge                 .00    Minimum Balance for Period      362
Interest Paid                  .00
Current Balance             453.92

### DEPOSITS/CREDITS

| Date | Description | Amount |
|------|-------------|-------:|
| 1/23 | REGULAR DEPOSIT | 1,999.70 |
| 2/07 | MISCELLANEOUS CREDIT | 68.15 |
| 2/08 | REGULAR DEPOSIT | 1,938.50 |
| 2/08 | REGULAR DEPOSIT | 6,000.00 |
| 2/14 | REGULAR DEPOSIT | 642.00 |
| 2/14 | REGULAR DEPOSIT | 2,500.00 |
| 2/14 | Paid Item Fee Reversal | 64.00 |

### MISCELLANEOUS DEBITS

| Date | Description | Amount |
|------|-------------|-------:|
| 2/07 | CHK ORDERS HARLAND CLARKE | 68.15- |
|      | PPD  5580278260  18/02/07 | |
|      | TRACE#  091000010794201 | |
| 2/08 | HEALTH INS HEALTH INS  PREM | 1,223.51- |
|      | PPD  1541507947  18/02/08 | |
|      | TRACE#  071001739612320 | |
| 2/14 | PYMT      STATE FARM RO 27 | 709.90- |
|      | CHECK # 104           ARC | |
| 2/14 | Overdraft paid item fee | 32.00- |
| 2/14 | Overdraft paid item fee | 32.00- |

### CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|-------:|------|----------|-------:|------|----------|-------:|
| 2/14 | 103 | 2,319.82 | 2/12 | 105 | 4,800.00 | 2/13 | 107 | 51.82 |
| 2/14 | 104 | -See above- | 2/12 | 106 | 3,500.00 | 2/14 | 108 | 21.23 |

* Indicates Break In Check Number Sequence

**ACORD**      HDOWNS

# EVIDENCE OF PROPERTY INSURANCE

DATE (MM/DD/YYYY)
2/26/2018

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| AGENCY | PHONE (A/C, No, Ext): (225) 336-3200 | COMPANY |
|---|---|---|
| BXS Insurance<br>P. O. Box 3809<br>Baton Rouge, LA 70821-3809 | | Great Northern Insurance Company<br>15 Mountain View Road<br>Warren, NJ 07059 |

| FAX (A/C, No): (225) 336-4536 | E-MAIL ADDRESS: |
|---|---|
| CODE: 24862 | SUB CODE: |

AGENCY CUSTOMER ID #: WORLEYMI01

| INSURED | Michael Worley & Kathy Cress<br>5514 Moss Side Ln<br>Baton Rouge, LA 70808 | LOAN NUMBER | POLICY NUMBER<br>9801 |
|---|---|---|---|

| EFFECTIVE DATE<br>7/8/2017 | EXPIRATION DATE<br>7/8/2018 | CONTINUED UNTIL<br>TERMINATED IF CHECKED [ ] |
|---|---|---|

THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION

LOCATION/DESCRIPTION
22784 Ligon Rd, Zachary, LA 70791

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

PERILS INSURED   [ ] BASIC   [ ] BROAD   [X] SPECIAL   [ ]

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Dwelling | $7,000,000 | 10,000 |
| Other Structures | $3,500,000 | |
| Medical Payments Each Person | $50,000 | |
| Personal Property | $1,400,000 | |
| Loss of Use | $2,100,000 | |
| Personal Liability Each Occurrence | $1,000,000 | |

## REMARKS (Including Special Conditions)

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

| NAME AND ADDRESS | ADDITIONAL INSURED [ ] | LENDER'S LOSS PAYABLE [ ] | LOSS PAYEE [ ] |
|---|---|---|---|
| | MORTGAGEE [ ] | [X] Other | |
| | LOAN # | | |

| Office of the U.S. Trustee<br>Middle District of Louisiana<br>400 Poydras Street, Ste. 2110<br>New Orleans, LA 70130 | AUTHORIZED REPRESENTATIVE<br>Hannah G Down |
|---|---|

ACORD 27 (2016/03)

© 1993-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD



# Policy Change Summary

**Member Name and Address:**
Michael Worley
Kathy Worley
5514 Moss Side Lane
Baton Rouge, LA 70808

**Effective Date of Change:** 02/26/2018
**Policy Number:** 8402
**Policy Period:** 07/08/2017 to 07/08/2018

02/26/2018

Dear PURE Member,

As requested, we have updated your PURE Personal Excess Liability policy. The changes are outlined below and a revised policy declaration is attached. Please review these changes carefully and contact your agent or PURE Member Services at 888-813-PURE(7873) with any questions. You can also email us at service@pureinsurance.com.

## Summary of Changes

**Added / Deleted:**

|  | Change |
|---|---|
| 22730 Ligon Road 8.71 Acres Zachary LA 70791 | Deleted |

**Revised Policy Charges:**

| Current Policy Term* | | | |
|---|---|---|---|
|  | Prior | After | Change |
| Premium | $1,750.23 | $1,725.28 | -$24.95 |
| Surplus | $70.01 | $69.01 | -$1.00 |
| Total | $1,820.24 | $1,794.29 | -$25.95 |

*Reflects current policy term charges only. See policy declarations for annualized premium.

This is not a bill. You will receive a separate billing statement reflecting any charges or credits to your account

*Disclaimer: This notification is informational only. For detailed contractual information, please refer to your PURE policy documents.*



# Personal Excess Liability Policy
*Revised Declarations Effective 02/26/2018 to 07/08/2018*

**YOUR AGENT**
BXS Insurance
4041 Essen Lane
Suite 400
Baton Rouge, LA 70809
225-336-3200
105085600

Your Declarations summarizes your coverage and premium. Please read your policy, any attached forms and endorsements and your Declarations for a full description of your coverage.

**NAME & ADDRESS OF INSURED**
**Michael Worley**
**Kathy Worley**
5514 Moss Side Lane
Baton Rouge, LA 70808

| | |
|---|---|
| Policy Number | 8402 |
| Change Effective Date | 02/26/2018 To 07/08/2018 at 12:01 AM Standard Time |
| Policy Term | 07/08/2017 To 07/08/2018 at 12:01 AM Standard Time |
| Issuing Company | Privilege Underwriters Reciprocal Exchange |

| COVERAGE | COVERAGE LIMIT |
|---|---|
| Personal Excess Liability Limit | $10,000,000 |
| Excess Uninsured / Underinsured Motorists Limit | $1,000,000 |
| Limited Employment Practices Liability Limit | $250,000 |
| ($10,000 Deductible Applies) | |

This policy was issued based on the following exposures

**OPERATORS**

| NAME | DATE OF BIRTH |
|---|---|
| Michael Worley | 11/29/1961 |
| Kathy Worley | 12/27/1973 |

**PROPERTY**

| ADDRESS LINE 1 | ADDRESS LINE 2 | CITY | STATE | ZIP |
|---|---|---|---|---|
| 22784 Ligon Road | | Zachary | LA | 70791 |
| 510 Lee County Road 911 | | Moro | AR | 72368 |
| 1191 Ted Thompson Rd | | Summit | MS | 39666 |
| 1157 Ted Thompson Rd | 361 Acres vacant land | Summit | MS | 39666 |
| 5514 Moss Side Lane | | Baton Rouge | LA | 70808 |

