# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: Michael Allen Worley

CASE NUMBER: 18-10017 _____   For Period _____ 2/1 _____ to _____ 2/28 _____ , 20 __18__ .

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {✓} | { } | Comparative Balance Sheet (FORM 2-B) |
| {✓} | { } | Profit and Loss Statement (FORM 2-C) |
| {✓} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| {✓} | ( ) | Supporting Schedules (FORM 2-E) |
| { } | { } | Narrative (FORM 2-F) |
| {✓} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: __3/19/18__   Debtor(s)*: _____
             (date)

By:**

Position:

Name of preparer: _Shann E Wade, CPA_

Telephone No. of Preparer _225-928-4770_

* both debtors must sign if a joint petition

** for corporate or partnership debtor

CASE NAME: Michael Allen Worley

CASE NUMBER: 18-10017

## COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date 1/8/2018 | Month 01/2018 | Month 02/2018 | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS:** | | | | | | | | |
| Cash | 4,000 | 4,000 | 2,840 | | | | | |
| Accounts Receivable, Net | | | | | | | | |
| Inventory, at lower of cost or market | | | | | | | | |
| Prepaid expenses & deposits | | | | | | | | |
| Other | | | | | | | | |
| TOTAL CURRENT ASSETS | 4,000 | 4,000 | 2,840 | | | | | |
| **PROPERTY, PLANT & EQUIPMENT** | | | | | | | | |
| Less accumulated depreciation | | | | | | | | |
| NET PROPERTY, PLANT & EQUIPMENT | | | | | | | | |
| **OTHER ASSETS**   Real Estate | 4,250,000 | 4,250,000 | 4,250,000 | | | | | |
| Personal & Household Items, Vehicles | 2,401,000 | 2,401,000 | 2,401,000 | | | | | |
| Interests in Non-Publically Traded Businesses | 73,500,000 | 73,500,000 | 73,500,000 | | | | | |
| Life Insurance - Surrender Value | 300,000 | 300,000 | 300,000 | | | | | |
| TOTAL OTHER ASSETS | 80,451,000 | 80,451,000 | 80,451,000 | | | | | |
| TOTAL ASSETS | 80,455,000 | 80,455,000 | 80,453,840 | | | | | |

If assets are carried a historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative). All subsequent reports must then carry these assets at that value. Do not use historical cost one month and fair market value the nex.

CASE NAME: Michael Allen Worley

CASE NUMBER: 18-10017

COMPARATIVE BALANCE SHEET

| LIABILITIES: | Filing Date 1/8/2018 | Month 01/2018 | Month 02/2018 | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| POST-PETITION LIABILITIES: | | | | | | | |
| Taxes payable (Form 2-E, pg.1 of 3)......... | | | | | | | |
| Accounts payable (Form 2-E, pg.1 of 3)...... | | | | | | | |
| Other:_____ | | | | | | | |
| TOTAL POST-PETITION LIABILITIES........ | | | | | | | |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes payable - secured............. | 6,250,000 | 6,250,000 | 6,250,000 | | | | |
| Priority debt................. | 106,711,372 | 106,711,372 | 106,711,372 | | | | |
| Unsecured debt............. | | | | | | | |
| Other_____ | | | | | | | |
| TOTAL LIABILITIES................ | 112,961,372 | 112,961,372 | 112,961,372 | | | | |
| EQUITY (DEFICIT) | | | | | | | |
| PREFERRED STOCK................ | | | | | | | |
| COMMON STOCK................ | | | | | | | |
| RETAINED EARNINGS: | | | | | | | |
| Through filing date.............. | | | | | | | |
| Post filing date............. | | | | | | | |
| TOTAL EQUITY (NET WORTH).......... | (32,506,372) | (32,506,372) | (32,507,532) | | | | |
| TOTAL LIABILITIES & EQUITY.......... | 80,455,000 | 80,455,000 | 80,453,840 | | | | |

