# MONTHLY OPERATING REPORT

CHAPTER 11

CASE NAME: **Michael Allen Worley**

CASE NUMBER:    18-10017          For Period      3/1      to      3/31      , 20 18

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {✓} | { } | Comparative Balance Sheet (FORM 2-B) |
| {✓} | { } | Profit and Loss Statement (FORM 2-C) |
| {✓} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| {✓} | { } | Supporting Schedules (FORM 2-E) |
| { } | { } | Narrative (FORM 2-F) |
| {✓} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on:    4/17/18                     Debtor(s)*:_____   ___ ___ ___
                  (date)

                                          _____

                                          By:**   *Shan E Wasom*

                                          Position:   CPA

                                          Name of preparer:   *Shannan Wasom*

                                          Telephone No. of Preparer _____   _____ _____ _____

\* both debtors must sign if a joint petition

\*\* for corporate or partnership debtor

Form 2-A
1/18

CASE NAME: Michael Allen Worley

CASE NUMBER: 18-10017

COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date 1/8/2018 | Month 01/2018 | Month 02/2018 | Month 03/2018 | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS:** | | | | | | | |
| Cash | 4,000 | 4,000 | 2,840 | 4,744 | | | |
| Accounts Receivable, Net | | | | | | | |
| Inventory, at lower of cost or market | | | | | | | |
| Prepaid expenses & deposits | | | | | | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 4,000 | 4,000 | 2,840 | 4,744 | | | |
| **PROPERTY, PLANT & EQUIPMENT** | | | | | | | |
| Less accumulated depreciation | | | | | | | |
| NET PROPERTY, PLANT & EQUIPMENT | | | | | | | |
| **OTHER ASSETS** Real Estate | 4,250,000 | 4,250,000 | 4,250,000 | 4,250,000 | | | |
| Personal & Household Items, Vehicles | 2,401,000 | 2,401,000 | 2,401,000 | 2,401,000 | | | |
| Interests in Non-Publically Traded Businesses | 73,500,000 | 73,500,000 | 73,500,000 | 73,500,000 | | | |
| Life Insurance – Surrender Value | 300,000 | 300,000 | 300,000 | 300,000 | | | |
| TOTAL OTHER ASSETS | 80,451,000 | 80,451,000 | 80,451,000 | 80,451,000 | | | |
| TOTAL ASSETS | 80,455,000 | 80,455,000 | 80,453,840 | 80,455,744 | | | |

If assets are carried a historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative). All subsequent reports must then carry these assets at that value. Do not use historical cost one month and fair market value the next.

FORM 2-B
Page 1 of 2
1/18

CASE NAME: Michael Allen Worley

CASE NUMBER: 18-10017

COMPARATIVE BALANCE SHEET

| LIABILITIES: | Filing Date 1/8/2018 | Month 01/2018 | Month 02/2018 | Month 03/2018 | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| POST-PETITION LIABILITIES: | | | | | | | |
| Taxes payable (Form 2-E, pg.1 of 3) | | | | | | | |
| Accounts payable (Form 2-E, pg.1 of 3) | | | | | | | |
| Other | | | | | | | |
| TOTAL POST-PETITION LIABILITIES: | | | | | | | |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes payable - secured | 6,250,000 | 6,250,000 | 6,250,000 | 6,250,000 | | | |
| Priority debt | | | | | | | |
| Unsecured debt | 106,711,372 | 106,711,372 | 106,711,372 | 106,711,372 | | | |
| Other | | | | | | | |
| TOTAL LIABILITIES | 112,961,372 | 112,961,372 | 112,961,372 | 112,961,372 | | | |
| EQUITY (DEFICIT) | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| RETAINED EARNINGS: | | | | | | | |
| Through filing date | | | | | | | |
| Post filing date | | | | | | | |
| TOTAL EQUITY (NET WORTH) | (32,506,372) | (32,506,372) | (32,507,532) | (32,505,628) | | | |
| TOTAL LIABILITIES & EQUITY | 80,455,000 | 80,455,000 | 80,453,840 | 80,455,744 | | | |

