# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: **Michael Allen Worley**

CASE NUMBER: 18-10017    For Period ___4/1___ to ___4/30___, 20__18__.

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing.  File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {✓} | { } | Comparative Balance Sheet (FORM 2-B) |
| {✓} | { } | Profit and Loss Statement (FORM 2-C) |
| {✓} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| {✓} | { } | Supporting Schedules (FORM 2-E) |
| {✓} | { } | Narrative (FORM 2-F) |
| {✓} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: __5/22/18__
(date)

Debtor(s)*: _Michael Allen Worley_

By:**

Position:

Name of preparer:  _Shannon Wason_

Telephone No. of Preparer __225-928-4770__

\* both debtors must sign if a joint petition

\*\* for corporate or partnership debtor

Form 2-A
1/18

CASE NAME: Michael Allen Worley

CASE NUMBER: 18-10017

COMPARATIVE BALANCE SHEET

FORM 2-B
Page 1 of 2
1/18

| ASSETS: | Filing Date 1/8/2018 | Month 01/2018 | Month 02/2018 | Month 03/2018 | Month 04/2018 | Month | Month |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS:** | | | | | | | |
| Cash. | 4,000 | 4,000 | 2,840 | 4,744 | 2,295 | | |
| Accounts Receivable, Net. | | | | | | | |
| Inventory: at lower of cost or market. | | | | | | | |
| Prepaid expenses & deposits. | | | | | | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS. | 4,000 | 4,000 | 2,840 | 4,744 | 2,295 | | |
| **PROPERTY, PLANT & EQUIPMENT.** | | | | | | | |
| Less accumulated depreciation. | | | | | | | |
| NET PROPERTY, PLANT & EQUIPMENT. | | | | | | | |
| **OTHER ASSETS**    Real Estate | 4,250,000 | 4,250,000 | 4,250,000 | 4,250,000 | 4,250,000 | | |
| Personal & Household Items, Vehicles | 2,401,000 | 2,401,000 | 2,401,000 | 2,401,000 | 2,401,000 | | |
| Interests in Non-Publically Traded Businesses | 73,500,000 | 73,500,000 | 73,500,000 | 73,500,000 | 73,500,000 | | |
| Life Insurance - Surrender Value | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | | |
| TOTAL OTHER ASSETS. | 80,451,000 | 80,455,000 | 80,451,000 | 80,451,000 | 80,451,000 | | |
| **TOTAL ASSETS.** | 80,455,000 | 80,455,000 | 80,453,840 | 80,455,744 | 80,453,295 | | |

If assets are carried a historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative).   All subsequent reports must then carry these assets at that value.   Do not use historical cost one month and fair market value the nex .

CASE NAME: Michael Allen Worley

CASE NUMBER: 18-10017

## COMPARATIVE BALANCE SHEET

FORM 2-B
Page 2 of 2
1/18

| LIABILITIES: | Filing Date 1/8/2018 | Month 01/2018 | Month 02/2018 | Month 03/2018 | Month 04/2018 | Month | Month | Month |
|---|---|---|---|---|---|---|---|---|
| **POST-PETITION LIABILITIES:** | | | | | | | | |
| Taxes payable (Form 2-E, pg.1 of 3) | | | | | | | | |
| Accounts payable (Form 2-E, pg.1 of 3) | | | | | | | | |
| Other: | | | | | | | | |
| TOTAL POST-PETITION LIABILITIES | | | | | | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | | |
| Notes payable - secured | 6,250,000 | 6,250,000 | 6,250,000 | 6,250,000 | 6,250,000 | | | |
| Priority debt | | | | | | | | |
| Unsecured debt | 106,711,372 | 106,711,372 | 106,711,372 | 106,711,372 | 106,711,372 | | | |
| Other | | | | | | | | |
| TOTAL LIABILITIES | 112,961,372 | 112,961,372 | 112,961,372 | 112,961,372 | 112,961,372 | | | |
| **EQUITY (DEFICIT)** | | | | | | | | |
| PREFERRED STOCK | | | | | | | | |
| COMMON STOCK | | | | | | | | |
| **RETAINED EARNINGS:** | | | | | | | | |
| Through filing date | | | | | | | | |
| Post filing date | | | | | | | | |
| TOTAL EQUITY (NET WORTH) | (32,506,372) | (32,506,372) | (32,507,532) | (32,505,628) | (32,508,077) | | | |
| TOTAL LIABILITIES & EQUITY | 80,455,000 | 80,455,000 | 80,453,840 | 80,455,744 | 80,453,295 | | | |

