## MONTHLY OPERATING REPORT

CHAPTER 11

CASE NAME: **Michael Allen Worley**

CASE NUMBER: **18-10017**

For Period _May 1_ to _May 31_, 20 _18_.

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirements in writing. File with the court and submit a paper copy to the UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one – attached or waived) | | |
| {X} | { } | Comparative Balance Sheet (FORM 2-B) |
| {X} | { } | Profit and Loss Statement (FORM 2-C) |
| {X} | { } | Cash Receipts & Disbursements Statements (FORM 2-D) |
| {X} | { } | Supporting Schedules (FORM 2-E) |
| {X} | { } | Narrative (FORM 2-F) |
| {X} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: _6/18/18_
(date)

Debtor(s)*: _____

_____

By:** _____

Position: __**Debtor-in-Possession**__

Name of preparer: __**Michael Allen Worley**__

Telephone No. of Preparer: __**(504) 908-1200**__

* both debtors must sign if a joint petition

** for corporate or partnership debtor

Form 2-A
1/18

CASE NAME: **Michael Allen Worley**

CASE NUMBER: **18-10017**

COMPARATIVE BALANCE SHEET

**ASSETS:**

CURRENT ASSETS

| | Filing Date | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| | 1/8/18 | January 2018 | February 2018 | March 2018 | April 2018 | May 2018 | |
| Cash | 4,000 | 4,000 | 2,840 | 4,744 | 2,295 | 7,043 | |
| Accounts Receivable, Net | | | | | | | |
| Inventory, at alower of cost or market | | | | | | | |
| Prepaid expenses & deposits | | | | | | | |
| Other | | | | | | | |
| | | | | | | | |
| TOTAL CURRENT ASSETS | 4,000 | 4,000 | 2,840 | 4,744 | 2,295 | 7,043 | |
| PROPERTY, PLANT & EQUIPMENT | | | | | | | |
| Less accumlated depreciation | | | | | | | |
| NET PROPERTY, PLANT & EQUIPMENT | | | | | | | |
| OTHER ASSETS | | | | | | | |
| Real Estate | 4,250,000 | 4,250,000 | 4,250,000 | 4,250,000 | 4,250,000 | 4,250,000 | |
| Personal & Household Items, Vehicles | 2,401,000 | 2,401,000 | 2,401,000 | 2,401,000 | 2,401,000 | 2,401,000 | |
| Interests in Non-Publicly Traded Businesses | 73,500,000 | 73,500,000 | 73,500,000 | 73,500,000 | 73,500,000 | 73,500,000 | |
| Life Insurance - Surrender Value | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | |
| TOTAL OTHER ASSETS | 80,451,000 | 80,451,000 | 80,451,000 | 80,451,000 | 80,451,000 | 80,451,000 | |
| TOTAL ASSETS | 80,455,000 | 80,455,000 | 80,453,840 | 80,455,744 | 80,453,295 | 80,458,043 | |

If assets are carried a historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative).  All subsequent reports must then carry these assets at that value.  Do not use historical cost one month and fair market value the next.

