# MONTHLY OPERATING REPORT

CHAPTER 11

CASE NAME: __Michael Allen Worley__

CASE NUMBER: __18-10017__    For Period __June 1__ to __June 30__ , 20 __18__ .

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH.  The debtor must attach each of the following forms unless the United States Trustee has waived the requirements in writing.  File with the court and submit a paper copy to the UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one – attached or waived) | | |
| {X} | { } | Comparative Balance Sheet (FORM 2-B) |
| {X} | { } | Profit and Loss Statement (FORM 2-C) |
| {X} | { } | Cash Receipts & Disbursements Statements (FORM 2-D) |
| {X} | { } | Supporting Schedules (FORM 2-E) |
| {X} | { } | Narrative (FORM 2-F) |
| {X} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: _____          Debtor(s)*: _____
           (date)                                    _____

By:** _____

Position: __Debtor-in-Possession__

Name of preparer: __Michael Allen Worley__

Telephone No. of Preparer: __(504) 908-1200__

* both debtors must sign if a joint petition

** for corporate or partnership debtor

Form 2-A
1/18

CASE NAME: **Michael Allen Worley**

CASE NUMBER: **18-10017**                    COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | 1/8/18 | January 2018 | February 2018 | March 2018 | April 2018 | May 2018 | June 2018 |
| Cash . . . . . . . . . . . . . . . . . . . . . . . . . . | 4,000 | 4,000 | 2,840 | 4,744 | 2,295 | 7,043 | 6,386 |
| Accounts Receivable, Net . . . . . . . . . . . . . . . . . . . . . . . |  |  |  |  |  |  |  |
| Inventory, at alower of cost or market . . . . . . . . . . . . . . . . |  |  |  |  |  |  |  |
| Prepaid expenses & deposits . . . . . . . . . . . . . . . . . . |  |  |  |  |  |  |  |
| Other _____ |  |  |  |  |  |  |  |
| _____ |  |  |  |  |  |  |  |
| TOTAL CURRENT ASSETS . . . . . . . . . . . . . . . . . . . . . . . . | 4,000 | 4,000 | 2,840 | 4,744 | 2,295 | 7,043 | 6,386 |
| PROPERTY, PLANT & EQUIPMENT . . . . . . . . . . . . . . . . . . . |  |  |  |  |  |  |  |
| Less accumlated depreciation . . . . . . . . . . . . . . . . . . |  |  |  |  |  |  |  |
| NET PROPERTY, PLANT & EQUIPMENT . . . . . . . . . . . . . . . . . . |  |  |  |  |  |  |  |
| OTHER ASSETS |  |  |  |  |  |  |  |
| **Real Estate** | 4,250,000 | 4,250,000 | 4,250,000 | 4,250,000 | 4,250,000 | 4,250,000 | 4,250,000 |
| **Personal & Household Items, Vehicles** | 2,401,000 | 2,401,000 | 2,401,000 | 2,401,000 | 2,401,000 | 2,401,000 | 2,401,000 |
| **Interests in Non-Publicly Traded Businesses** | 73,500,000 | 73,500,000 | 73,500,000 | 73,500,000 | 73,500,000 | 73,500,000 | 73,500,000 |
| **Life Insurance - Surrender Value** | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 |
| TOTAL OTHER ASSETS . . . . . . . . . . . . . . . . . . . . . . . . | 80,451,000 | 80,451,000 | 80,451,000 | 80,451,000 | 80,451,000 | 80,451,000 | 80,451,000 |
| TOTAL ASSETS . . . . . . . . . . . . . . . . . . . . . . . . | 80,455,000 | 80,455,000 | 80,453,840 | 80,455,744 | 80,453,295 | 80,458,043 | 80,457,386 |

If assets are carried a historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative).  All subsequent reports must then carry these assets at that value.  Do not use historical cost one month and fair market value the next.