# Personal Excess Liability Policy

*Page 2*

**Michael Worley**
**Kathy Worley**
Policy Number                8402

| MINIMUM REQUIRED UNDERLYING LIMITS OF LIABILITY | |
| --- | --- |
| Coverage | Minimum Underlying Requirement |
| Private Passenger Automobile, Motorcycle or Motor Home Liability | $250,000/$500,000 Bodily Injury and $100,000 Property Damage or $300,000 Single Limit Liability |
| Private Passenger Automobile – Uninsured/ Underinsured Motorist Coverage | $250,000/$500,000 Bodily Injury or $300,000 Single Limit Liability |
| Personal Liability – Comprehensive Personal Liability and Homeowners Multi-Peril Policies | $300,000 Single Limit Liability |
| Unregistered Vehicles and Recreational Vehicles Liability | $300,000 Single Limit Liability |
| Watercraft Liability: A maximum of 26 feet or 50 HP and hull value less than $1,000,000 | $300,000 |
| Watercraft Liability: A maximum of 42 feet and hull value less than $1,000,000 | $500,000 |
| Watercraft Liability: A maximum of 55 feet and hull value less than $1,000,000 | $1,000,000 |
| Watercraft Liability: A maximum of 75 feet or and a hull value less than $1,000,000 | $1,000,000 |
| Watercraft Liability: Any watercraft greater than 75 feet or with a hull value greater than or equal to $1,000,000 | Hull Value |
| Employment Practices Liability | No underlying insurance required. However a $10,000 deductible applies for each wrongful act. |

# Personal Excess Liability Policy

*Page 3*

**Michael Worley**
**Kathy Worley**
Policy Number          8402

## FORMS & ENDORSEMENTS

The following forms and endorsements are attached for this Policy.

| NAME | FORM NUMBER | EDITION DATE |
|------|-------------|--------------|
| Endorsement Change Summary | PURE-CHG | 05/01/2012 |
| Declarations Page | EX--DEC-LA-001 | 11/01/2016 |
| Additional Insured Endorsement | | 01/01/2007 |

| | |
|---|---:|
| Prior Annual Premium | $1,709 |
| Revised Annual Premium | $1,640 |
| Surplus Contribution | $66 |
| Grand Total | $1,706 |

YOU WILL BE BILLED SEPARATELY FOR ANY PREMIUM DUE.

_____
Authorized Company Representative



# Additional Insured Endorsement
*This endorsement changes the policy. Please read it carefully.*

All provisions and conditions of the policy apply unless they are changed by this endorsement.

It is agreed and understood that with respect to the following locations:

1191 Ted Thompson Rd
Summit MS 39666

361 Acres Vacant Land
1157 Ted Thompson Rd
Summit MS 39666

SECTION I - DEFINITIONS, Insured, is amended to include the following person or entity:

NAME OF PERSON OR ENTITY

Edward A Worley Trust, 2006
5514 Moss Side Lane
Baton Rouge, LA 70808

This coverage will apply only:

1.      In excess of underlying insurance providing coverage for the person or entity listed above or the minimum required underlying limits, whichever is greater; and

2.      To covered damages caused by an occurrence at the residence premises listed above.

All other provisions of this policy apply.

PLA

**State Farm ®**
Providing Insurance and Financial Services

4700 S Providence
Columbia, MO 65217

**StateFarm** 

Attached as requested are your replacement insurance identification cards.  If the attached cards are not accepted by a law enforcement agency or your Department of Motor Vehicle office, please contact your agent to receive additional assistance.

Thank you for choosing State Farm for your insurance needs.

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## IMPORTANT - IDENTIFICATION CARDS
### STATE FARM

**StateFarm**  LOUISIANA AUTO INSURANCE IDENTIFICATION CARD

[X] State Farm Mutual Automobile Ins. Co.    [ ] State Farm Fire and Casualty Co.

4700 S Providence          Columbia, MO  65217
INSURED    WORLEY, MICHAEL A                    MUTL
                                                VOL
POLICY NUMBER        2-18J        RENEWAL EFF.
YR 2016   MAKE FORD              MAR 12 2018   TO SEP 12 2018
MODEL  F150          VIN                          8130
AGENT  GWEN MCCAULEY                          1749-A6B
       JACKSON, LA 70748
PHONE  (225)634-7113      NAIC # 25178
   A D500 G500 H R1 U

EXCLUDED DRIVER(S)
N/A

THIS CARD MUST BE CARRIED IN THE VEHICLE AT ALL TIMES AS
EVIDENCE OF LIABILITY INSURANCE.

**StateFarm**   An insurer authorized to transact business in Louisiana has issued the Motor Vehicle Policy identified hereon. The coverage provided by this policy meets the minimum liability insurance limits prescribed by law.

**IMPORTANT NOTICE**

La. R.S. 32:863.1 requires that an operator of a motor vehicle produce upon demand by a law enforcement officer documentation of motor vehicle security which is required to be maintained within the vehicle at all times.
Failure to comply may result in fines, revocation of registration privileges and block against the renewal or issuance of a driver's license.
Notify your agent promptly or log on to statefarm.com® to initiate the claim filing process.
         For Emergency Road Service call 1-877-627-5757.
    How to identify your coverage. See policy for full name and definition

| A Liability | L  Physical Damage | U1  Uninsured Motor Vehicle PD |
| C Medical Payments | R1 Car Rental and Travel Expenses | UE0  Economic Only Uninsured Mtr Veh |
| D Comprehensive | S  Death, Dismemberment and | |
| G Collision |      Loss of Sight | UNDC Use of Nonowned Cars |
| H Emergency Road Service | U  Uninsured Motor Vehicle | Z  Loss of Earnings |

KEEP A CARD IN YOUR CAR.
THIS CARD IS INVALID IF THE POLICY FOR WHICH IT WAS ISSUED LAPSES OR IS TERMINATED.
**KEEP YOUR CURRENT CARD UNTIL THE EFFECTIVE DATE OF THIS CARD.**
Louisiana requires that this card be carried in the vehicle at all times as evidence of insurance.
A toll free number is available for Emergency Road Service and is located on your insurance card.

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## IMPORTANT - IDENTIFICATION CARDS
### STATE FARM

**StateFarm**  LOUISIANA AUTO INSURANCE IDENTIFICATION CARD

[X] State Farm Mutual Automobile Ins. Co.    [ ] State Farm Fire and Casualty Co.

4700 S Providence          Columbia, MO  65217
INSURED    WORLEY, MICHAEL A                    MUTL
                                                VOL
POLICY NUMBER        2-18J        RENEWAL EFF.
YR 2016   MAKE FORD              MAR 12 2018   TO SEP 12 2018
MODEL  F150          VIN                          8130
AGENT  GWEN MCCAULEY                          1749-A6B
       JACKSON, LA 70748
PHONE  (225)634-7113      NAIC # 25178
   A D500 G500 H R1 U

EXCLUDED DRIVER(S)
N/A

THIS CARD MUST BE CARRIED IN THE VEHICLE AT ALL TIMES AS
EVIDENCE OF LIABILITY INSURANCE.

**StateFarm**   An insurer authorized to transact business in Louisiana has issued the Motor Vehicle Policy identified hereon. The coverage provided by this policy meets the minimum liability insurance limits prescribed by law.