FORM 2-B
Page 2 of 2
1/18

CASE NAME: Michael Allen Worley

CASE NUMBER: 18-10017

PROFIT AND LOSS STATEMENT    N/A

| | Month 01/2018 | Month 02/2018 | Month | Month | Month | Month |
|---|---|---|---|---|---|---|
| NET REVENUE................................ | | | | | | |
| COST OF GOODS SOLD: | | | | | | |
| Material........................... | | | | | | |
| Labor - Direct..................... | | | | | | |
| Manufacturing Overhead............. | | | | | | |
| TOTAL COST OF GOODS SOLD............. | | | | | | |
| GROSS PROFIT:........................ | | | | | | |
| OPERATING EXPENSES: | | | | | | |
| Selling and Marketing............. | | | | | | |
| General and Administrative (rents, utilities, salaries, etc.)................ | | | | | | |
| Other............................. | | | | | | |
| TOTAL OPERATING EXPENSES............. | | | | | | |
| INTEREST EXPENSE..................... | | | | | | |
| INCOME BEFORE DEPRECIATION OR TAXES.. | | | | | | |
| DEPRECIATION OR AMORTIZATION......... | | | | | | |
| EXTRAORDINARY EXPENSES *............. | | | | | | |
| INCOME TAX EXPENSE (BENEFIT)......... | | | | | | |
| NET INCOME (LOSS).................... | | | | | | |

*Requires explanation in NARRATIVE (Form 2-F)

FORM 2-C
1/18

CASE NAME: Michael Allen Worley     CASE NUMBER: 18-10017

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period   2/1   to   2/28  , 20 18

### CASH RECONCILIATION

1. Beginning Cash Balance (Ending Cash Balance
from last month's report)     $   1,999.70

2. Cash Receipts (total Cash Receipts from page
2 of all FORM 2-D's)     $   11,988.50

3. Cash Disbursements (total Cash Disbursements
from page 3 of all FORM 2-D's)     $(   13,148.25 )

4. Net Cash Flow     $ (   1,159.75 )

5. Ending Cash Balance (to FORM 2-B)     $   839.95

### CASH SUMMARY - ENDING BALANCE

| | Amount* | Financial Institution |
|---|---|---|
| 1. Real Estate Account | $ | |
| 2. Trust Account | $ | |
| 3. Operating and/or Personal Account | $ 839.95 | MidSouth Bank |
| 4. Payroll Account | $ | |
| 5. Tax Account | $ | |
| 6. Other Accounts (Specify checking or savings) | $ | |
| 7. Cash Collateral Account | $ | |
| 8. Petty Cash | $ 2,000.00 | |

TOTAL (must agree with line 5 above)     $   2,839.95

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less
inter-account transfers & UST fees paid   $   13,148.25    *

* NOTE:  This amount should be used to
determine UST quarterly fees due and agree
with Form 2-D, page 2 of 4.

CASE NAME: Michael Allen Worley          CASE NUMBER: 18-10017

## QUARTERLY FEE SUMMARY

MONTH ENDED 2/28/2018

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 0.00 | | | |
| February | $ 13,148.25 | | | |
| March | $ | | | |
| Total | | | | |
| 1st Quarter | $ | $ | | |
| | | | | |
| April | $ | | | |
| May | $ | | | |
| June | $ | | | |
| Total | | | | |
| 2nd Quarter | $ | $ | | |
| | | | | |
| July | $ | | | |
| August | $ | | | |
| September | $ | | | |
| Total | | | | |
| 3rd Quarter | $ | $ | | |
| | | | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total | | | | |
| 4th Quarter | $ | $ | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 or more | 1% of quarterly disbursements or $250,000, whichever is less |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

CASE NAME: Michael Allen Worley

CASE NUMBER: 18-10017

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period ___ 2/1 ___ to ___ 2/28 ___, 20 18

Account Name: Michael A. Worley  Account Number: _____ 2306 _____
Debtor in Possession

## CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|
| 2/8/2018 | 2016 State tax refund | 1,938.50 |
| 2/8/2018 | Transfer from W Resources | 6,000.00 |
| 2/14/2018 | 2016 State tax refund | 642.00 |
| 2/14/2018 | Transfer from W Resources | 2,500.00 |
| 2/22/2018 | Proceeds from auction of non antique items last fall | 908.00 |

Total Cash Receipts  $ 11,988.50

FORM 2-D
Page 3 of 4
1/18

CASE NAME: Michael Allen Worley

CASE NUMBER: 18-10017

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period ___2/1___ to ___2/28___, 20_18_