FORM 2-B
Page 2 of 2
1/18

CASE NAME: Michael Allen Worley

CASE NUMBER: 18-10017

PROFIT AND LOSS STATEMENT    N/A

| | Month 01/2018 | Month 02/2018 | Month 03/2018 | Month | Month | Month |
|---|---|---|---|---|---|---|
| NET REVENUE | | | | | | |
| COST OF GOODS SOLD: | | | | | | |
| Material | | | | | | |
| Labor - Direct | | | | | | |
| Manufacturing Overhead | | | | | | |
| TOTAL COST OF GOODS SOLD | | | | | | |
| GROSS PROFIT | | | | | | |
| OPERATING EXPENSES: | | | | | | |
| Selling and Marketing | | | | | | |
| General and Administrative (rents, utilities, salaries, etc.) | | | | | | |
| Other | | | | | | |
| TOTAL OPERATING EXPENSES | | | | | | |
| INTEREST EXPENSE | | | | | | |
| INCOME BEFORE DEPRECIATION OR TAXES | | | | | | |
| DEPRECIATION OR AMORTIZATION | | | | | | |
| EXTRAORDINARY EXPENSES * | | | | | | |
| INCOME TAX EXPENSE (BENEFIT) | | | | | | |
| NET INCOME ( ) * | | | | | | |

*Requires explanation in NARRATIVE (Form 2-F)

FORM 2-C
1/18

CASE NAME: Michael Allen Worley          CASE NUMBER: 18-10017

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period ___3/1___ to ___3/31___, 20_18_

### CASH RECONCILIATION

1. Beginning Cash Balance (Ending Cash Balance
   from last month's report)                                    $ _____839.95_____

2. Cash Receipts (total Cash Receipts from page
   2 of all FORM 2-D's)                                          $ _____21,363.45_____

3. Cash Disbursements (total Cash Disbursements
   from page 3 of all FORM 2-D's)                               $( _____19,459.63_____ )

4. Net Cash Flow                                                $ _____1,903.82_____

5. Ending Cash Balance (to FORM 2-B)                            $ _____2,743.77_____

### CASH SUMMARY - ENDING BALANCE

|  | Amount* | Financial Institution |
|---|---|---|
| 1. Real Estate Account | $ | |
| 2. Trust Account | $ | |
| 3. Operating and/or Personal Account | $ 2,743.71 | MidSouth Bank |
| 4. Payroll Account | $ | |
| 5. Tax Account | $ | |
| 6. Other Accounts (Specify checking or savings) | $ | |
| 7. Cash Collateral Account | $ | |
| 8. Petty Cash | $ 2,000.00 | |
| TOTAL (must agree with line 5 above) | $ 4,743.77 | |

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

---

### ADJUSTED CASH DISBURSEMENTS
Cash disbursements on Line 3 above less
   inter-account transfers & UST fees paid   $ _____19,459.63_____ *

* NOTE:  This amount should be used to
  determine UST quarterly fees due and agree
  with Form 2-D, page 2 of 4.

CASE NAME: Michael Allen Worley          CASE NUMBER: 18-10017

## QUARTERLY FEE SUMMARY

MONTH ENDED  3/31/2018

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 0.00 | | | |
| February | $ 13,148.25 | | | |
| March | $ 19,459.63 | | | |
| Total 1st Quarter | $ 32,607.88 | $ 650.00 | | |
| | | | | |
| April | $ | | | |
| May | $ | | | |
| June | $ | | | |
| Total 2nd Quarter | $ | $ | | |
| | | | | |
| July | $ | | | |
| August | $ | | | |
| September | $ | | | |
| Total 3rd Quarter | $ | $ | | |
| | | | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 or more | 1% of quarterly disbursements or $250,000, whichever is less |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

CASE NAME: Michael Allen Worley

CASE NUMBER: 18-10017

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __3/1__ to __3/31__, 20 18

Account Name: Michael A. Worley  Account Number: ____2306____
Debtor in Possession