CASE NAME: Michael Allen Worley

CASE NUMBER: 18-10017

PROFIT AND LOSS STATEMENT        N/A

FORM 2-C
1/18

| | Month 01/2018 | Month 02/2018 | Month 03/2018 | Month 04/2018 | Month | Month |
|---|---|---|---|---|---|---|
| NET REVENUE | | | | | | |
| COST OF GOODS SOLD: | | | | | | |
| Material | | | | | | |
| Labor - Direct | | | | | | |
| Manufacturing Overhead | | | | | | |
| TOTAL COST OF GOODS SOLD | | | | | | |
| GROSS PROFIT | | | | | | |
| OPERATING EXPENSES: | | | | | | |
| Selling and Marketing | | | | | | |
| General and Administrative (rents, utilities, salaries, etc.) | | | | | | |
| Other | | | | | | |
| TOTAL OPERATING EXPENSES | | | | | | |
| INTEREST EXPENSE | | | | | | |
| INCOME BEFORE DEPRECIATION OR TAXES: | | | | | | |
| DEPRECIATION OR AMORTIZATION | | | | | | |
| EXTRAORDINARY EXPENSES * | | | | | | |
| INCOME TAX EXPENSE (BENEFIT) | | | | | | |
| NET INCOME (LOSS) | | | | | | |

*Requires explanation in NARRATIVE (Form 2-F)

CASE NAME: Michael Allen Worley          CASE NUMBER: 18-10017

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period ___4/1___ to ___4/30___, 20_18_

### CASH RECONCILIATION

1. Beginning Cash Balance (Ending Cash Balance
   from last month's report)                          $ ___2,743.77___

2. Cash Receipts (total Cash Receipts from page
   2 of all FORM 2-D's)                               $ ___29,500.00___

3. Cash Disbursements (total Cash Disbursements
   from page 3 of all FORM 2-D's)                     $( ___31,949.12___ )

4. Net Cash Flow                                      $ ___(2,449.12)___

5. Ending Cash Balance (to FORM 2-B)                  $ ___294.65___

### CASH SUMMARY - ENDING BALANCE

| | Amount* | Financial Institution |
|---|---|---|
| 1. Real Estate Account | $ | |
| 2. Trust Account | $ | |
| 3. Operating and/or Personal Account | $ 294.65 | MidSouth Bank |
| 4. Payroll Account | $ | |
| 5. Tax Account | $ | |
| 6. Other Accounts (Specify checking or savings) | $ | |
| 7. Cash Collateral Account | $ | |
| 8. Petty Cash | $ 2,000.00 | |
| TOTAL (must agree with line 5 above) | $ 2,294.65 | |

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

===============================================================================

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less                          *
   inter-account transfers & UST fees paid  $ ___31,949.12___

* NOTE:  This amount should be used to
   determine UST quarterly fees due and agree
with Form 2-D, page 2 of 4.