CASE NAME: Michael Allen Worley

CASE NUMBER: 18-10017

COMPARATIVE BALANCE SHEET

**LIABILITIES:**

| | Filing Date | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| | **1/8/18** | **January 2018** | **February 2018** | **March 2018** | **April 2018** | **May 2018** | |
| POST-PETITION LIABILITIES: | | | | | | | |
| Taxes payable (Form 2-E, pg. 1 of 3) . . . . . . . . . . . . . . . . . . | | | | | | | |
| Accounts payable (Form 2-E, pg. 1 of 3) . . . . . . . . . . . . . | | | | | | | |
| Other: _____ | | | | | | | |
| TOTAL POST-PETITION LIABILITIES . . . . . . . . . . . . . . . . . . | | | | | | | |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes payable - secured . . . . . . . . . . . . . . . . . . | 6,250,000 | 6,250,000 | 6,250,000 | 6,250,000 | 6,250,000 | 6,250,000 | |
| Priority debt . . . . . . . . . . . . . . . . . . | | | | | | | |
| Unsecured debt . . . . . . . . . . . . . . . . . . | 106,711,372 | 106,711,372 | 106,711,372 | 106,711,372 | 106,711,372 | 106,711,372 | |
| Other _____ | | | | | | | |
| | 112,961,372 | 112,961,372 | 112,961,372 | 112,961,372 | 112,961,372 | 112,961,372 | |
| TOTAL LIABILITIES . . . . . . . . . . . . . . . . . . | | | | | | | |
| **EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| RETAINED EARNINGS: | | | | | | | |
| Through filing date . . . . . . . . . . . . . . . . . . | | | | | | | |
| Post filing date . . . . . . . . . . . . . . . . . . | | | | | | | |
| TOTAL EQUITY (NET WORTH) . . . . . . . . . . . . . . . . . . | (32,506,372) | (32,506,372) | (32,507,532) | (32,505,628) | (32,508,077) | (32,503,329) | |
| **TOTAL LIABILITIES & EQUITY** . . . . . . . . . . . . . . . . . . | 80,455,000 | 80,455,000 | 80,453,840 | 80,455,744 | 80,453,295 | 80,458,043 | |

CASE NAME: **Michael Allen Worley**

CASE NUMBER: **18-10017**

PROFIT AND LOSS STATEMENT **N/A**

| | Month<br>January 2018 | Month<br>February 2018 | Month<br>March 2018 | Month<br>April 2018 | Month<br>May 2018 | Month |
|---|---|---|---|---|---|---|
| NET REVENUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | |
| COST OF GOODS SOLD: | | | | | | |
|    Material . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | |
|    Labor - Direct . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | |
|    Manufacturing Overhead . . . . . . . . . . . . . . . . . . . . | | | | | | |
| TOTAL COST OF GOODS SOLD: . . . . . . . . . . . . . . . . . . . | | | | | | |
| GROSS PROFIT: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | |
| OPERATING EXPENSES: | | | | | | |
|    Selling and Marketing . . . . . . . . . . . . . . . . . . . . . . . | | | | | | |
|    General and Administrative (rents, utilities,<br>      salaries, etc.) . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | |
|    Other _____ | | | | | | |
| TOTAL OPERATING EXPENSES . . . . . . . . . . . . . . . . . . . | | | | | | |
| INTEREST EXPENSE . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | |
| INCOME BEFORE DEPRECIATION OR TAXES: . . . . . . . . . . . . . | | | | | | |
| DEPRECIATION OR AMORTIZATION . . . . . . . . . . . . . . . . . | | | | | | |
| EXTRAORDINARY EXPENSES * . . . . . . . . . . . . . . . . . . . . | | | | | | |
| INCOME TAX EXPENSE (BENEFIT) . . . . . . . . . . . . . . . . . . | | | | | | |
| NET INCOME (LOSS) . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | |

\* Requires explanation in NARRATIVE (Form 2-F)

CASE NAME: **Michael Allen Worley**          CASE NUMBER: **18-10017**

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period **May 1** to **May 31**, 20 **18**

### CASH RECONCILIATION

| | | |
|---|---|---|
| 1. Beginning Cash Balance (Ending Cash Balance from last month's report) | $ | **294.65** |
| 2. Cash Receipts (total Cash Receipts from page 2 of all FORM 2-D's) | $ | **12,725.07** |
| 3. Cash Disbursements (total Cash Disbursements from page 3 of all FORM 2-D's) | $ | **7,976.52** |
| 4. Net Cash Flow | $ | **4,748.55** |
| 5. Ending Cash Balance (to FORM 2-B) | $ | **5,043.20** |

### CASH SUMMARY – ENDING BALANCE

| | | Amount* | Financial Institution |
|---|---|---|---|
| 1. Real Estate Account | $ | | |
| 2. Trust Account | $ | | |
| 3. Operating and/or Personal Account | $ | **5,043.20** | **MidSouth Bank** |
| 4. Payroll Account | $ | | |
| 5. Tax Account | $ | | |
| 6. Other Accounts (Specify checking or savings) | $ | | |
| 7. Cash Collateral Account | $ | | |
| 8. Petty Case | $ | **2,000.00** | |
| TOTAL (must agree with line 5 above) | $ | **7,043.20** | |

* These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

---

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less
   inter-account transfers & UST fees paid      $ **7,326.52**          *

* NOTE: This amount should be used to
  determine UST quarterly fees due and agree
  with Form 2-D, page 2 of 4.