CASE NAME: **Michael Allen Worley**

CASE NUMBER: **18-10017**

COMPARATIVE BALANCE SHEET

**LIABILITIES:**

| | Filing Date | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| | **1/8/18** | **January 2018** | **February 2018** | **March 2018** | **April 2018** | **May 2018** | **June 2018** |
| **POST-PETITION LIABILITIES:** | | | | | | | |
| Taxes payable (Form 2-E, pg. 1 of 3) . . . . . . . . . . . . . . . . . . . . . | | | | | | | |
| Accounts payable (Form 2-E, pg. 1 of 3) . . . . . . . . . . . . . . . . | | | | | | | |
| Other: _____ | | | | | | | |
| TOTAL POST-PETITION LIABILITIES . . . . . . . . . . . . . . . . . . . . . | | | | | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | |
| Notes payable - secured . . . . . . . . . . . . . . . . . . . . . . | 6,250,000 | 6,250,000 | 6,250,000 | 6,250,000 | 6,250,000 | 6,250,000 | 6,250,000 |
| Priority debt . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | |
| Unsecured debt . . . . . . . . . . . . . . . . . . . . . . | 106,711.372 | 106,711.372 | 106,711.372 | 106,711.372 | 106,711.372 | 106,711.372 | 106,711.372 |
| Other _____ | | | | | | | |
| | 112,961,372 | 112,961,372 | 112,961,372 | 112,961,372 | 112,961,372 | 112,961,372 | 112,961,372 |
| TOTAL LIABILITIES . . . . . . . . . . . . . . . . . . . . . . | | | | | | | |
| **EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| RETAINED EARNINGS: | | | | | | | |
| Through filing date . . . . . . . . . . . . . . . . . . . . | | | | | | | |
| Post filing date . . . . . . . . . . . . . . . . . . . . | | | | | | | |
| TOTAL EQUITY (NET WORTH) . . . . . . . . . . . . . . . . . . . . | (32,506,372) | (32,506,372) | (32,507,532) | (32,505,628) | (32,508,077) | (32,503,329) | (32,503,986) |
| **TOTAL LIABILITIES & EQUITY** . . . . . . . . . . . . . . . . . . . . | 80,455,000 | 80,455,000 | 80,453,840 | 80,455,744 | 80,453,295 | 80,458,043 | 80,457,386 |

CASE NAME: __Michael Allen Worley__

CASE NUMBER: __18-10017__

PROFIT AND LOSS STATEMENT  **N/A**

|  | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|
|  | **January 2018** | **February 2018** | **March 2018** | **April 2018** | **May 2018** | **June 2018** |
| **NET REVENUE** . . . . . . . . . . . . . . .  . . . . . . . .  . . . . . . . .  . . . . . . . . |  |  |  |  |  |  |
| COST OF GOODS SOLD: |  |  |  |  |  |  |
| Material . . . .  . . . . . . . . .  . . . . . . . . .  . . . . . . . . |  |  |  |  |  |  |
| Labor - Direct . . . . . . .       . . . . . . . . .  . . . . . . . . |  |  |  |  |  |  |
| Manufacturing Overhead . . . . . .       . . . . . . . . .  . . . . . . . . |  |  |  |  |  |  |
| TOTAL COST OF GOODS SOLD: . .  . . . . . . . . .  . . . . . . . . |  |  |  |  |  |  |
| **GROSS PROFIT:** . . . . . . . . . . . . . .  . . . . . . . . .  . . . . . . . . |  |  |  |  |  |  |
| OPERATING EXPENSES: |  |  |  |  |  |  |
| Selling and Marketing . . . . . . . . . . . . .  . . . . . . .  . . . . . . . . |  |  |  |  |  |  |
| General and Administrative (rents, utilities, salaries, etc.) . . . . . . . . . . . .  . . . . . . . .  . . . . . . . . |  |  |  |  |  |  |
| Other _____ |  |  |  |  |  |  |
| TOTAL OPERATING EXPENSES . . . . . . . . . . . . .  . . . . . . . .  . . . . . . . . |  |  |  |  |  |  |
| INTEREST EXPENSE . . . . . . . . . . . .  . . . . . . . . .  . . . . . . . . |  |  |  |  |  |  |
| **INCOME BEFORE DEPRECIATION OR TAXES:** . . . . . . . . .  . . . . . . . . |  |  |  |  |  |  |
| DEPRECIATION OR AMORTIZATION . . . . . . . . . . . . . . . .  . . . . . . . . |  |  |  |  |  |  |
| EXTRAORDINARY EXPENSES * . . . . . . . . . . . .  . . . . . . . .  . . . . . . . . |  |  |  |  |  |  |
| INCOME TAX EXPENSE (BENEFIT) . . . . . . . . . .  . . . . . . . . |  |  |  |  |  |  |
| **NET INCOME (LOSS)** . . . . . . . . . .  . . . . . . . .  . . . . . . . . |  |  |  |  |  |  |