**IMPORTANT NOTICE**

La. R.S. 32:863.1 requires that an operator of a motor vehicle produce upon demand by a law enforcement officer documentation of motor vehicle security which is required to be maintained within the vehicle at all times.
Failure to comply may result in fines, revocation of registration privileges and block against the renewal or issuance of a driver's license.
Notify your agent promptly or log on to statefarm.com® to initiate the claim filing process.
         For Emergency Road Service call 1-877-627-5757.
    How to identify your coverage. See policy for full name and definition

| A Liability | L  Physical Damage | U1  Uninsured Motor Vehicle PD |
| C Medical Payments | R1 Car Rental and Travel Expenses | UE0  Economic Only Uninsured Mtr Veh |
| D Comprehensive | S  Death, Dismemberment and | |
| G Collision |      Loss of Sight | UNDC Use of Nonowned Cars |
| H Emergency Road Service | U  Uninsured Motor Vehicle | Z  Loss of Earnings |

KEEP A CARD IN YOUR CAR.
THIS CARD IS INVALID IF THE POLICY FOR WHICH IT WAS ISSUED LAPSES OR IS TERMINATED.
**KEEP YOUR CURRENT CARD UNTIL THE EFFECTIVE DATE OF THIS CARD.**
Louisiana requires that this card be carried in the vehicle at all times as evidence of insurance.
A toll free number is available for Emergency Road Service and is located on your insurance card.



43349.2  (o1ecla1c)  12-29-2014

MAR 05 2018

**ACORD®**

**HDOWNS**

# EVIDENCE OF PROPERTY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 3/19/2018 |

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| AGENCY | PHONE (A/C, No, Ext): (225) 336-3200 | COMPANY |
|---|---|---|
| BXS Insurance<br>P. O. Box 3809<br>Baton Rouge, LA 70821-3809 | | |
| FAX (A/C, No): (225) 336-4536 | E-MAIL ADDRESS: | |
| CODE: | SUB CODE: | |
| AGENCY CUSTOMER ID #: WORLEYMI01 | | |

| INSURED | Michael Worley<br>5514 Moss Side Ln<br>Baton Rouge, LA 70808 | LOAN NUMBER | | POLICY NUMBER<br>2301 |
|---|---|---|---|---|
| | | EFFECTIVE DATE<br>3/1/2018 | EXPIRATION DATE<br>3/1/2019 | ☐ CONTINUED UNTIL TERMINATED IF CHECKED |
| | | THIS REPLACES PRIOR EVIDENCE DATED: | | |

## PROPERTY INFORMATION

**LOCATION/DESCRIPTION**
Loc # 1, 5514 Moss Side Ln, Baton Rouge, LA 70808

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

| PERILS INSURED | | BASIC | | BROAD | | SPECIAL | | |
|---|---|---|---|---|---|---|---|---|

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Loc # 1<br>Dwelling<br>Personal Property<br>Loss of Use<br>Personal Liability Each Occurrence | <br>$250,000<br>$999,999<br>$1,000,000 | 10,000 |

## REMARKS (Including Special Conditions)

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

| NAME AND ADDRESS | | | ☐ ADDITIONAL INSURED | ☐ LENDER'S LOSS PAYABLE | ☐ LOSS PAYEE |
|---|---|---|---|---|---|
| | | | ☐ MORTGAGEE | | |
| | | | LOAN # | | |
| Office of the U.S. Trustee<br>Middle District of Louisiana<br>400 Poydras Street Ste. 2110<br>New Orleans, LA 70130 | | | AUTHORIZED REPRESENTATIVE<br>*Hannah G. Doss* | | |

ACORD 27 (2016/03)

© 1993-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

If your Policy Form has changed you can go to www.MyFlood.com/PolicyForm to receive an updated copy.

## FLOOD POLICY DECLARATIONS

Dwelling

Revised Declaration

**Mail To:** Agent

```
BANCORP SOUTH INSURANCE SERVICES INC
WRIGHT & PERCY
4041 ESSEN LN STE 400
BATON ROUGE, LA 70809-7318
```

POLICY CHANGES:    FROM:

Mortgagee 3 Info:

TO:

Office of the U.S. Trustee

400 Poydras St Ste 2110

Middle District of Louisian

New Orleans, LA

70130-3238

30482017  02/26/2018

PURLOGO_AGT_MS    _000016569565

 pure

**Policy Number:** 87057830482017

# FLOOD POLICY DECLARATIONS
## Privilege Underwriters Reciprocal Exchange



Preferred Risk

**Type:** Revised Declaration
**Policy Period:** 05/25/2017    05/25/2018
**Original New Business Effective Date:** 05/25/2016
**Reinstatement Date:**
**Form:** Dwelling

For payment status, call: (888) 245-7274    110101
These Declarations are effective
as of: 02/26/2018 at 12:01 AM

### Address Info

**Producer Name and Mailing Address:**
BANCORP SOUTH INSURANCE SERVICES INC
WRIGHT & PERCY
4041 ESSEN LN STE 400
BATON ROUGE, LA 70809-7318

**NFIP Policy Number:**    3048
Agent/Agency #: 10233-00025-000
Reference #:
Phone #: (225)336-3200

**Insured Name and Mailing Address:**
Member Id:    2319
WORLEY, MICHAEL
5514 Moss Side Ln
Baton Rouge, LA 70808-4213

**NAIC Number:** 12873
**Processed by:**
Flood Insurance Processing Center
P.O. Box 2057    Kalispell MT 59903-2057

### Property Info

**Property Location:**
5514 MOSS SIDE LN
BATON ROUGE, LA 70808-4213

**Primary Residence:** Y
**Premium Payor:** Insured
**Flood Risk/Rated Zone:** X    **Current Zone:**
**Community Number:** 22 0058 0245 E
**Community Name:** EAST BATON ROUGE PARISH
**Grandfathered:** No
Post-Firm Construction
**Program Type:** Regular

**Building Description:**
Single Family
Two Floors
No Basement/Enclosure/Crawlspace
Main House
Barn

**Newly Mapped into SFHA:**
**Elev Diff:** N/A
**Elevated Building:** N
Includes Addition(s) and Extension(s)
**Replacement Cost:**    $750,000
**Number of Units:**    1

### Coverage & Rating

| Type | Coverage | Rates | Deduct | Discount | Sub Total | Premium Calculation | |
|------|----------|-------|--------|----------|-----------|---------------------|---|
| Building: | 250,000 | | 1,250 | | | Premium Subtotal: | 344.00 |
| Contents: | 100,000 | | 1,250 | | | Multiplier: | |
| Contents | Lowest Floor Above Ground | | | | | ICC Premium: | 4.00 |
| Location: | Level and Higher Floors | | | | | CRS Discount: | .00 |
| | | | | | | Reserve Fund Assmt: | 52.00 |
| | | | | | | HFIAA Surcharge: | 25.00 |
| | | | | | | Federal Policy Fee: | 25.00 |
| | | | | | | Probation Surcharge: | .00 |
| | | | | | | Endorsement Amount: | .00 |
| Coverage Limitations May Apply. See Your Policy Form for Details. | | | | | | Total Premium Paid: | 450.00 |

### Mortgage Info

**First Mortgage:**
EMMA ANN MAY BREAZEALE
450 LAUREL ST STE 2150
BATON ROUGE, LA 70801-1826
Loan#: 1234

**Loss Payee:**
Office of the U.S. Trustee
Middle District of Louisiana
400 Poydras St Ste 2110
New Orleans, LA 70130-3238

**Second Mortgage:**

**Disaster Agency:**

*M Buchmueller*
Attorney-in-fact, Ross Buchmueller
Privilege Underwriters Reciprocal Exchange