Account Name:Michael A. Worley Account Number:_   2306_____
Debtor in Possession

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 2/8/2018 | | Blue Cross | Health Insurance Premium | 1,223.51 |
| 2/14/2018 | 103 | Chubb Insurance | Insurance - 22784 Ligon Road (Ex-wife residence) | 2,319.82 |
| 2/14/2018 | 104 | State Farm | Auto Insurance | 709.90 |
| 2/12/2018 | 105 | Preis Gordon | Personal Residence Rent | 4,800.00 |
| 2/12/2018 | 106 | Kathy Cress | Child Support for Katie Worley | 3,500.00 |
| 2/13/2018 | 107 | Baton Rouge Water Works | Water - Personal Residence | 51.82 |
| 2/14/2018 | 108 | Baton Rouge Water Works | Water - Personal Residence | 21.23 |
| 2/21/2018 | 109 | Custom Security | Alarm Monitoring - Personal Residence | 32.95 |
| 2/16/2018 | 110 | Cox Communications | Cable - Personal Residence | 250.03 |
| 2/26/2018 | 111 | Entergy | Utilities - personal residence | 238.99 |

Total Cash Disbursements    $    13,148.25

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

CASE NAME: Michael Allen Worley          CASE NUMBER: 18-10017

## SUPPORTING SCHEDULES

For Period ___2/1___ to ___2/28___, 20_18_

### POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|------|----------|-----|------|-------|-------|---------|
| FITW | 0.00 | | $ | $ | $ | $ |
| FICA | 0.00 | | | | | |
| FUTA | 0.00 | | | | | |
| SITW | 0.00 | | | | | |
| SUTA | 0.00 | | | | | |
| OTHER TAX | 0.00 | | | | | |
| TRADE PAYABLES | 0.00 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | 0 | | $ | $ | $ | $ |

FORM 2-E
Page 1 of 3
1/18

CASE NAME: Michael Allen Worley                CASE NUMBER: 18-10017

**SUPPORTING SCHEDULES**
For Period _____2/1_____ to _____2/28_____, 20_18_

ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CASE NAME: Michael Allen Worley          CASE NUMBER: 18-10017

## SUPPORTING SCHEDULES

For Period _____ 2/1 _____ to _____ 2/28 _____ , 20 18

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|---|---|---|---|---|
| Homeowners | | | | |
| ~~Workers' Compensation~~ | CHUBB 22784 Ligon Rd | $7MM | 7/8/18 | Yes |
| General Liability | PURE Umbrella | $10MM | 7/8/18 | Yes |
| Property (Fire, Theft) | CHUBB 5514 Moss Side | $250,000 | 3/1/19 | Yes |
| Vehicle | | | | |
| ~~Other (list):~~ | | | | |
| 2016 Ford F-150 | State Farm | | 9/12/18 | Yes |
| 2008 Jeep Wrangler | State Farm | | 5/4/18 | Yes |
| 2010 Airstream | State Farm | | 10/28/18 | Yes |
| 2011 Polaris Ranger | State Farm | | 10/28/18 | Yes |
| 2005 Honda 4 Wheeler | State Farm | | 12/13/18 | Yes |
| 2011 Polaris Sportsman | State Farm | | 8/10/18 | Yes |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent.  If "no", explain on Form 2-F, Narrative.

CASE NAME: <u>Michael Allen Worley</u>          CASE NUMBER: <u>18-10017</u>

## NARRATIVE STATEMENT

For Period _____<u>2/1</u>_____ to ____<u>2/28</u>____ , 20 <u>18</u>

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

Statement of Cash Receipts and Disbursements per Debtor
February 1, 2018 - February 28, 2018

1999.70  Beginning Cash Balance

| Cash Receipts | | | | |
|---|---|---|---|---|
| | | 2/8/2018 | 1,938.50 | 2016 State tax refund |
| | | 2/8/2018 | 6,000.00 | Transfer from W Resources |
| | | 2/14/2018 | 642.00 | 2016 State tax refund |
| | | 2/14/2018 | 2,500.00 | Transfer from W Resources |
| | | 2/22/2018 | 908.00 | Proceeds from auction of non antique items last fall |

11,988.50  Total Receipts

| Cash Disbursements | | | | |
|---|---|---|---|---|
| | | 2/8/2018 | 1,223.51 | Health Insurance Premium |
| | 103 | 2/14/2018 | 2,319.82 | Chubb Insurance - 22784 Ligon Road (Ex-wife residence) |
| | 104 | 2/14/2018 | 709.90 | State Farm  - auto insurance |
| | 105 | 2/12/2018 | 4,800.00 | Preis Gordon - personal residence rent |
| | 106 | 2/12/2018 | 3,500.00 | Kathy Cress - child support for Katie Worley |
| | 107 | 2/13/2018 | 51.82 | Baton Rouge Water Works - personal residence |
| | 108 | 2/14/2018 | 21.23 | Baton Rouge Water Works - personal residence |
| | 109 | 2/21/2018 | 32.95 | Custom Security - personal residence |
| | 110 | 2/16/2018 | 250.03 | Cox Communications - personal residence |
| | 111 | 2/26/2018 | 238.99 | Entergy Utility - personal residence |