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|
| 3/7/2018 | Transfer from W Resources | 3,000.00 |
| 3/8/2018 | Sale of 2009 GMC Yukon | 15,000.00 |
| 3/21/2018 | Refund State Farm Insurance | 603.42 |
| 3/26/2018 | Refund Pure Insurance | 2,760.03 |

Total Cash Receipts    $ 21,363.45 ____

CASE NAME: Michael Allen Worley

CASE NUMBER: 18-10017

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period ___3/1___ to ___3/31___, 20_18_

Account Name:Michael A. Worley Account Number:____2306____
Debtor in Possession

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 3/6/2018 | 112 | Kathy Cress | Child Support for Katie Worley | 3,500.00 |
| 3/6/2018 | 113 | Discovery Benefit | Health Insurance Premium | 1,203.51 |
| 3/7/2018 | 114 | Chubb Insurance | Insurance - 22784 Ligon Road (Ex-wife residence) | 2,319.82 |
| 3/7/2018 | 115 | Baton Rouge Water Works | Water - Personal Residence | 24.23 |
| 3/7/2018 | 116 | Baton Rouge Water Works | Water - Personal Residence | 54.77 |
| 3/8/2018 | 117 | Custom Security | Alarm Monitoring - Personal Residence | 32.95 |
| 3/8/2018 | 118 | Preis Gordon | Personal Residence Rent | 2,397.00 |
| 3/13/2018 | 119 | Livingston Roofing | Roof Repairs on Personal Residence | 650.00 |
| 3/13/2018 | 120 | Ronnie Marino Plumbing | Pumbing Repairs on Personal Residence | 1,753.00 |
| 3/13/2018 | 121 | Russel Pool | Repairs/Maintenance - 22784 Ligon Road (Ex-wife residence) | 579.43 |
| 3/13/2018 | 122 | Cox Communications | Cable - Personal Residence | 246.84 |
| 3/13/2018 | 123 | State Farm | Auto Insurance | 1,297.57 |
| 3/13/2018 | 124 | Tri Parish Co-op | Repairs - 22784 Ligon Road (Ex wife residence) | 82.79 |
| 3/13/2018 | 125 | Maze Lawn | Lawncare - Personal Residence | 300.00 |
| 3/14/2018 | 126 | City of Zachary | Utilities - 22784 Ligon Road (Ex-wife residence) | 1,353.93 |
| 3/15/2018 | 127 | Safelite Auto Glass | Auto Repair on Ford F150 | 500.00 |
| 3/16/2018 | | Midsouth Bank | Service Charge | 5.00 |
| 3/19/2018 | 128 | Entergy | Utilities - 22784 Ligon Road (Ex-wife residence) | 755.79 |
| 3/27/2018 | 129 | Preis Gordon | Personal Residence Rent | 2,403.00 |

Total Cash Disbursements   $   19,459.63

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
1/18

CASE NAME: Michael Allen Worley          CASE NUMBER: 18-10017

## SUPPORTING SCHEDULES

For Period __3/1__ to __3/31__, 20_18_

### POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|------|----------|-----|------|-------|-------|---------|
| FITW | 0.00 | | $ | $ | $ | $ |
| FICA | 0.00 | | | | | |
| FUTA | 0.00 | | | | | |
| SITW | 0.00 | | | | | |
| SUTA | 0.00 | | | | | |
| OTHER TAX | 0.00 | | | | | |
| TRADE PAYABLES | 0.00 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | 0 | | $ | $ | $ | $ |

CASE NAME: Michael Allen Worley _____ CASE NUMBER: 18-10017 _____

### SUPPORTING SCHEDULES
For Period _____ 3/1 _____ to __ 3/31 _____ , 20 18 __

### ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
|  | 0.00 | 0.00 |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