CASE NAME: Michael Allen Worley          CASE NUMBER: 18-10017

## QUARTERLY FEE SUMMARY

MONTH ENDED  4/30/2018

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 0.00 | | | |
| February | $ 13,148.25 | | | |
| March | $ 19,459.63 | | | |
| Total 1st Quarter | $ 32,607.88 | $ 650.00 | | |
| April | $ 31,949.12 | | | |
| May | $ | | | |
| June | $ | | | |
| Total 2nd Quarter | $ | $ | | |
| July | $ | | | |
| August | $ | | | |
| September | $ | | | |
| Total 3rd Quarter | $ | $ | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 or more | 1% of quarterly disbursements or $250,000, whichever is less |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

CASE NAME: Michael Allen Worley

CASE NUMBER: 18-10017

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __ 4/1 ___ to ___ 4/30 ___ , 20 18

Account Name: Michael A. Worley   Account Number: ___ 2306 ___
Debtor in Possession

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|
| 4/2/2018 | Transfer from W Resources | 2,000.00 |
| 4/4/2018 | Transfer from W Resources | 16,500.00 |
| 4/9/2018 | Transfer from W Resources | 5,000.00 |
| 4/11/2018 | Transfer from W Resources | 3,000.00 |
| 4/17/2018 | Transfer from W Resources | 3,000.00 |

Total Cash Receipts    $ 29,500.00 ___ ___

CASE NAME: Michael Allen Worley

CASE NUMBER: 18-10017

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __4/1__ to __4/30__, 20_18_

Account Name: Michael A. Worley  Account Number: ____2306____
Debtor in Possession

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 4/3/2018 | 133 | Kathy Cress | Child Support for Katie Worley | 3,500.00 |
| 4/4/2018 | 131 | Northwestern Mutual | Life Insurance | 7,837.57 |
| 4/4/2018 | 132 | Northwestern Mutual | Life Insurance | 8,992.20 |
| 4/4/2018 | | | Overdraft paid item fee | 32.00 |
| 4/4/2018 | | | Overdraft paid item fee | 32.00 |
| 4/4/2018 | 130 | Cox Communications | Cable - 22784 Ligon Road (Ex-wife residence) | 451.16 |
| 4/9/2018 | 134 | Preis Gordon | Personal Residence Rent | 4,800.00 |
| 4/9/2018 | | | Overdraft paid item fee | 32.00 |
| 4/12/2018 | 141 | Entergy | Utilities - 22784 Ligon Road (Ex-wife residence) | 1,339.00 |
| 4/13/2018 | 140 | Discovery Benefit | Health Insurance Premium | 1,223.51 |
| 4/13/2018 | 136 | Baton Rouge Water Works | Water - Personal Residence | 54.86 |
| 4/13/2018 | 137 | Baton Rouge Water Works | Water - Personal Residence | 24.23 |
| 4/17/2018 | 135 | Custom Security | Alarm Monitoring - Personal Residence | 32.95 |
| 4/17/2018 | 138 | Chubb Insurance | Insurance - Personal Residence | 350.01 |
| 4/17/2018 | 139 | Chubb Insurance | Insurance - Personal Residence | 2,319.82 |
| 4/17/2018 | | | Service Charge | 5.00 |
| 4/17/2018 | | | Paper Statement Fee | 5.00 |
| 4/25/2018 | 142 | City of Zachary | Utilities - 22784 Ligon Road (Ex-wife residence) | 917.81 |

Total Cash Disbursements  $  31,949.12

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

CASE NAME: Michael Allen Worley          CASE NUMBER: 18-10017

**SUPPORTING SCHEDULES**

For Period ___4/1___ to ___4/30___ , 20 18

**POST-PETITION ACCOUNTS PAYABLE AGING REPORT**

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| FITW | 0.00 | | $ | $ | $ | $ |
| FICA | 0.00 | | | | | |
| FUTA | 0.00 | | | | | |
| SITW | 0.00 | | | | | |
| SUTA | 0.00 | | | | | |
| OTHER TAX | 0.00 | | | | | |
| TRADE PAYABLES | 0.00 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | | | | | | |
| | | | | | | |
| TOTALS | 0 | | $ | $ | $ | $ |

CASE NAME: Michael Allen Worley          CASE NUMBER: 18-10017

**SUPPORTING SCHEDULES**

For Period _____ 4/1 _____ to ___ 4/30 _____ , 20 18

ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
|  | 0.00 | 0.00 |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