CASE NAME: __**Michael Allen Worley**__    CASE NUMBER: __**18-10017**__

### QUARTERLY FEE SUMMARY

MONTH ENDED __**May 2018**__

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ **0.00** | | | |
| February | $ **13,148.25** | | | |
| March | $ **19,459.63** | | | |
| Total 1st Quarter | $ **32,607.88** | $ **650.00** | **148** | **5/9/18** |
| | | | | |
| April | $ **31,949.12** | | | |
| May | $ **7,326.52** | | | |
| June | $_____ | | | |
| Total 2nd Quarter | $_____ | $_____ | _____ | _____ |
| | | | | |
| July | $_____ | | | |
| August | $_____ | | | |
| September | $_____ | | | |
| Total 3rd Quarter | $_____ | $_____ | _____ | _____ |
| | | | | |
| October | $_____ | | | |
| November | $_____ | | | |
| December | $_____ | | | |
| Total 4th Quarter | $_____ | $_____ | _____ | _____ |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 or more | 1% of quarterly disbursements or $250,000, whichever is less |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

CASE NAME: __**Michael Allen Worley**__

CASE NUMBER: ____**18-10017**_____

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period ___**May 1**___ to ___**May 31**___, 20 **18**

**Michael Allen Worley**

Account Name: __**Debtor-in-Possession**__ Account Number: ____**2306**____

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|
| 5/1/18 | Transfer from W Resources | 4,000.00 |
| 5/8/18 | Transfer from W Resources | 500.00 |
| 5/14/18 | Transfer from W Resources | 1,500.00 |
| 5/15/18 | Transfer from W Resources | 1,000.00 |
| 5/21/18 | Transfer from MidSouth | 3,725.07 |
| 5/30/18 | Transfer from W Resources | 2,000.00 |

Total Cash Receipts    $____**12,725.07**_____

Form 2-D
Page 3 of 4
1/18

CASE NAME:    **Michael Allen Worley**

CASE NUMBER:    **18-10017**

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period ___May 1___ to ___May 31___ , 20 **18**

**Michael Allen Worley**

Account Name: **Debtor-in-Possession**  Account Number: ___**2306**___

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 5/2/18 | 145 | State Farm | Jeep Insurance | 907.04 |
| | 146 | VOIDED | | |
| 5/9/18 | 147 | Entergy | Zachary - Ligon Rd. | 117.60 |
| 5/9/18 | 148 | U.S. Trustee | Quarterly Fees | 650.00 |
| 5/10/18 | 149 | Baton Rouge Water Co. | Utilities | 25.38 |
| 5/10/18 | 150 | Baton Rouge Water Co. | Utilities | 55.25 |
| 5/18/18 | 151 | Discovery Benefit | Health Insurance Premium | 1,223.51 |
| 5/24/18 | 152 | State Farm | ATV's | 181.32 |
| 5/29/18 | 153 | Kathey Cress | Child Support for Katie Worley | 3,500.00 |
| 5/30/18 | 154 | City of Zachary | Utilities - Ligon Rd. | 1,316.42 |

Total Cash Disbursements    $    **7,976.52**

* Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

Form 2-D
Page 4 of 4
1/18

CASE NAME: __Michael Allen Worley__     CASE NUMBER: __18-10017__

**SUPPORTING SCHEDULES**

For Period _____May 1_____ to _____May 31_____, 20 _18_

POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|------|----------|-----|------|-------|-------|---------|
| FITW | 0.00 | | $ | $ | $ | $ |
| FICA | 0.00 | | | | | |
| FUTA | 0.00 | | | | | |
| SITW | 0.00 | | | | | |
| SUTA | 0.00 | | | | | |
| OTHER TAX | 0.00 | | | | | |
| TRADE PAYABLES | 0.00 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | 0.00 | | $ | $ | $ | $ |