* Requires explanation in NARRATIVE (Form 2-F)

FORM 2-C
1/18

CASE NAME: __Michael Allen Worley__      CASE NUMBER: __18-10017__

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period __June 1__ to __June 30__, 20 __18__

### CASH RECONCILIATION

| | | |
|---|---|---|
| 1. Beginning Cash Balance (Ending Cash Balance from last month's report) | $ | 5,043.20 |
| 2. Cash Receipts (total Cash Receipts from page 2 of all FORM 2-D's) | $ | 17,186.79 |
| 3. Cash Disbursements (total Cash Disbursements from page 3 of all FORM 2-D's) | $ | 17,843.68 |
| 4. Net Cash Flow | $ | (656.89) |
| 5. Ending Cash Balance (to FORM 2-B) | $ | 4,386.31 |

### CASH SUMMARY – ENDING BALANCE

| | | Amount* | Financial Institution |
|---|---|---|---|
| 1. Real Estate Account | $ | | |
| 2. Trust Account | $ | | |
| 3. Operating and/or Personal Account | $ | 4,386.31 | MidSouth Bank |
| 4. Payroll Account | $ | | |
| 5. Tax Account | $ | | |
| 6. Other Accounts (Specify checking or savings) | $ | | |
| 7. Cash Collateral Account | $ | | |
| 8. Petty Cash | $ | 2,000.00 | |
| TOTAL (must agree with line 5 above) | $ | 6,386.31 | |

* These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less
    inter-account transfers & UST fees paid      $ __17,193.68__ *

* NOTE: This amount should be used to
  determine UST quarterly fees due and agree
  with Form 2-D, page 2 of 4.

CASE NAME: **Michael Allen Worley**   CASE NUMBER: **18-10017**

## QUARTERLY FEE SUMMARY

MONTH ENDED **June 2018**

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 0.00 | | | |
| February | $ 13,148.25 | | | |
| March | $ 19,459.63 | | | |
| Total 1st Quarter | $ 32,607.88 | $ 650.00 | 148 | 5/9/18 |
| | | | | |
| April | $ 31,949.12 | | | |
| May | $ 7,326.52 | | | |
| June | $ 17,193.68 | | | |
| Total 2nd Quarter | $ 56,469.32 | $ 650.00 | 162 | 6/29/18 |
| | | | | |
| July | $ | | | |
| August | $ | | | |
| September | $ | | | |
| Total 3rd Quarter | $ | $ | | |
| | | | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 or more | 1% of quarterly disbursements or $250,000, whichever is less |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

CASE NAME: __**Michael Allen Worley**__

CASE NUMBER: __**18-10017**__

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period ___**June 1**___ to ___**June 30**___ , 20 **18**

**Michael Allen Worley**
Account Name: __**Debtor-in-Possession**__  Account Number: ___**2306**___

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|
| 6/13/18 | **Lease Deposit (Moss Side)** | **2,000.00** |
| 6/20/18 | **Transfer from W Resources** | **5,000.00** |
| 6/25/18 | **2017 Auction Sale** | **9,149.00** |
| 6/25/18 | **Pure Insurance + Entergy refunds** | **437.79** |
| 6/29/18 | **Transfer from W Resources** | **600.00** |

Total Cash Receipts  $ __**17,186.79**__

Form 2-D
Page 3 of 4
1/18

CASE NAME:  **Michael Allen Worley**

CASE NUMBER:  **18-10017**

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period ___**June 1**___ to ___**June 30**___, 20 **18**

**Michael Allen Worley**

Account Name: **Debtor-in-Possession**  Account Number: ___**2306**___

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 6/6/18 | 155 | State Farm | Jeep Insurance | 108.31 |
| 6/11/18 | 156 | Baton Rouge Water Co. | Moss Side | 3.87 |
| 6/11/18 | 157 | Baton Rouge Water Co. | Moss Side | 10.50 |
| 6/13/18 | 158 | City of Zachary | Utilities - Ligon Rd. | 917.92 |
| 6/13/18 | 159 | Discovery Benefit | Health Insurance Premium | 1,223.51 |
| 6/18/18 | 160 | Chubb | Property Insurance - Ligon Rd. | 4,639.57 |
| 6/26/18 | 161 | Kathy Cress | Child Support + tuition - Katie | 10,290.00 |
| 6/29/18 | 162 | U.S. Trustee | Quarterly Fees | 650.00 |

Total Cash Disbursements   $___**17,843.68**___

\* Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting.  Any payments made as a
result of a court order, should indicate the order date.