PURLOGO_AGT_MS    _000016569565

# ACORD® VEHICLE OR EQUIPMENT CERTIFICATE OF INSURANCE

DATE (MM/DD/YYYY)
02/26/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

This form is used to report coverages provided to a single specific vehicle or equipment. Do not use this form to report liability coverage provided to multiple vehicles under a single policy. Use ACORD 25 for that purpose.

| PRODUCER | CONTACT NAME: Roberta Adams |
|---|---|
| Gwen McCauley<br>PO Box 278<br>Jackson, LA 70748 | PHONE (A/C, No, Ext): 225 634-7113   FAX (A/C, No): 225 634-7168 |
| | E-MAIL ADDRESS: roberta.s.adams.hwig@statefarm.com |
| | PRODUCER CUSTOMER ID #: |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED | INSURER A : State Farm | |
| Michael A Worley<br>5514 Moss Side Ln<br>Baton Rouge, LA 70808 | INSURER B : | |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |

## DESCRIPTION OF VEHICLE OR EQUIPMENT

| YEAR | MAKE / MANUFACTURER | MODEL | BODY TYPE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|
| 2016 | Ford | F150 | PU | 3130 |
| DESCRIPTION | | | VEHICLE/EQUIPMENT VALUE<br>$ | SERIAL NUMBER |

## COVERAGES          CERTIFICATE NUMBER:          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICY(IES) OF INSURANCE LISTED BELOW HAS/HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD(S) INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICY(IES) DESCRIBED HEREIN IS/ARE SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICY(IES).

| INSR LTR | ADDL INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | VEHICLE LIABILITY | 2-18l | 09/12/2017 | 03/12/2018 | COMBINED SINGLE LIMIT | $ |
| | | | | | | BODILY INJURY (Per person) | $ 250000 |
| | | | | | | BODILY INJURY (Per accident) | $ 500000 |
| | | | | | | PROPERTY DAMAGE | $ 250000 |
| | | GENERAL LIABILITY | | | | EACH OCCURENCE | $ |
| | | ☐ OCCURRENCE | | | | GENERAL AGGREGATE | $ |
| | | ☐ CLAIMS MADE | | | | | |

| INSR LTR | LOSS PAYEE | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS / DEDUCTIBLE | | |
|---|---|---|---|---|---|---|---|---|
| A | X | VEH COLLISION LOSS | | | | ☐ ACV  ☐ AGREED AMT | $ | LIMIT |
| | | | | | | ☐  ☐ STATED AMT | $ 500 | DED |
| | X | VEH COMP  ☐ VEH OTC | | | | ☐ ACV  ☐ AGREED AMT | $ | LIMIT |
| | | | | | | ☐  ☐ STATED AMT | $ | DED |
| | | EQUIPMENT | | | | ☐ ACV  ☐ AGREED AMT | $ | LIMIT |
| | | ☐ BASIC  ☐ BROAD | | | | ☐ RC  ☐ STATED AMT | $ | DED |
| | | ☐ SPECIAL | | | | ☐ | $ | |

REMARKS (INCLUDING SPECIAL CONDITIONS / OTHER COVERAGES) (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

## ADDITIONAL INTEREST

Select one of the following:

[X] The additional interest described below has been added to the policy(ies) listed herein by policy number(s).

[ ] A request has been submitted to add the additional interest described below to the policy(ies) listed herein by policy number(s).

| VEHICLE / EQUIPMENT INTEREST: | ☐ LEASED | ☐ FINANCED |
|---|---|---|

NAME AND ADDRESS OF ADDITIONAL INTEREST

Office of the U.S. Trustee
Middle District of Louisiana
400 Poydras St., Ste. 2110
New Orleans, LA 70130-3238

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

DESCRIPTION OF THE ADDITIONAL INTEREST

[X] ADDITIONAL INSURED   [ ] LOSS PAYEE
[ ] LENDER'S LOSS PAYEE

LOAN / LEASE NUMBER

AUTHORIZED REPRESENTATIVE

© 1997-2015 ACORD CORPORATION. All rights reserved.

ACORD 23 (2016/03)          The ACORD name and logo are registered marks of ACORD

1004361 142987.3 01-26-2016

```
            RMKS                                                    AGENT COPY
                              FEBRUARY 26, 2018           AGENT: FA6B/1749

OLICY#:            2-18I

WORLEY,MICHAEL A
5514 MOSS SIDE LN
BATON ROUGE, LA  70808-4213

                                                PHONE#: (H) 225-603-8578


*VEHICLE SUMMARY**

    16 FORD F150 PICKUP                    VIN:            8130
    DRG: 024  GRG: 021   LRG:05  CLASS: 603H501000      END
    OXD: 09/12/2005
    COV: A 250/500/100, D500, G500, H, R1 25/600, U 250/500
    AGE 55, MCD, AFD 10YR, ANTI-THEFT 10%, ODM 150 06-16,
    LRF L, ANN MLG 10000, VEH USE-PWS, TOTAL DISCOUNT:
    $518.96.

ff date:(02/26/18)  Curr date: (02/26/18)  Time: (03:59 PM)
=============================================================================

O REMARKS: (PLEASE LIST ADD'L INSURED: OFFICE OF THE U.S.TRUSTEE, MIDDLE    )
DISTRICT OF LOUISIANA, 400 POYDRAS STREET, STE. 2110, NEW ORLEANS LA 70130  )
                                                                           )
                                                                           )

EMARKS APPLY TO: Auto
```

```
CCAULEY CLU, GWEN K.
25-634-7113  INITIALS(RSA)
```

# ACORD® VEHICLE OR EQUIPMENT CERTIFICATE OF INSURANCE

DATE (MM/DD/YYYY)
02/26/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

This form is used to report coverages provided to a single specific vehicle or equipment. Do not use this form to report liability coverage provided to multiple vehicles under a single policy. Use ACORD 25 for that purpose.

| PRODUCER | CONTACT NAME: | Roberta Adams | | |
|---|---|---|---|---|
| Gwen McCauley PO Box 278 Jackson, LA 70748 | PHONE (A/C, No, Ext): 225 634-7113 | | FAX (A/C, No): 225 634-7168 | |
| | E-MAIL ADDRESS: roberta.s.adams.hwig@statefarm.com | | | |
| | PRODUCER CUSTOMER ID #: | | | |
| | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| INSURED | INSURER A : State Farm | | | |
| Michael A Worley 5514 Moss Side Ln Baton Rouge, LA 70808 | INSURER B : | | | |
| | INSURER C : | | | |
| | INSURER D : | | | |
| | INSURER E : | | | |

## DESCRIPTION OF VEHICLE OR EQUIPMENT

| YEAR | MAKE / MANUFACTURER | MODEL | BODY TYPE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|
| 2008 | Jeep | Wrangler | | 7291 |
| DESCRIPTION | | | VEHICLE/EQUIPMENT VALUE $ | SERIAL NUMBER |

## COVERAGES

CERTIFICATE NUMBER:                                      REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICY(IES) OF INSURANCE LISTED BELOW HAS/HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD(S) INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICY(IES) DESCRIBED HEREIN IS/ARE SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICY(IES).