13,148.25  Total Disbursements

839.95  Ending Cash Balance

DATE PRINTED:  3/13/18
MidSouth Bank NA                                                    - TEMPORARY STATEMENT  -

ACCOUNT NO.              2306

Michael A Worley
Debtor-in-Possession
Case 18-10017
5514 Moss Side Lane
Baton Rouge LA 70808


**********************************************************************
PREVIOUS STATEMENT BALANCE                453.92
CHECKS AND CHARGES            7         5,304.48
DEPOSITS AND CREDITS          3        18,908.00 **
BALANCE THIS STATEMENT                 14,057.44
**********************************************************************

| DATE | CHECK# | AMOUNT | BALANCE | TC | |
|------|--------|--------|---------|----|--|
| 1/23/18 | | 1,999.70 | | 31 | REGULAR DEPOSIT |
| 2/07/18 | | 68.15 | | 16 | MISCELLANEOUS CREDIT |
| 2/07/18 | | 68.15 | | 183 | CHK ORDERS HARLAND CLARKE |
| | | | | | PPD   5580278260  18/02/07 |
| | | | | | TRACE#  091000010794201 |
| 2/08/18 | | 1,938.50 | | 31 | REGULAR DEPOSIT |
| 2/08/18 | | 6,000.00 | | 31 | REGULAR DEPOSIT |
| 2/08/18 | | 1,223.51 | | 183 | HEALTH INS HEALTH INS  PREM |
| | | | | | PPD   1541507947  18/02/08 |
| | | | | | TRACE#  071001739612320 |
| 2/12/18 | 105 | 4,800.00 | | 58 | REGULAR CHECK |
| 2/12/18 | 106 | 3,500.00 | | 58 | REGULAR CHECK |
| 2/13/18 | 107 | 51.82 | | 58 | REGULAR CHECK |
| 2/14/18 | | 642.00 | | 31 | REGULAR DEPOSIT |
| 2/14/18 | | 2,500.00 | | 31 | REGULAR DEPOSIT |
| 2/14/18 | | 64.00 | | 67 | Paid Item Fee Reversal |
| 2/14/18 | 103 | 2,319.82 | | 58 | REGULAR CHECK |
| 2/14/18 | | 709.90 | | 183 | PYMT       STATE FARM RO 27 |
| | | | | | CHECK # 104          ARC |
| 2/14/18 | | 32.00 | | 128 | Overdraft paid item fee |
| 2/14/18 | | 32.00 | | 128 | Overdraft paid item fee |
| 2/14/18 | 108 | 21.23 | | 58 | REGULAR CHECK |
| 2/20/18 | | 250.03 | 203.89 | 183 | CHECK PYMT Cox Comm - BTR |
| | | | | | CHECK # 0110          ARC |
| 2/21/18 | 109 | 32.95 | 170.94 | 58 | REGULAR CHECK |
| 2/22/18 | | 908.00 CR | 1,078.94 | 31 | REGULAR DEPOSIT |
| 2/26/18 | | 238.99 | 839.95 | 183 | PAYMENT     ENTERGY UTILITY |
| | | | | | CHECK # 0111          ARC |
| 3/07/18 | | 3,000.00 CR | 3,839.95 | 31 | REGULAR DEPOSIT |
| 3/08/18 | | 15,000.00 CR | 18,839.95 | 31 | REGULAR DEPOSIT |
| 3/09/18 | 112 | 3,500.00 | 15,339.95 | 52 | CHECK /SERIAL |
| 3/09/18 | 113 | 1,203.51 | 14,136.44 | 58 | REGULAR CHECK |
| 3/09/18 | 115 | 24.23 | 14,112.21 | 58 | REGULAR CHECK |
| 3/09/18 | 116 | 54.77 | 14,057.44 | 58 | REGULAR CHECK |

THIS TEMPORARY STATEMENT IS NOT A FORMAL STATEMENT OF ACCOUNT
THESE ITEMS WILL BE REFLECTED AGAIN ON YOUR REGULARLY SCHEDULED
ACCOUNT STATEMENT