CASE NAME: Michael Allen Worley          CASE NUMBER: 18-10017

## SUPPORTING SCHEDULES

For Period ____ 3/1 ____ to ____ 3/31 ____ , 20 18

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|---|---|---|---|---|
| Homeowners ~~Workers' Compensation~~ | CHUBB 22784 Ligon Rd | $7MM | 7/8/18 | Yes |
| General Liability | PURE Umbrella | $10MM | 7/8/18 | Yes |
| Property (Fire, Theft) | CHUBB 5514 Moss Side | $250,000 | 3/1/19 | Yes |
| Vehicle | | | | |
| ~~Other (list):~~ | | | | |
| 2016 Ford F-150 | State Farm | | 9/12/18 | Yes |
| 2008 Jeep Wrangler | State Farm | | 5/4/18 | Yes |
| 2010 Airstream | State Farm | | 10/28/18 | Yes |
| 2011 Polaris Ranger | State Farm | | 10/28/18 | Yes |
| 2005 Honda 4 Wheeler | State Farm | | 12/13/18 | Yes |
| 2011 Polaris Sportsman | State Farm | | 8/10/18 | Yes |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent. If "no", explain on Form 2-F, Narrative.

CASE NAME: Michael Allen Worley _____ CASE NUMBER: 18-10017 _____

### NARRATIVE STATEMENT

For Period _____3/1_____ to _____3/31_____, 20 _18__

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

FORM 2-F
1/18

## Statement of Cash Receipts and Disbursements per Debtor
### March 1, 2018 - March 31, 2018

839.95  Beginning Cash Balance

| | | | |
|---|---|---|---|
| Cash Receipts | 3/7/2018 | $ 3,000.00 | Transfer from W Resources |
| | 3/8/2018 | $ 15,000.00 | Sale of 2009 GMC Yukon |
| | 3/21/2018 | $    603.42 | Refund State Farm Insurance |
| | 3/26/2018 | $ 2,760.03 | Refund Pure Insurance |
| | | $ 21,363.45 | Total Receipts |

| | | | | |
|---|---|---|---|---|
| Cash Disbursements | 112 | 3/6/2018 | $ 3,500.00 | |
| | 113 | 3/6/2018 | $ 1,203.51 | Discovery Benefit - Health Insurance Premium |
| | 114 | 3/7/2018 | $ 2,319.82 | Chubb (22784 Ligon Road) |
| | 115 | 3/7/2018 | $    24.23 | Baton Rouge Water (5514 Moss Side Lane) |
| | 116 | 3/7/2018 | $    54.77 | Baton Rouge Water (5514 Moss Side Lane) |
| | 117 | 3/8/2018 | $    32.95 | Custom Security (5514 Moss Side Lane) |
| | 118 | 3/8/2018 | $ 2,397.00 | Preis Gordon (March Rent) |
| | 119 | 3/13/2018 | $    650.00 | Livingston Roofing (Roof Repairs on rent house) |
| | 120 | 3/13/2018 | $ 1,753.00 | Ronnie Marino Plumbing (Repairs on rent house) |
| | 121 | 3/13/2018 | $    579.43 | Russel Pool (22784 Ligon Road) |
| | 122 | 3/13/2018 | $    246.84 | Cox Cable (5514 Moss Side Lane) |
| | 123 | 3/13/2018 | $ 1,297.57 | State Farm (Ford F150 Renewal) |
| | 124 | 3/13/2018 | $    82.79 | Tri Parish Co-op (22784 Ligon Road) |
| | 125 | 3/13/2018 | $    300.00 | Maze Lawn (5514 Moss Side) |
| | 126 | 3/14/2018 | $ 1,353.93 | City of Zachary (22784 Ligon Road) |
| | 127 | 3/15/2018 | $    500.00 | Safelite Auto Glass - Ford F150 windshield |
| | | 3/16/2018 | $     5.00 | Service Charge |
| | 128 | 3/19/2018 | $    755.79 | Entergy (22784 Ligon Road) |
| | 129 | 3/27/2018 | $ 2,403.00 | Preis Gordon - rent balance |
| | | | $ 19,459.63 | Total Disbursements |
| | | | 2,743.77 | Ending Cash Balance |