FORM 2-E
Page 2 of 3
1/18

CASE NAME: Michael Allen Worley          CASE NUMBER: 18-10017

## SUPPORTING SCHEDULES

For Period _____ 4/1 _____ to _____ 4/30 _____, 20 18

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|---|---|---|---|---|
| Homeowners | | | | |
| ~~Workers' Compensation~~ | CHUBB 22784 Ligon Rd | $7MM | 7/8/18 | Yes |
| General Liability | PURE Umbrella | $10MM | 7/8/18 | Yes |
| Property (Fire, Theft) | CHUBB 5514 Moss Side | $250,000 | 3/1/19 | Yes |
| Vehicle | | | | |
| ~~Other (list):~~ | | | | |
| 2016 Ford F-150 | State Farm | | 9/12/18 | Yes |
| 2008 Jeep Wrangler | State Farm | | 5/4/18 | Yes |
| 2010 Airstream | State Farm | | 10/28/18 | Yes |
| 2011 Polaris Ranger | State Farm | | 10/28/18 | Yes |
| 2005 Honda 4 Wheeler | State Farm | | 12/13/18 | Yes |
| 2011 Polaris Sportsman | State Farm | | 8/10/18 | Yes |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent. If "no", explain on Form 2-F, Narrative.

CASE NAME: Michael Allen Worley                CASE NUMBER: 18-10017

## NARRATIVE STATEMENT

For Period  April 1  to  April 30 , 2018

*Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.*

The Debtor has worked with his counsel, with counsel for W Resources, LLC and with the counsel for the Unsecured Creditors Committee on developing a Chapter 11 Plan of Liquidation ("Plan") and accompanying Disclosure Statement which were filed on May 8, 2018. The primary purpose of the Plan is to liquidate the assets (non-essential property) of the Debtor in an orderly and cost effective manner and pay all Allowed Claims in full.  The Debtor is current on the filing of all monthly operating reports.

The primary events which have occurred during this period are:  (1) the approval by the Bankruptcy Court of Scott Crawford as special counsel to handle litigation against Worley Claims Services, LLC so that Debtor may return to the claims service business; (2) the Debtor's investigation of opportunities for employment in the claims service business; and, (3) the Debtor's negotiations with potential purchasers of various assets and businesses.

FORM 2-F
1/18

```
DATE PRINTED:  5/14/18
MidSouth Bank NA                                          - TEMPORARY STATEMENT  -


  ACCOUNT NO.            2306


  Michael A Worley
  Debtor-in-Possession
  Case 18-10017
  11468 Rue Concord
  Baton Rouge LA 70810


  ************************************************************
  PREVIOUS STATEMENT BALANCE               1,217.46
  CHECKS AND CHARGES            5          5,682.45
  DEPOSITS AND CREDITS          2          4,500.00 **
  BALANCE THIS STATEMENT                      35.01
  ************************************************************
```