CASE NAME: __Michael Allen Worley__    CASE NUMBER: __18-10017__

**SUPPORTING SCHEDULES**

For Period _____May 1_____ to _____May 31_____, 20 _18_

ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CASE NAME: **Michael Allen Worley**        CASE NUMBER: **18-10017**

**SUPPORTING SCHEDULES**

For Period ____**May 1**____ to ____**May 31**____, 20__**18**__

INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|------|---------------|--------------|--------------------|--------------|
| **Homeowners** | **CHUBB 22784 Ligon Rd.** | **$7M** | **7/8/18** | **Yes** |
| ~~Worker's Compensation~~ | | | | |
| General Liability | **PURE Umbrella** | **$10M** | **7/8/18** | **Yes** |
| Property (Fire, Theft) | **CHUBB 5514 Moss Side** | **$250,000** | **3/1/19** | **Yes** |
| Vehicle | | | | |
| ~~Other (list)~~ | | | | |
| **2016 Ford F-150** | **State Farm** | | **9/12/18** | **Yes** |
| **2008 Jeep Wrangler** | **State Farm** | | **5/4/18** | **Yes** |
| **2010 Airstream** | **State Farm** | | **10/28/18** | **Yes** |
| **2011 Polaris Ranger** | **State Farm** | | **10/28/18** | **Yes** |
| **2005 Honda 4 Wheeler** | **State Farm** | | **12/13/18** | **Yes** |
| **2011 Polaris Sportsman** | **State Farm** | | **8/10/18** | **Yes** |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent.  If "no", explain on Form 2-F, Narrative.

Form 2-E
Page 3 of 3
1/18

CASE NAME: __Michael Allen Worley__    CASE NUMBER: __18-10017__

## NARRATIVE STATEMENT

For Period __May 1__ to __May 31__, 20 __18__

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

The Debtor has worked with his counsel, with counsel for W Resources, LLC and with the counsel for the Unsecured

Creditors Committee on developing a Chapter 11 Plan of Liquidation ("Plan") and accompanying Disclosure Statement

which were filed on May 8, 2018. The primary purpose of the Plan is to liquidate the assets (non-essential property) of

the Debtor in an orderly and cost effective manner and pay all Allowed Claims in full. The Debtor is current on the filing

of all monthly operating reports.

The primary events which have occurred during this period are: (1) working on a Complaint against Worley Claims

Services, LLC so that Debtor may return to the claims service business; (2) the Debtor's investigation of opportunities

for employment in the claims service business; (3) the Debtor's review of Complaint filed by Callais Capital Management,

LLC ("Callais") against him; (4) the Debtor's beginning to gather documents requested by Callais for Motion for 2004

Exam; and, (5) the Debtor's negotiations with potential purchasers of various assets and businesses.

FORM 2-F
1/18

**MidSouth Bank** N. A.

P.O. Box 3745
Lafayette, LA 70502

24-hour access to account information
1-800-452-2267
www.midsouthbank.com

Michael A Worley
Debtor-in-Possession
Case 18-10017
11468 Rue Concord
Baton Rouge LA 70810

Date  5/17/18          Page     1
Account Number              2306

## CHECKING ACCOUNT

Simple Checking
Account Number                    2306    Statement Dates    4/18/18 thru  5/17/18
Previous Balance              1,217.46    Days This statement period          30
   4 Deposits/Credits         7,000.00    Average Ledger                  923.13
  12 Checks/Debits            6,480.08    Average Collected               923.13
Service Charge                    5.00    Minimum Balance for Period          35
Interest Paid                      .00
Current Balance               1,732.38

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $96.00 |
| Total Returned Item Fees | $32.00 | $32.00 |

### DEPOSITS/CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/01 | REGULAR DEPOSIT | 4,000.00 |
| 5/08 | MISCELLANEOUS CREDIT | 500.00 |
| 5/14 | REGULAR DEPOSIT | 1,500.00 |
| 5/15 | REGULAR DEPOSIT | 1,000.00 |