Form 2-D
Page 4 of 4
1/18

CASE NAME: __Michael Allen Worley__    CASE NUMBER: __18-10017__

### SUPPORTING SCHEDULES

For Period _____**June 1**_____ to _____**June 30**_____, 20 **18**

POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| FITW | 0.00 | | $ | $ | $ | $ |
| FICA | 0.00 | | | | | |
| FUTA | 0.00 | | | | | |
| SITW | 0.00 | | | | | |
| SUTA | 0.00 | | | | | |
| OTHER TAX | 0.00 | | | | | |
| TRADE PAYABLES | 0.00 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | 0.00 | | $ | $ | $ | $ |

CASE NAME: __Michael Allen Worley__    CASE NUMBER: __18-10017__

**SUPPORTING SCHEDULES**

For Period _____ **June 1** _____ to _____ **June 30** _____, 20 __18__

ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
|  | 0.00 | 0.00 |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

CASE NAME: __Michael Allen Worley__     CASE NUMBER: __18-10017__

## SUPPORTING SCHEDULES

For Period _____June 1_____ to _____June 30_____, 20__18__

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|---|---|---|---|---|
| **Homeowners** | **CHUBB 22784 Ligon Rd.** | **$7M** | **7/8/18** | **Yes** |
| ~~Worker's Compensation~~ | | | | |
| General Liability | **PURE Umbrella** | **$10M** | **7/8/18** | **Yes** |
| Property (Fire, Theft) | **CHUBB 5514 Moss Side** | **$250,000** | **3/1/19** | **Yes** |
| Vehicle | | | | |
| ~~Other (list)~~ | | | | |
| **2016 Ford F-150** | **State Farm** | | **9/12/18** | **Yes** |
| **2008 Jeep Wrangler** | **State Farm** | | **5/4/18** | **Yes** |
| **2010 Airstream** | **State Farm** | | **10/28/18** | **Yes** |
| **2011 Polaris Ranger** | **State Farm** | | **10/28/18** | **Yes** |
| **2005 Honda 4 Wheeler** | **State Farm** | | **12/13/18** | **Yes** |
| **2011 Polaris Sportsman** | **State Farm** | | **8/10/18** | **Yes** |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent.  If "no", explain on Form 2-F, Narrative.

Form 2-E
Page 3 of 3
1/18

CASE NAME: __Michael Allen Worley__    CASE NUMBER: __18-10017__

## NARRATIVE STATEMENT

For Period ____June 1____ to ____June 30____, 20__18__

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

The Debtor has worked with his counsel, with counsel for W Resources, LLC and with the counsel for the Unsecured Creditors Committee on developing a Chapter 11 Plan of Liquidation ("Plan") and accompanying Disclosure Statement which were filed on May 8, 2018. The primary purpose of the Plan is to liquidate the assets (non-essential property) of the Debtor in an orderly and cost effective manner and pay all Allowed Claims in full. The Debtor is current on the filing of all monthly operating reports.

The primary events which have occurred during this period are: (1) the filing of Adversary Proceeding (No. 18-1023) against Worley Claims Services, LLC so that Debtor may return to the claims service business; (2) Debtor's gathering of production in response to the Motion for 2004 Exam filed by Callais Capital Management, LLC; (3) the Debtor's investigation of opportunities for employment in the claims service business; and, (4) the Debtor's negotiations with potential purchasers of various assets and businesses. Pursuant to the Order approving the unopposed Motion to Appoint Chapter 11 Trustee filed by the Unsecured Creditors' Committee, Dwayne Murray was appointed Chapter 11 Trustee in this case.

FORM 2-F
1/18