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | VEHICLE LIABILITY | 7291 | 11/04/2017 | 04/04/2018 | COMBINED SINGLE LIMIT | $ |
| | | | | | | BODILY INJURY (Per person) | $ 250000 |
| | | | | | | BODILY INJURY (Per accident) | $ 500000 |
| | | | | | | PROPERTY DAMAGE | $ 100000 |
| | | GENERAL LIABILITY | | | | EACH OCCURENCE | $ |
| | | OCCURRENCE | | | | GENERAL AGGREGATE | $ |
| | | CLAIMS MADE | | | | | $ |

| INSR LTR | LOSS PAYEE | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS / DEDUCTIBLE | | |
|---|---|---|---|---|---|---|---|---|
| A | X | VEH COLLISION LOSS | | | | ☐ ACV ☐ AGREED AMT | $ | LIMIT |
| | | | | | | ☐ STATED AMT | | DED |
| A | X | VEH COMP ☐ VEH OTC | | | | ☐ ACV ☐ AGREED AMT | $ | LIMIT |
| | | | | | | ☐ STATED AMT | | DED |
| | | EQUIPMENT | | | | ☐ ACV ☐ AGREED AMT | $ | LIMIT |
| | | ☐ BASIC ☐ BROAD | | | | ☐ RC ☐ STATED AMT | | DED |
| | | ☐ SPECIAL | | | | ☐ | | |

REMARKS (INCLUDING SPECIAL CONDITIONS / OTHER COVERAGES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

## ADDITIONAL INTEREST

Select one of the following:

X The additional interest described below has been added to the policy(ies) listed herein by policy number(s).

☐ A request has been submitted to add additional interest described below to the policy(ies) listed herein by policy number(s).

| VEHICLE / EQUIPMENT INTEREST: | ☐ LEASED | ☐ FINANCED |
|---|---|---|

NAME AND ADDRESS OF ADDITIONAL INTEREST
Office of the U.S. Trustee
Middle District of Louisiana
400 Poydras St., Ste. 2110
New Orleans, LA 70130-3238

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

DESCRIPTION OF THE ADDITIONAL INTEREST

X ADDITIONAL INSURED    ☐ LOSS PAYEE

☐ LENDER'S LOSS PAYEE

LOAN / LEASE NUMBER

AUTHORIZED REPRESENTATIVE

© 1997-2015 ACORD CORPORATION. All rights reserved.

ACORD 23 (2016/03)          The ACORD name and logo are registered marks of ACORD          1004361  142987.3 01-26-2016

```
              RMKS                                              AGENT COPY
                                                          AGENT: FA6B/1749
                              FEBRUARY 26, 2018

'OLICY#:              4-18B

  WORLEY,MICHAEL A
  5514 MOSS SIDE LN
  BATON ROUGE, LA  70808-4213

                                             PHONE#: (H) 225-603-8578

*VEHICLE SUMMARY**

     08 JEEP WRANGLER SPORT WG          VIN:            7291
     DRG: 015  GRG: 014   LRG:04  CLASS: 603H401000
     OXD: 11/04/2008
     COV: A 250/500/100, D500, G500, H, U 250/500
     AGE 55, MCD, AFD 6YR, ANTI-THEFT 10%, ODM 331
     10-08, LRF L, ANN MLG 12000, VEH USE-PWS,
     TOTAL DISCOUNT: $286.04.

:ff date:(02/26/18)  Curr date: (02/26/18)  Time: (04:03 PM)
=======================================================================

.O REMARKS: (PLEASE ADD ADDITIONAL INSURED: OFFICE OF THE U.S. TRUSTEE,     )
MIDDLE DISTRICT OF LOUISIANA  400 POYDRAS STREET, STE. 2110  NEW ORLEANS, LA )
70130                                                                       )
                                                                           )

.EMARKS APPLY TO: Auto




CCAULEY CLU, GWEN K.
25-634-7113   INITIALS(RSA)
```

# ACORD® VEHICLE OR EQUIPMENT CERTIFICATE OF INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 02/26/2018 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

This form is used to report coverages provided to a single specific vehicle or equipment. Do not use this form to report liability coverage provided to multiple vehicles under a single policy. Use ACORD 25 for that purpose.

| PRODUCER | CONTACT NAME: Roberta Adams |
|---|---|
| Gwen McCauley<br>PO Box 278<br>Jackson, LA 70748 | PHONE (A/C, No, Ext): 225 634-7113    FAX (A/C, No): 225 634-7168 |
| | E-MAIL ADDRESS: roberta.s.adams.hwig@statefarm.com |
| | PRODUCER CUSTOMER ID #: |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED | INSURER A : State Farm | |
| Michael A Worley<br>5514 Moss Side Ln<br>Baton Rouge, LA 70808 | INSURER B : | |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |

## DESCRIPTION OF VEHICLE OR EQUIPMENT

| YEAR | MAKE / MANUFACTURER | MODEL | BODY TYPE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|
| 2011 | Polaris | Ranger | ATV | 1772 |
| DESCRIPTION | | | VEHICLE/EQUIPMENT VALUE<br>$ | SERIAL NUMBER |

## COVERAGES          CERTIFICATE NUMBER:                    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICY(IES) OF INSURANCE LISTED BELOW HAS/HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD(S) INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICY(IES) DESCRIBED HEREIN IS/ARE SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICY(IES).

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | VEHICLE LIABILITY | 9-18A | 10/28/2017 | 04/28/2018 | COMBINED SINGLE LIMIT | $ |
| | | | | | | BODILY INJURY (Per person) | $ 250000 |
| | | | | | | BODILY INJURY (Per accident) | $ 500000 |
| | | | | | | PROPERTY DAMAGE | $ 100000 |
| | | GENERAL LIABILITY | | | | EACH OCCURENCE | $ |
| | | OCCURRENCE | | | | GENERAL AGGREGATE | $ |
| | | CLAIMS MADE | | | | | $ |

| INSR LTR | LOSS PAYEE | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS / DEDUCTIBLE | | |
|---|---|---|---|---|---|---|---|---|
| A | X | VEH COLLISION LOSS | | | | ☐ ACV ☐ AGREED AMT | $ | LIMIT |
| | | | | | | ☐ ☐ STATED AMT | | DED |
| A | X | VEH COMP ☐ VEH OTC | | | | ☐ ACV ☐ AGREED AMT | $ | LIMIT |
| | | | | | | ☐ ☐ STATED AMT | | DED |
| | | EQUIPMENT | | | | ☐ ACV ☐ AGREED AMT | $ | LIMIT |
| | | ☐ BASIC ☐ BROAD | | | | ☐ RC ☐ STATED AMT | | DED |
| | | ☐ SPECIAL | | | | ☐ | | |

REMARKS (INCLUDING SPECIAL CONDITIONS / OTHER COVERAGES) (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

| ADDITIONAL INTEREST | CANCELLATION |
|---|---|
| Select one of the following:<br>☒ The additional interest described below has been added to the policy(ies) listed herein by policy number(s).<br>☐ A request has been submitted to add the additional interest described below to the policy(ies) listed herein by policy number(s). | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| VEHICLE / EQUIPMENT INTEREST: ☐ LEASED ☐ FINANCED | DESCRIPTION OF THE ADDITIONAL INTEREST |
| NAME AND ADDRESS OF ADDITIONAL INTEREST | ☒ ADDITIONAL INSURED ☐ LOSS PAYEE |
| Office of the U.S. Trustee<br>Middle District of Louisiana<br>400 Poydras St., Ste. 2110<br>New Orleans, LA 70130-3238 | ☐ LENDER'S LOSS PAYEE |
| | LOAN / LEASE NUMBER |
| | AUTHORIZED REPRESENTATIVE |

© 1997-2015 ACORD CORPORATION. All rights reserved.