| DATE | CHECK# | AMOUNT | BALANCE | TC |
|------|--------|--------|---------|-----|
| 1/23/18 | | 1,999.70 | | 31 REGULAR DEPOSIT |
| 2/07/18 | | 68.15 | | 16 MISCELLANEOUS CREDIT |
| 2/07/18 | | 68.15 | | 183 CHK ORDERS HARLAND CLARKE |
| | | | | PPD   5580278260  18/02/07 |
| | | | | TRACE#   091000010794201 |
| 2/08/18 | | 1,938.50 | | 31 REGULAR DEPOSIT |
| 2/08/18 | | 6,000.00 | | 31 REGULAR DEPOSIT |
| 2/08/18 | | 1,223.51 | | 183 HEALTH INS HEALTH INS  PREM |
| | | | | PPD   1541507947  18/02/08 |
| | | | | TRACE#   071001739612320 |
| 2/12/18 | 105 | 4,800.00 | | 58 REGULAR CHECK |
| 2/12/18 | 106 | 3,500.00 | | 58 REGULAR CHECK |
| 2/13/18 | 107 | 51.82 | | 58 REGULAR CHECK |
| 2/14/18 | | 642.00 | | 31 REGULAR DEPOSIT |
| 2/14/18 | | 2,500.00 | | 31 REGULAR DEPOSIT |
| 2/14/18 | | 64.00 | | 67 Paid Item Fee Reversal |
| 2/14/18 | 103 | 2,319.82 | | 58 REGULAR CHECK |
| 2/14/18 | | 709.90 | | 183  PYMT      STATE FARM RO 27 |
| | | | | CHECK # 104          ARC |
| 2/14/18 | | 32.00 | | 128 Overdraft paid item fee |
| 2/14/18 | | 32.00 | | 128 Overdraft paid item fee |
| 2/14/18 | 108 | 21.23 | | 58 REGULAR CHECK |
| 2/20/18 | | 250.03 | | 183 CHECK PYMT Cox Comm - BTR |
| | | | | CHECK # 0110         ARC |
| 2/21/18 | 109 | 32.95 | | 58 REGULAR CHECK |
| 2/22/18 | | 908.00 | | 31 REGULAR DEPOSIT |
| 2/26/18 | | 238.99 | | 183 PAYMENT     ENTERGY UTILITY |
| | | | | CHECK # 0111         ARC |
| 3/07/18 | | 3,000.00 | | 31 REGULAR DEPOSIT |
| 3/08/18 | | 15,000.00 | | 31 REGULAR DEPOSIT |
| 3/09/18 | 112 | 3,500.00 | | 52 CHECK /SERIAL |
| 3/09/18 | 113 | 1,203.51 | | 58 REGULAR CHECK |
| 3/09/18 | 115 | 24.23 | | 58 REGULAR CHECK |
| 3/09/18 | 116 | 54.77 | | 58 REGULAR CHECK |
| 3/13/18 | 114 | 2,319.82 | | 58 REGULAR CHECK |
| 3/13/18 | 117 | 32.95 | | 58 REGULAR CHECK |
| 3/16/18 | 119 | 650.00 | | 58 REGULAR CHECK |

DATE PRINTED:  5/14/18
MidSouth Bank NA                                                    - TEMPORARY STATEMENT  -

ACCOUNT NO.              2306

Michael A Worley
Debtor-in-Possession
Case 18-10017
11468 Rue Concord
Baton Rouge LA 70810


*****************************************************************
PREVIOUS STATEMENT BALANCE               1,217.46
CHECKS AND CHARGES          5            5,682.45
DEPOSITS AND CREDITS        2            4,500.00 **
BALANCE THIS STATEMENT                      35.01
*****************************************************************