### MISCELLANEOUS DEBITS

| Date | Description | Amount |
|---|---|---|
| 5/08 | PYMT     STATE FARM RO 27 | 907.04- |
|  | CHECK # 145        ARC |  |
| 5/11 | WLK IN PAY ENTERGY SERVICES | 117.60- |
|  | CHECK # 0147         POP |  |
|  | BATO          LA |  |
| 5/14 | Return Item Fee | 32.00- |
| 5/15 | Statement-Copy | 5.00- |
| 5/15 | Research | 25.00- |
| 5/16 | Statement-Copy | 5.00- |
| 5/17 | Total Service Charge | 5.00- |
| 5/17 | Paper Statement Fee | 5.00 |

```
                                          Date  5/17/18        Page    2
                                          Account Number              2306
        Michael A Worley
        Debtor-in-Possession
        Case 18-10017
        11468 Rue Concord
        Baton Rouge LA 70810
```

Simple Checking                    2306  (Continued)

### CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 4/25 | 142 | 917.81 | 5/08 | 145 | -See above- | 5/14 | 149 | 25.38 |
| 5/01 | 143 | 240.00 | 5/11 | 147* | -See above- | 5/14 | 150 | 55.25 |
| 5/03 | 144 | 3,500.00 | 5/14 | 148 | 650.00 | | | |

* Indicates Break In Check Number Sequence

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/18 | 1,217.46 | 5/08 | 152.61 | 5/16 | 1,737.38 |
| 4/25 | 299.65 | 5/11 | 35.01 | 5/17 | 1,732.38 |
| 5/01 | 4,059.65 | 5/14 | 772.38 | | |
| 5/03 | 559.65 | 5/15 | 1,742.38 | | |

Privacy Notice:Federal law requires us to tell you how we collect,share & protect your personal information. Our privacy policy has not changed & you may review our policy & practices MidSouth Bank.com.To request a free copy,call us at 800-213-2265

6/18/18                          **Deposit Inquiry**                    11:13:26
Michael A Worley                    Account number:                 2306
**Messages   Internet Banking**                                    <u>1</u> of 1
Last stmt balance:          1,732.38   Last stmt date:       5/17/18
Current balance:              972.09   Statement cycle:          22
1=View   6=Print   T=Tset          Control: From _____ To _____

| Posted | Description | Check No | Amount | Balance |
|--------|-------------|----------|--------|---------|
| 5/17/18 | Total Service Charge | | 5.00- | **1,732.38** |
| 5/17/18 | Paper Statement Fee | | 5.00- | **1,732.38** |
| 5/21/18 | Deposit from Closed Ac | | 3,725.07 | 5,457.45 |
| 5/22/18 | ACH Debit | | 1,223.51- | 4,233.94 |
| 5/29/18 | REGULAR   CHECK | 153 | 3,500.00- | 733.94 |
| 5/30/18 | REGULAR DEPOSIT | | 2,000.00 | 2,733.94 |
| 5/30/18 | ACH Debit | | 181.32- | 2,552.62 |
| 6/01/18 | REGULAR   CHECK | 154 | 1,316.42- | 1,236.20 |
| 6/12/18 | ACH Debit | 155 | 108.31- | 1,127.89 |
| 6/13/18 | REGULAR  DEPOSIT | | 2,000.00 | 3,127.89 |
| 6/14/18 | REGULAR   CHECK | 156 | 3.87- | 3,124.02 |
| 6/14/18 | REGULAR   CHECK | 157 | 10.50- | 3,113.52 |
| 6/15/18 | ACH Debit | | 1,223.51- | 1,890.01 |
| 6/15/18 | REGULAR   CHECK | 158 | 917.92- | 972.09 |

                                                               **Bottom**

*F4=Redsply  F6=Bal  Inq  F7=Scan  Fwd  F8=Scan  Bkwd  F11=Prior bal  F15=EFT  F16=Sort*
*F17=Top   F18=Bottom   F19=EDI*                      *F22=T/C  F23=Checks*