ACORD 23 (2016/03)          The ACORD name and logo are registered marks of ACORD          1004361 142987.3 01-26-2016

```
          RMKS                                              AGENT COPY
                              FEBRUARY 26, 2018          AGENT: FA6B/1749

'OLICY#:            8-18A

 WORLEY,MICHAEL A
 5514 MOSS SIDE LN
 BATON ROUGE, LA  70808-4213

                                              PHONE#: (H) 225-603-8578

*VEHICLE SUMMARY**

     11 POLARIS RANGER ATV               VIN:            1772
     DRG: 022  GRG: 022   LRG:     CLASS: 1AWH000000
     OXD: 10/28/2010
     COV: A 250/500/100, C5000, L250, U 250/500
     LRF L, VEH USE-PWS.

:ff date:(02/26/18)  Curr date: (02/26/18)  Time: (04:05 PM)
===================================================================================

.O REMARKS: (PLEASE ADD ADDITIONAL INSURED; OFFICE OF THE U.S. TRUSTEE,     )
 MIDDLE DISTRICT OF LOUISIANA  400 POYDRAS STREET, STE 2110 NEW ORLEANS, LA  )
 70130                                                                       )
                                                                            )

.EMARKS APPLY TO: Auto
```

```
:CAULEY CLU, GWEN K.
:5-634-7113  INITIALS(RSA)
```

# ACORD® VEHICLE OR EQUIPMENT CERTIFICATE OF INSURANCE

**DATE (MM/DD/YYYY)**
02/26/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

This form is used to report coverages provided to a single specific vehicle or equipment. Do not use this form to report liability coverage provided to multiple vehicles under a single policy. Use ACORD 25 for that purpose.

| PRODUCER | CONTACT NAME: Roberta Adams | | |
|---|---|---|---|
| Gwen McCauley | PHONE (A/C, No, Ext): 225 634-7113 | | FAX (A/C, No): 225 634-7168 |
| PO Box 278 | E-MAIL ADDRESS: roberta.s.adams.hwig@statefarm.com | | |
| Jackson, LA 70748 | PRODUCER CUSTOMER ID #: | | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED | INSURER A : State Farm | |
| Michael A Worley | INSURER B : | |
| 5514 Moss Side Ln | INSURER C : | |
| Baton Rouge, LA 70808 | INSURER D : | |
| | INSURER E : | |

## DESCRIPTION OF VEHICLE OR EQUIPMENT

| YEAR | MAKE / MANUFACTURER | MODEL | BODY TYPE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|
| 2005 | Honda | TRX 650 | ATV | 8171 |

| DESCRIPTION | VEHICLE/EQUIPMENT VALUE $ | SERIAL NUMBER |
|---|---|---|

**COVERAGES**   **CERTIFICATE NUMBER:**   **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICY(IES) OF INSURANCE LISTED BELOW HAS/HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD(S) INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICY(IES) DESCRIBED HEREIN IS/ARE SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICY(IES).

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | VEHICLE LIABILITY | 3-18C | 12/13/2017 | 12/13/2018 | COMBINED SINGLE LIMIT | $ |
| | | | | | | BODILY INJURY (Per person) | $ 250000 |
| | | | | | | BODILY INJURY (Per accident) | $ 500000 |
| | | | | | | PROPERTY DAMAGE | $ 100000 |
| | | GENERAL LIABILITY | | | | EACH OCCURRENCE | $ |
| | | ☐ OCCURRENCE | | | | GENERAL AGGREGATE | $ |
| | | ☐ CLAIMS MADE | | | | | $ |

| INSR LTR | LOSS PAYEE | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS / DEDUCTIBLE | | |
|---|---|---|---|---|---|---|---|---|
| A | X | VEH COLLISION LOSS | | | | ☐ ACV ☐ AGREED AMT | $ | LIMIT |
| | | | | | | ☐ ☐ STATED AMT | $ | DED |
| A | X | VEH COMP ☐ VEH OTC | | | | ☐ ACV ☐ AGREED AMT | $ | LIMIT |
| | | | | | | ☐ ☐ STATED AMT | $ | DED |
| | | EQUIPMENT ☐ BASIC ☐ BROAD ☐ SPECIAL | | | | ☐ ACV ☐ AGREED AMT | $ | LIMIT |
| | | | | | | ☐ RC ☐ STATED AMT | $ | DED |
| | | | | | | ☐ | | |

REMARKS (INCLUDING SPECIAL CONDITIONS / OTHER COVERAGES) (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

| ADDITIONAL INTEREST | CANCELLATION |
|---|---|
| **Select one of the following:** | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| X The additional interest described below has been added to the policy(ies) listed herein by policy number(s). | |
| ☐ A request has been submitted to add the additional interest described below to the policy(ies) listed herein by policy number(s). | |
| VEHICLE / EQUIPMENT INTEREST: ☐ LEASED ☐ FINANCED | DESCRIPTION OF THE ADDITIONAL INTEREST |
| NAME AND ADDRESS OF ADDITIONAL INTEREST | X ADDITIONAL INSURED ☐ LOSS PAYEE |
| Office of the U.S. Trustee | ☐ LENDER'S LOSS PAYEE |
| Middle District of Louisiana | LOAN / LEASE NUMBER |
| 400 Poydras St., Ste. 2110 | |
| New Orleans, LA 70130-3238 | AUTHORIZED REPRESENTATIVE |

© 1997-2015 ACORD CORPORATION. All rights reserved.

ACORD 23 (2016/03)   The ACORD name and logo are registered marks of ACORD

1004361 142987.3 01-26-2016

```
          RMKS
                                                          AGENT COPY
                        FEBRUARY 26, 2018              AGENT: FA6B/1749

'OLICY#:            3-18C

  WORLEY,MICHAEL
  5514 MOSS SIDE LN
  BATON ROUGE, LA  70808-4213

                                              PHONE#: (H) 225-603-8578

'*VEHICLE SUMMARY**

      05 HONDA TRX 650 ATV              VIN:            8171
      DRG: 016  GRG: 016   LRG:    CLASS: 1AWH000000
      OXD: 12/13/2005
      COV: A 250/500/100, C5000, L250, U 250/500
      LRF L, VEH USE-PWS.

:ff date:(02/26/18)  Curr date: (02/26/18)  Time: (04:00 PM)
=================================================================
.O REMARKS: (PLEASE ADD ADD'L INSURED: OFFICE OF THE U.S. TRUSTEE, MIDDLE    )
  DISTRICT OF LOUISIANA, 400 POYDRAS ST., STE. 2110  NEW ORLEANS LA  70130    )
                                                                             )
                                                                             )

.EMARKS APPLY TO: Auto




  CAULEY CLU, GWEN K.
  5-634-7113  INITIALS(RSA)
```

# ACORD® VEHICLE OR EQUIPMENT CERTIFICATE OF INSURANCE

**DATE (MM/DD/YYYY)** 02/26/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

This form is used to report coverages provided to a single specific vehicle or equipment. Do not use this form to report liability coverage provided to multiple vehicles under a single policy. Use ACORD 25 for that purpose.