| DATE | CHECK# | AMOUNT | BALANCE | TC | |
|------|--------|--------|---------|----|--|
| 3/16/18 | 120 | 1,753.00 | | 58 | REGULAR CHECK |
| 3/16/18 | | 5.00 | | 360 | Total Service Charge |
| 3/16/18 | | 5.00 | | 359 | Paper Statement Fee |
| 3/19/18 | | 246.84 | | 183 | CHECK PYMT Cox Comm - BTR |
| | | | | | CHECK # 0122          ARC |
| 3/19/18 | | 1,297.57 | | 183 | PYMT        STATE FARM RO 27 |
| | | | | | CHECK # 123           ARC |
| 3/19/18 | 124 | 82.79 | | 58 | REGULAR CHECK |
| 3/19/18 | 125 | 300.00 | | 58 | REGULAR CHECK |
| 3/19/18 | 127 | 500.00 | | 58 | REGULAR CHECK |
| 3/20/18 | 121 | 579.43 | | 58 | REGULAR CHECK |
| 3/20/18 | 126 | 1,353.93 | | 58 | REGULAR CHECK |
| 3/21/18 | | 603.42 | | 31 | REGULAR DEPOSIT |
| 3/22/18 | | 755.79 | | 183 | WLK IN PAY ENTERGY SERVICES |
| | | | | | CHECK # 0128          POP |
| | | | | | BATO                  LA |
| 3/26/18 | | 2,760.03 | | 31 | REGULAR DEPOSIT |
| 3/28/18 | 118 | 2,397.00 | | 58 | REGULAR CHECK |
| 3/28/18 | 129 | 2,403.00 | | 58 | REGULAR CHECK |
| 4/02/18 | | 2,000.00 | | 31 | REGULAR DEPOSIT |
| 4/03/18 | 133 | 3,500.00 | | 52 | CHECK /SERIAL |
| 4/04/18 | | 16,500.00 | | 31 | REGULAR DEPOSIT |
| 4/04/18 | 131 | 7,837.57 | | 58 | REGULAR CHECK |
| 4/04/18 | 132 | 8,992.20 | | 58 | REGULAR CHECK |
| 4/04/18 | | 32.00 | | 128 | Overdraft paid item fee |
| 4/04/18 | | 32.00 | | 128 | Overdraft paid item fee |
| 4/04/18 | | 451.16 | | 183 | CHECK PYMT Cox Comm - BTR |
| | | | | | CHECK # 0130          ARC |
| 4/09/18 | | 5,000.00 | | 31 | REGULAR DEPOSIT |
| 4/09/18 | 134 | 4,800.00 | | 58 | REGULAR CHECK |
| 4/09/18 | | 32.00 | | 128 | Overdraft paid item fee |
| 4/11/18 | | 3,000.00 | | 31 | REGULAR DEPOSIT |
| 4/12/18 | | 1,339.00 | | 183 | WLK IN PAY ENTERGY SERVICES |
| | | | | | CHECK # 0141          POP |
| | | | | | BATO                  LA |
| 4/13/18 | | 1,223.51 | | 183 | HEALTH INS HEALTH INS PREMI |
| | | | | | PPD   1541507947  18/04/13 |

```
DATE PRINTED:  5/14/18
MidSouth Bank NA                                           - TEMPORARY STATEMENT -


   ACCOUNT NO.            2306

   Michael A Worley
   Debtor-in-Possession
   Case 18-10017
   11468 Rue Concord
   Baton Rouge LA 70810


   ********************************************************************
   PREVIOUS STATEMENT BALANCE              1,217.46
   CHECKS AND CHARGES            5         5,682.45
   DEPOSITS AND CREDITS          2         4,500.00 **
   BALANCE THIS STATEMENT                     35.01
   ********************************************************************

      DATE      CHECK#      AMOUNT       BALANCE     TC

                                                     TRACE#   071001731919937
      4/13/18    136          54.86                  58  REGULAR CHECK
      4/13/18    137          24.23                  58  REGULAR CHECK
      4/17/18             3,000.00                   31  REGULAR DEPOSIT
      4/17/18    135          32.95                  58  REGULAR CHECK
      4/17/18    138         350.01                  58  REGULAR CHECK
      4/17/18    139       2,319.82                  58  REGULAR CHECK
      4/17/18               5.00                    360  Total Service Charge
      4/17/18               5.00                    359  Paper Statement Fee
      4/25/18    142         917.81       299.65     58  REGULAR CHECK
      5/01/18             4,000.00 CR    4,299.65    31  REGULAR DEPOSIT
      5/01/18    143         240.00     4,059.65     58  REGULAR CHECK
      5/03/18    144       3,500.00       559.65     58  REGULAR CHECK
      5/08/18               500.00 CR   1,059.65     16  MISCELLANEOUS CREDIT
      5/08/18               907.04       152.61     183  PYMT       STATE FARM RO 27
                                                         CHECK # 145          ARC
      5/11/18               117.60        35.01     183  WLK IN PAY ENTERGY SERVICES
                                                         CHECK # 0147         POP
                                                         BATO                 LA


   THIS TEMPORARY STATEMENT IS NOT A FORMAL STATEMENT OF ACCOUNT
   THESE ITEMS WILL BE REFLECTED AGAIN ON YOUR REGULARLY SCHEDULED
   ACCOUNT STATEMENT
```