**PRODUCER**
Gwen McCauley
PO Box 278
Jackson, LA 70748

**CONTACT NAME:** Roberta Adams
**PHONE (A/C, No, Ext):** 225 634-7113
**FAX (A/C, No):** 225 634-7168
**E-MAIL ADDRESS:** roberta.s.adams.hwig@statefarm.com
**PRODUCER CUSTOMER ID #:**

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : State Farm | |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |

**INSURED**
Michael A Worley
5514 Moss Side Ln
Baton Rouge, LA 70808

## DESCRIPTION OF VEHICLE OR EQUIPMENT

| YEAR | MAKE / MANUFACTURER | MODEL | BODY TYPE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|
| 2011 | Polaris | Sportsman | ATV | 3365 |

**DESCRIPTION**

**VEHICLE/EQUIPMENT VALUE** $

**SERIAL NUMBER**

## COVERAGES    CERTIFICATE NUMBER:    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICY(IES) OF INSURANCE LISTED BELOW HAS/HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD(S) INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICY(IES) DESCRIBED HEREIN IS/ARE SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICY(IES).

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | VEHICLE LIABILITY | 10-18 | 02/10/2018 | 08/10/2018 | COMBINED SINGLE LIMIT | $ |
| | | | | | | BODILY INJURY (Per person) | $ 250000 |
| | | | | | | BODILY INJURY (Per accident) | $ 500000 |
| | | | | | | PROPERTY DAMAGE | $ 100000 |
| | | GENERAL LIABILITY | | | | EACH OCCURENCE | $ |
| | | OCCURRENCE | | | | GENERAL AGGREGATE | $ |
| | | CLAIMS MADE | | | | | $ |

| INSR LTR | LOSS PAYEE | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS / DEDUCTIBLE | | |
|---|---|---|---|---|---|---|---|---|
| A | X | VEH COLLISION LOSS | | | | ☐ ACV  ☐ AGREED AMT  ☐ STATED AMT | $ LIMIT | $ DED |
| A | X | VEH COMP  ☐ VEH OTC | | | | ☐ ACV  ☐ AGREED AMT  ☐ STATED AMT | $ LIMIT | $ DED |
| | | EQUIPMENT  ☐ BASIC  ☐ BROAD  ☐ SPECIAL | | | | ☐ ACV  ☐ AGREED AMT  ☐ RC  ☐ STATED AMT  ☐ | $ LIMIT | $ DED |

**REMARKS (INCLUDING SPECIAL CONDITIONS / OTHER COVERAGES) (Attach ACORD 101, Additional Remarks Schedule, if more space is required)**

## ADDITIONAL INTEREST

Select one of the following:
[X] The additional interest described below has been added to the policy(ies) listed herein by policy number(s).
[ ] A request has been submitted to add the additional interest described below to the policy(ies) listed herein by policy number(s).

| VEHICLE / EQUIPMENT INTEREST: | LEASED | FINANCED |
|---|---|---|

**NAME AND ADDRESS OF ADDITIONAL INTEREST**
Office of the U.S. Trustee
Middle District of Louisiana
400 Poydras St., Ste. 2110
New Orleans, LA 70130-3238

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**DESCRIPTION OF THE ADDITIONAL INTEREST**
[X] ADDITIONAL INSURED    [ ] LOSS PAYEE
[ ] LENDER'S LOSS PAYEE

**LOAN / LEASE NUMBER**

**AUTHORIZED REPRESENTATIVE**

© 1997-2015 ACORD CORPORATION. All rights reserved.

ACORD 23 (2016/03)    The ACORD name and logo are registered marks of ACORD

1004361 142987.3 01-26-2016

```
        RMKS                                                    AGENT COPY
                            FEBRUARY 26, 2018              AGENT: FA6B/1749

POLICY#:            10-18

  WORLEY,MICHAEL
  5514 MOSS SIDE LN
  BATON ROUGE, LA  70808-4213

                                              PHONE#: (H) 225-603-8578


 *VEHICLE SUMMARY**

     11 POLARIS SPORTSMAN ATV              VIN:              3365
     DRG: 020  GRG: 020   LRG:     CLASS: 1AWH000000
     OXD: 08/10/2011
     COV: A 250/500/100, C5000, L250, U 250/500
     LRF L, VEH USE-PWS.

 ff date:(02/26/18)  Curr date: (02/26/18)  Time: (04:08 PM)
 ==========================================================================

 O REMARKS: (PLEASE ADD ADD'L INSURED: OFFICE OF THE U.S. TRUSTEE   MIDDLE   )
  DISTRICT OF LOUISIANA   400 POYDRAS STREET, STE 2110  NEW ORLEANS, LA 70130 )
                                                                             )
                                                                             )

 EMARKS APPLY TO: Auto




 CAULEY CLU, GWEN K.
 5-634-7113  INITIALS(RSA)
```

# ACORD® VEHICLE OR EQUIPMENT CERTIFICATE OF INSURANCE

**DATE (MM/DD/YYYY)** 02/26/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

This form is used to report coverages provided to a single specific vehicle or equipment. Do not use this form to report liability coverage provided to multiple vehicles under a single policy. Use ACORD 25 for that purpose.

| PRODUCER | CONTACT NAME: Roberta Adams | | |
|---|---|---|---|
| Gwen McCauley PO Box 278 Jackson, LA 70748 | PHONE (A/C, No, Ext): 225 634-7113 | | FAX (A/C, No): 225 634-7168 |
| | E-MAIL ADDRESS: roberta.s.adams.hwig@statefarm.com | | |
| | PRODUCER CUSTOMER ID #: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| INSURED | INSURER A : State Farm | | |
| Michael A Worley 5514 Moss Side Ln Baton Rouge, LA 70808 | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |

## DESCRIPTION OF VEHICLE OR EQUIPMENT

| YEAR | MAKE / MANUFACTURER | MODEL | BODY TYPE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|
| 2005 | Honda | TRX 600 | ATV | 08171 |
| DESCRIPTION | | | VEHICLE/EQUIPMENT VALUE $ | SERIAL NUMBER |

## COVERAGES    CERTIFICATE NUMBER:    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICY(IES) OF INSURANCE LISTED BELOW HAS/HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD(S) INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICY(IES) DESCRIBED HEREIN IS/ARE SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICY(IES).

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | VEHICLE LIABILITY | 3-18C | 12/13/2017 | 06/13/2018 | COMBINED SINGLE LIMIT | $ |
| | | | | | | BODILY INJURY (Per person) | $ 250000 |
| | | | | | | BODILY INJURY (Per accident) | $ 500000 |
| | | | | | | PROPERTY DAMAGE | $ 250000 |
| | | GENERAL LIABILITY | | | | EACH OCCURENCE | $ |
| | | OCCURRENCE | | | | GENERAL AGGREGATE | $ |
| | | CLAIMS MADE | | | | | $ |

| INSR LTR | LOSS PAYEE | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS / DEDUCTIBLE | | |
|---|---|---|---|---|---|---|---|---|
| A | X | VEH COLLISION LOSS | | | | ☐ ACV ☐ AGREED AMT | $ | LIMIT |
| | | | | | | ☐ ☐ STATED AMT | $ 250 | DED |
| | X | VEH COMP ☐ VEH OTC | | | | ☐ ACV ☐ AGREED AMT | $ | LIMIT |
| | | | | | | ☐ ☐ STATED AMT | $ | DED |
| | | EQUIPMENT | | | | ☐ ACV ☐ AGREED AMT | $ | LIMIT |
| | | ☐ BASIC ☐ BROAD | | | | ☐ RC ☐ STATED AMT | $ | DED |
| | | ☐ SPECIAL | | | | ☐ | | |

REMARKS (INCLUDING SPECIAL CONDITIONS / OTHER COVERAGES) (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

## ADDITIONAL INTEREST

Select one of the following:

[X] The additional interest described below has been added to the policy(ies) listed herein by policy number(s).

[ ] A request has been submitted to add the additional interest described below to the policy(ies) listed herein by policy number(s).

| VEHICLE / EQUIPMENT INTEREST: | ☐ LEASED | ☐ FINANCED |
|---|---|---|

NAME AND ADDRESS OF ADDITIONAL INTEREST

Office of the U.S. Trustee
Middle District of Louisiana
400 Poydras St., Ste. 2110
New Orleans, LA 70130-3238

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

DESCRIPTION OF THE ADDITIONAL INTEREST

[X] ADDITIONAL INSURED    [ ] LOSS PAYEE

[ ] LENDER'S LOSS PAYEE

LOAN / LEASE NUMBER

AUTHORIZED REPRESENTATIVE

© 1997-2015 ACORD CORPORATION. All rights reserved.

ACORD 23 (2016/03)    The ACORD name and logo are registered marks of ACORD

1004361 142987.3 01-26-2016

```
           RMKS                                                  AGENT COPY
                                FEBRUARY 26, 2018           AGENT: FA6B/1749

'OLICY#:          3-18C

   WORLEY,MICHAEL
   5514 MOSS SIDE LN
   BATON ROUGE, LA  70808-4213

                                              PHONE#: (H) 225-603-8578

*VEHICLE SUMMARY**

     05 HONDA TRX 650 ATV            VIN:           8171
     DRG: 016  GRG: 016  LRG:    CLASS: 1AWH000000
     OXD: 12/13/2005
     COV: A 250/500/100, C5000, L250, U 250/500
     LRF L, VEH USE-PWS.

:ff date:(02/26/18)  Curr date: (02/26/18)  Time: (04:00 PM)
:===============================================================================

:O REMARKS: (PLEASE ADD ADD'L INSURED: OFFICE OF THE U.S. TRUSTEE, MIDDLE   )
   DISTRICT OF LOUISIANA, 400 POYDRAS ST., STE. 2110  NEW ORLEANS LA  70130  )
                                                                            )
                                                                            )

:EMARKS APPLY TO: Auto
```

```
:CAULEY CLU, GWEN K.
:5-634-7113  INITIALS(RSA)
```

# ACORD® VEHICLE OR EQUIPMENT CERTIFICATE OF INSURANCE

DATE (MM/DD/YYYY): 02/26/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

This form is used to report coverages provided to a single specific vehicle or equipment. Do not use this form to report liability coverage provided to multiple vehicles under a single policy. Use ACORD 25 for that purpose.

**PRODUCER**
Gwen McCauley
PO Box 278
Jackson, LA 70748

CONTACT NAME: Roberta Adams
PHONE (A/C, No, Ext): 225 634-7113
FAX (A/C, No): 225 634-7168
E-MAIL ADDRESS: roberta.s.adams.hwig@statefarm.com
PRODUCER CUSTOMER ID #:

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: State Farm | |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

**INSURED**
Michael A Worley
5514 Moss Side Ln
Baton Rouge, LA 70808

## DESCRIPTION OF VEHICLE OR EQUIPMENT

| YEAR | MAKE / MANUFACTURER | MODEL | BODY TYPE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|
| 2010 | Airstream | Victorinox | Travel Trailer | 538 |

DESCRIPTION
VEHICLE/EQUIPMENT VALUE $
SERIAL NUMBER

## COVERAGES     CERTIFICATE NUMBER:     REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICY(IES) OF INSURANCE LISTED BELOW HAS/HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD(S) INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICY(IES) DESCRIBED HEREIN IS/ARE SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICY(IES).

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE | LIMITS | |
|---|---|---|---|---|---|---|---|
| | X | VEHICLE LIABILITY | | | | COMBINED SINGLE LIMIT | $ |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE | $ |
| | | GENERAL LIABILITY | | | | EACH OCCURENCE | $ |
| | | OCCURRENCE | | | | GENERAL AGGREGATE | $ |
| | | CLAIMS MADE | | | | | $ |

| INSR LTR | LOSS PAYEE | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE | LIMITS / DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|
| A | X | VEH COLLISION LOSS | 8-18A | 10/28/2017 | 10/28/2018 | ☐ ACV ☐ AGREED AMT / ☐ STATED AMT | $ LIMIT / $ 2000 DED |
| | X | VEH COMP ☐ VEH OTC | | | | ☐ ACV ☐ AGREED AMT / ☐ STATED AMT | $ LIMIT / $ DED |
| | | EQUIPMENT ☐ BASIC ☐ BROAD ☐ SPECIAL | | | | ☐ ACV ☐ AGREED AMT / ☐ RC ☐ STATED AMT / ☐ | $ LIMIT / $ DED |

REMARKS (INCLUDING SPECIAL CONDITIONS / OTHER COVERAGES) (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

## ADDITIONAL INTEREST

Select one of the following:
[X] The additional interest described below has been added to the policy(ies) listed herein by policy number(s).
☐ A request has been submitted to add the additional interest described below to the policy(ies) listed herein by policy number(s).

VEHICLE / EQUIPMENT INTEREST: ☐ LEASED ☐ FINANCED

NAME AND ADDRESS OF ADDITIONAL INTEREST
Office of the U.S. Trustee
Middle District of Louisiana
400 Poydras St., Ste. 2110
New Orleans, LA 70130-3238

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

DESCRIPTION OF THE ADDITIONAL INTEREST
[X] ADDITIONAL INSURED  ☐ LOSS PAYEE
☐ LENDER'S LOSS PAYEE
LOAN / LEASE NUMBER

AUTHORIZED REPRESENTATIVE

© 1997-2015 ACORD CORPORATION. All rights reserved.

ACORD 23 (2016/03)     The ACORD name and logo are registered marks of ACORD     1004361 142987.3 01-26-2016

RMKS

AGENT COPY
AGENT: FA6B/1749

FEBRUARY 26, 2018

OLICY#:          8-18A

WORLEY,MICHAEL A
5514 MOSS SIDE LN
BATON ROUGE, LA  70808-4213

PHONE#: (H) 225-603-8578

*VEHICLE SUMMARY**

    10 AIRSTREAM VICTORINOX TRL TRVL      VIN:              4538
    DRG: 034  GRG: 034   LRG:    CLASS: 1A05000000
    OXD: 10/28/2010
    COV: L2000
    LRF L, VEH USE-PWS.

ff date:(02/26/18)  Curr date: (02/26/18)  Time: (04:05 PM)
================================================================

O REMARKS: (PLEASE ADD ADD'L INSURED: OFFICE OF THE U.S. TRUSTEE, MIDDLE    )
DISTRICT OF LOUISIANA  400 POYDRAS STREET, STE 2110, NEW ORLEANS LA 70130   )
                                                                           )
                                                                           )

EMARKS APPLY TO: Auto

CAULEY CLU, GWEN K.
5-634-7113  INITIALS(RSA)

CASE NAME: Michael Allen Worley            CASE NUMBER: 18-10017

## NARRATIVE STATEMENT

For Period _____ 1/9 _____ to _____ 1/31 _____, 20 18

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

FORM 2-F
1/18