MONTHLY OPERATING REPORT

CHAPTER 11

CASE NAME:                                            CASE NUMBER:

**MICHAEL ALLEN WORLEY**                              **18-10017**

For Period:   07/01/2018   to   07/31/2018

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH.  The Trustee must attach each of the following reports unless the United States Trustee has waived the requirement in writing.  File with the court and submit a paper copy to UST with an original signature.

| Report/Document Attached | Previous Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| {X } | { } | Exhibit A - Form 1(Estate Property Record & Report) |
| {X } | { } | Exhibit B - Form 2 (Cash Receipts & Disbursements Record) |
| {X } | { } | Exhibit C - Form 3 (Summary Interim Asset Report) |
| {X } | { } | Exhibit D - Supporting Schedule (Post-Petition Payables) |
| {X } | { } | Exhibit E - Supporting Schedule (Insurance) |
| {X } | { } | Exhibit F - Narrative (Form 2-F) |
| {X } | { } | Exhibit G - Quarterly Fee Summary (Form 2-D) |
| {X } | { } | Exhibit H - Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for Trustee Account(s) |

I declare under penalty of perjury that the following Monthly Financial Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on:   08/28/2018                Trustee:   Dwayne M. Murray, Chapter 11 Trustee

(Name)

/s/ Dwayne M. Murray, Trustee

(Signature)

Page: 1

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 18-10017 DDD
**Case Name:** WORLEY, MICHAEL ALLEN
**Period Ending:** 08/31/18

**Trustee:** (380216)  Dwayne M. Murray, Chapter 11 Trustee
**Filed (f) or Converted (c):** 01/08/18 (f)
**§341(a) Meeting Date:** 02/07/18
**Claims Bar Date:** 06/29/18

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 22784 Ligon Road, Zachary, 70791 | 8,500,000.00 | 4,215,000.00 | | 0.00 | 4,125,000.00 |
| 2 | 2016 Ford F-150, 50,000 miles. Entire property v | 30,000.00 | 22,500.00 | | 0.00 | FA |
| 3 | 2008 Jeep Wrangler, 2,000 miles. Entire property (u) | 15,000.00 | 15,000.00 | | 0.00 | 15,000.00 |
| 4 | 2009 GMC Yukon XL, 50,480 miles. Entire property (u) | 15,000.00 | 15,000.00 | | 0.00 | 15,000.00 |
| 5 | 2013 Polaris 4 Wheeler. Entire property value: $ | 4,000.00 | 4,000.00 | | 0.00 | 4,000.00 |
| 6 | 2010 Airstream Victorinox (u) | 25,000.00 | 25,000.00 | | 0.00 | 25,000.00 |
| 7 | Sofas, Chairs, Lamps, Rugs, (2) Beds, 3 Nightsta | 30,000.00 | 0.00 | | 0.00 | FA |
| 8 | (3) Sony TV's | 3,000.00 | 3,000.00 | | 0.00 | 3,000.00 |
| 9 | Antiques | 2,500,000.00 | 2,500,000.00 | | 0.00 | 2,500,000.00 |
| 10 | Antiques (see attached Exhibit "A") (u) | 2,243,800.00 | 0.00 | | 0.00 | 243,800.00 |
| 11 | Shotguns, Rifles, Pistols | 30,000.00 | 30,000.00 | | 0.00 | 30,000.00 |
| 12 | Misc. Firearms (see attached Exhibit "B") (u) | 22,700.00 | 11,700.00 | | 0.00 | 17,200.00 |
| 13 | Misc. Man's Clothing & Shoes | 2,500.00 | 0.00 | | 0.00 | FA |
| 14 | (2) Brietling Watches, Rolex (u) | 10,000.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 15 | Cash | 2,000.00 | 2,000.00 | | 0.00 | 2,000.00 |
| 16 | Checking: Iberia Bank (# xxxxxxx-) | 2,000.00 | 2,000.00 | | 0.00 | 2,000.00 |
| 17 | Deposit Account: JPMorgan Chase Bank (# xxxxxxx4 (u) | 100,118.00 | 0.00 | | 0.00 | FA |
| 18 | Bowie Outfitters, LLC, 100% ownership | 3,900,000.00 | 3,600,000.00 | | 0.00 | 3,900,000.00 |

**EXHIBIT**

tabbies®

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 18-10017 DDD
**Case Name:** WORLEY, MICHAEL ALLEN
**Period Ending:** 08/31/18

**Trustee:** (380216) Dwayne M. Murray, Chapter 11 Trustee
**Filed (f) or Converted (c):** 01/08/18 (f)
**§341(a) Meeting Date:** 02/07/18
**Claims Bar Date:** 06/29/18

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Dunleith Plantation, LLC, 100% ownership | 5,500,000.00 | 5,500,000.00 | | 0.00 | 5,500,000.00 |
| 20 | W Resources, LLC, 100% ownership | 56,600,000.00 | 56,600,000.00 | | 0.00 | 56,600,000.00 |
| 21 | KGW Equipment Leasing, LLC, 100% ownership | 5,200,000.00 | 5,200,000.00 | | 0.00 | 5,200,000.00 |
| 22 | Bowies Tavern, 100% ownership | 2,300,000.00 | 2,300,000.00 | | 0.00 | 2,300,000.00 |
| 23 | Rent: Location: 5514 Moss Side Lane, Baton Rouge  (u) | Unknown | Unknown | | 0.00 | FA |
| 24 | see attached Exhibit 1: Community Property Parti (u) | Unknown | Unknown | | 0.00 | FA |
| 25 | Audit: State | Unknown | Unknown | | 0.00 | FA |
| 26 | BR Water Company (u)  Deposit refunds- 5514 Moss Side Ln | 122.00 | 122.00 | | 122.00 | FA |
| 27 | Northwestern Mutual: Kathy Worley | 300,000.00 | 300,000.00 | | 0.00 | FA |
| 28 | Northwestern Mutual Whole Life Adjustable Insura (u) | 293,152.60 | 0.00 | | 0.00 | FA: 0.00 |
| 29 | Northwestern Mutual Variable Whole Life Insuranc (u) | 264,960.68 | 0.00 | | 0.00 | FA: 0.00 |
| 30 | Claim - Kathy Worley | Unknown | Unknown | | 0.00 | FA |
| 31 | Third Party Defendant - Brian Wilhite | Unknown | Unknown | | 0.00 | FA |
| 32 | Contract Breach - Worley Claims Service, LLC | Unknown | Unknown | | 0.00 | FA |
| 33 | Claim - SQOR, Inc. (u) | Unknown | Unknown | | 0.00 | FA |
| 34 | Fraudulaent Transfer Action vs. Callais Capital (u) | Unknown | Unknown | | 0.00 | FA |
| 35 | CHUBB & Son, Insurance Co. (u) | 218.26 | 218.26 | | 218.26 | FA |

Printed: 08/31/2018 02:19 PM    V.14.14

Page: 3

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 18-10017 DDD
**Case Name:** WORLEY, MICHAEL ALLEN
**Period Ending:** 08/31/18

**Trustee:** (380216)   Dwayne M. Murray, Chapter 11 Trustee
**Filed (f) or Converted (c):** 01/08/18 (f)
**§341(a) Meeting Date:** 02/07/18
**Claims Bar Date:** 06/29/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | insurance refund- Zachary Home | | | | | |
| 36 | Int. in partnerships or joint ventures: See #19 | Unknown | Unknown | | 0.00 | FA |
| 37 | Through W Resources, LLC (u) | Unknown | Unknown | | 0.00 | FA |
| 38 | Football & Baseball tickets (through W Resources (u) | Unknown | Unknown | | 0.00 | FA |
| 39 | MidSouth Bank - DIP closing balance (u)<br>account #2306 | 602.11 | 602.11 | | 602.11 | FA |
| 40 | Cash On Hand (u) | 500.00 | 500.00 | | 500.00 | FA |
| 40 | **Assets     Totals  (Excluding unknown values)** | **$87,894,673.65** | **$80,356,642.37** | | **$1,442.37** | **$80,492,000.00** |

**Major Activities Affecting Case Closing:** ✳

**Initial Projected Date Of Final Report (TFR):** December 31, 2019

**Current Projected Date Of Final Report (TFR):** July 31, 2019

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 18-10017 DDD
**Case Name:** WORLEY, MICHAEL ALLEN

**Taxpayer ID #:** APPLIED
**Period Ending:** 08/31/18

**Trustee:** Dwayne M. Murray, Chapter 11 Trustee (380216)
**Bank Name:** Rabobank, N.A.
**Account:** ******3466 – Checking Account
**Blanket Bond:** N/A
**Separate Bond:** $50,000.00

EXHIBIT

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/06/18 | {26} | BR Water Company | deposit refund– 5514 Moss Side Lane | 1229-000 | 61.00 | | 61.00 |
| 08/06/18 | {26} | BR Water Company | deposit refund– 5514 Moss Side Lane | 1229-000 | 61.00 | | 122.00 |
| 08/06/18 | {35} | CHUBB | insurance refund | 1229-000 | 218.26 | | 340.26 |
| 08/06/18 | {39} | MidSouth Bank | DIP closing balance #2306 | 1229-000 | 602.11 | | 942.37 |
| 08/08/18 | {40} | Michael Worley | | 1229-000 | 500.00 | | 1,442.37 |
| 08/10/18 | 101 | Discovery Benefits, Inc. | COBRA Premium member ID. 9151014 | 2420-750 | | 1,203.51 | 238.86 |
| | | | **ACCOUNT TOTALS** | | 1,442.37 | 1,203.51 | **$238.86** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,442.37 | 1,203.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,442.37** | **$1,203.51** | |

Net Receipts :   1,442.37

Net Estate :   $1,442.37

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| Checking # ******3466 | 1,442.37 | 1,203.51 | 238.86 |
| | **$1,442.37** | **$1,203.51** | **$238.86** |

{} Asset reference(s)

Page: 1

## Form 3
## Summary Interim Asset Report

| **Trustee:** | Dwayne M. Murray, Chapter 11 Trustee (380216) | | **Blanket Bond Amount:** | $2,000,000.00 |
| **Period Ending:** | 08/31/18 | | **Per Case Limit:** | $2,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Case Number | Case Name | Date Filed (f) or Converted (c) to Chapter 7 | Total Funds on Deposit or Invested (from Form 2) | Amount of Separate Bond (if any) | Gross Value of Remaining Assets (from Form 1) | Date of Disposition by: TFR, TFR(e), TDR, NDR C, D, R |
| 18-10017 DDD | WORLEY, MICHAEL ALLEN | 01/08/18 (f) | 238.86 | 50,000.00 | 80,492,000.00 | 07/31/19 TFR(e) |
| **Totals** (Column 6 excludes unknown values) | | | **$238.86** | | **$80,492,000.00** | |

I certify that I have filed and reviewed Forms 1 and 2 for all cases listed above and that they are accurate and correct to the best of my knowledge.

Trustee's signature: _/s/ Dwayne M. Murray, Chapter 11 Trustee_          Date signed: _08/31/18_

EXHIBIT
tabbies.

CASE NAME:                                          CASE NUMBER:

**MICHAEL ALLEN WORLEY**                            **18-10017**


For Period:___07/01/2018___ to__07/31/2018__


## POST PETITION ACCOUNTS PAYABLE AGING REPORT

| ACCOUNT NAME | DATE INCURRED | DATE DUE | 0-30 | 31-60 | 61-90 | over 90 |
|---|---|---|---|---|---|---|
| TAXES: | | | | | | |
| FITW | N/A | | | | | |
| FICA | N/A | | | | | |
| FUTA | N/A | | | | | |
| SUTA | N/A | | | | | |
| STATE W/HOLDING | N/A | | | | | |
| OTHER | | | | | | |
| TOTAL TAXES PAYABLE | | | | | | |
| OTHER ACCOUNTS: | | | | | | |


EXHIBIT D

CASE NAME:                                          CASE NUMBER:

**MICHAEL ALLEN WORLEY**                            **18-10017**

For Period:___07/01/2018___to___07/31/2018___

## INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage($) | Date of Expiration | Premium Paid |
|------|---------------|-------------|--------------------|--------------|
| Homeowners' | CHUBB | $7M | 7/18 | |
| General Liability | Umbrella | $10M | 7/18 | |
| Property (Equipment) | | | | |
| Property (Fire, Theft) | | | | |
| Vehicle | | | | |
| 2016 Ford F-150 | State Farm | 250/500/250 | 03/12/19 | YES |
| 2008 Jeep Wrangler | State Farm | 250/500/100 | 11/04/18 | YES |
| 2010 Airstream | State Farm | | 10/28/18 | YES (Parked) |
| 2011 Polaris Ranger | State Farm | 250/500/100 | 10/28/18 | YES |
| 2005 Honda 4Wheeler | State Farm | 250/500/250 | 12/13/18 | YES |
| 2011 Polaris Sport | State Farm | 250/500/100 | 08/10/18 | NO (Parked) |
| Other (list): | Trustee Bond | $50K | 07/10/19 | YES |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent.  If "no", explain on Exhibit E, Narrative.

EXHIBIT E

**State Farm®**
Providing Insurance and Financial Services

4700 S Providence
Columbia, MO 65217

Attached as requested are your replacement insurance identification cards. If the attached cards are not accepted by a law enforcement agency or your Department of Motor Vehicle office, please contact your agent to receive additional assistance.

Thank you for choosing State Farm for your insurance needs.

2016 FORD F-150    9/18 – 3/19

## IMPORTANT – IDENTIFICATION CARDS
### STATE FARM

**LOUISIANA AUTO INSURANCE IDENTIFICATION CARD**
[X] State Farm Mutual Automobile Ins. Co.    [ ] State Farm Fire and Casualty Co.

4700 S Providence          Columbia, MO 65217
INSURED    WORLEY, MICHAEL A
                                                    MUTL VOL
POLICY NUMBER  103 1225-C12-18J      RENEWAL EFF.
YR 2016    MAKE  FORD        SEP 12 2018  TO MAR 12 2019
MODEL  F150        VIN  1FTEW1EG0GFA68130
AGENT  GWEN MCCAULEY
          JACKSON, LA 70748                      1749-A6B
PHONE  (225)634-7113      NAIC # 25178
    A D500 G500 H R1 U

EXCLUDED DRIVER(S)
N/A

THIS CARD MUST BE CARRIED IN THE VEHICLE AT ALL TIMES AS
EVIDENCE OF LIABILITY INSURANCE.

**IMPORTANT NOTICE**
An insurer authorized to transact business in Louisiana has issued the Motor Vehicle Policy identified hereon. The coverage provided by this policy meets the minimum liability insurance limits prescribed by law.

La. R.S. 32:863.1 requires that an operator of a motor vehicle produce upon demand by a law enforcement officer documentation of motor vehicle security which is required to be maintained within the vehicle at all times. Failure to comply may result in fines, revocation of registration privileges and block against the renewal or issuance of a driver's license. Promptly notify your agent, log on to statefarm.com®, or use the State Farm mobile app to file a claim.

For EMERGENCY ROAD SERVICE use the State Farm® mobile app, log on to statefarm.com, or call 1-877-627-5757. EXAMINE POLICY EXCLUSIONS CAREFULLY. THIS FORM DOES NOT CONSTITUTE ANY PART OF YOUR INSURANCE POLICY.

How to identify your coverage. See policy for full name and definition
A Liability                     L  Physical Damage          U1  Uninsured Motor Vehicle PD
C Medical Payments       Rt Car Rental and Travel Expenses UE0  Economic Only Uninsured Mtr
D Comprehensive           S  Death, Dismemberment and          Veh
G Collision                         Loss of Sight              UN0C Use of Nonowned Cars
H Emergency Road Service U  Uninsured Motor Vehicle    Z   Loss of Earnings

KEEP A CARD IN YOUR CAR.
THIS CARD IS INVALID IF THE POLICY FOR WHICH IT WAS ISSUED LAPSES OR IS TERMINATED.
**KEEP YOUR CURRENT CARD UNTIL THE EFFECTIVE DATE OF THIS CARD.**
Louisiana requires that this card be carried in the vehicle at all times as evidence of insurance.
Emergency Road Service information is located on your insurance card.

## IMPORTANT – IDENTIFICATION CARDS
### STATE FARM

**LOUISIANA AUTO INSURANCE IDENTIFICATION CARD**
[X] State Farm Mutual Automobile Ins. Co.    [ ] State Farm Fire and Casualty Co.

4700 S Providence          Columbia, MO 65217
INSURED    WORLEY, MICHAEL A
                                                    MUTL VOL
POLICY NUMBER  103 1225-C12-18J      RENEWAL EFF.
YR 2016    MAKE  FORD        SEP 12 2018  TO MAR 12 2019
MODEL  F150        VIN  1FTEW1EG0GFA68130
AGENT  GWEN MCCAULEY
          JACKSON, LA 70748                      1749-A6B
PHONE  (225)634-7113      NAIC # 25178
    A D500 G500 H R1 U

EXCLUDED DRIVER(S)
N/A

THIS CARD MUST BE CARRIED IN THE VEHICLE AT ALL TIMES AS
EVIDENCE OF LIABILITY INSURANCE.

**IMPORTANT NOTICE**
An insurer authorized to transact business in Louisiana has issued the Motor Vehicle Policy identified hereon. The coverage provided by this policy meets the minimum liability insurance limits prescribed by law.

La. R.S. 32:863.1 requires that an operator of a motor vehicle produce upon demand by a law enforcement officer documentation of motor vehicle security which is required to be maintained within the vehicle at all times. Failure to comply may result in fines, revocation of registration privileges and block against the renewal or issuance of a driver's license. Promptly notify your agent, log on to statefarm.com®, or use the State Farm mobile app to file a claim.

For EMERGENCY ROAD SERVICE use the State Farm® mobile app, log on to statefarm.com, or call 1-877-627-5757. EXAMINE POLICY EXCLUSIONS CAREFULLY. THIS FORM DOES NOT CONSTITUTE ANY PART OF YOUR INSURANCE POLICY.

How to identify your coverage. See policy for full name and definition
A Liability                     L  Physical Damage          U1  Uninsured Motor Vehicle PD
C Medical Payments       Rt Car Rental and Travel Expenses UE0  Economic Only Uninsured Mtr
D Comprehensive           S  Death, Dismemberment and          Veh
G Collision                         Loss of Sight              UN0C Use of Nonowned Cars
H Emergency Road Service U  Uninsured Motor Vehicle    Z   Loss of Earnings

KEEP A CARD IN YOUR CAR.
THIS CARD IS INVALID IF THE POLICY FOR WHICH IT WAS ISSUED LAPSES OR IS TERMINATED.
**KEEP YOUR CURRENT CARD UNTIL THE EFFECTIVE DATE OF THIS CARD.**
Louisiana requires that this card be carried in the vehicle at all times as evidence of insurance.
Emergency Road Service information is located on your insurance card.

3349.3  (o1ecla1d)  02-14-2016                Emergency Road Service information is located on your insurance card.                AUG 06 2018

**State Farm ®**
Providing Insurance and Financial Services

State Farm

4700 S Providence
Columbia, MO 65217

Attached as requested are your replacement insurance identification cards. If the attached cards are not accepted by a law enforcement agency or your Department of Motor Vehicle office, please contact your agent to receive additional assistance.

Thank you for choosing State Farm for your insurance needs.

*2008 JEEP   5/18 - 11/18*

## IMPORTANT - IDENTIFICATION CARDS
### STATE FARM

---

**State Farm**   LOUISIANA AUTO INSURANCE IDENTIFICATION CARD

[X] State Farm Mutual Automobile Ins. Co.    [ ] State Farm Fire and Casualty Co.

4700 S Providence          Columbia, MO 65217
INSURED   WORLEY, MICHAEL A                         MUTL
                                                    VOL
POLICY NUMBER   164 5353-E04-18C      RENEWAL EFF.
YR 2008   MAKE JEEP          MAY 04 2018  TO NOV 04 2018
MODEL   WRANGLER     VIN  1J8GA64138L637291
AGENT   GWEN MCCAULEY                      1749-A6B
        JACKSON, LA 70748
PHONE  (225)634-7113      NAIC # 25178
    A D500 G500 H U

EXCLUDED DRIVER(S)
    N/A

THIS CARD MUST BE CARRIED IN THE VEHICLE AT ALL TIMES AS
EVIDENCE OF LIABILITY INSURANCE.

**State Farm**   An insurer authorized to transact business in Louisiana has issued the Motor Vehicle Policy identified hereon. The coverage provided by this policy meets the minimum liability insurance limits prescribed by law.

**IMPORTANT NOTICE**
La. R.S. 32:863.1 requires that an operator of a motor vehicle produce upon demand by a law enforcement officer documentation of motor vehicle security which is required to be maintained within the vehicle at all times.
Failure to comply may result in fines, revocation of registration privileges and block against the renewal or issuance of a driver's license.
Notify your agent promptly or log on to statefarm.com® to initiate the claim filing process.
    For Emergency Road Service call 1-877-627-5757.
    How to identify your coverage. See policy for full name and definition

| | | |
|---|---|---|
| A Liability | L Physical Damage | U1 Uninsured Motor Vehicle PD |
| C Medical Payments | R1 Car Rental and Travel Expenses | UEO Economic Only Uninsured Mtr |
| D Comprehensive | S Death, Dismemberment and | Veh |
| G Collision | Loss of Sight | UNOC Use of Nonowned Cars |
| H Emergency Road Service | U Uninsured Motor Vehicle | Z Loss of Earnings |

KEEP A CARD IN YOUR CAR.
THIS CARD IS INVALID IF THE POLICY FOR WHICH IT WAS ISSUED LAPSES OR IS TERMINATED.
**KEEP YOUR CURRENT CARD UNTIL THE EFFECTIVE DATE OF THIS CARD.**
Louisiana requires that this card be carried in the vehicle at all times as evidence of insurance.
A toll free number is available for Emergency Road Service and is located on your insurance card.

---

## IMPORTANT - IDENTIFICATION CARDS
### STATE FARM

**State Farm**   LOUISIANA AUTO INSURANCE IDENTIFICATION CARD

[X] State Farm Mutual Automobile Ins. Co.    [ ] State Farm Fire and Casualty Co.

4700 S Providence          Columbia, MO 65217
INSURED   WORLEY, MICHAEL A                         MUTL
                                                    VOL
POLICY NUMBER   164 5353-E04-18C      RENEWAL EFF.
YR 2008   MAKE JEEP          MAY 04 2018  TO NOV 04 2018
MODEL   WRANGLER     VIN  1J8GA64138L637291
AGENT   GWEN MCCAULEY                      1749-A6B
        JACKSON, LA 70748
PHONE  (225)634-7113      NAIC # 25178
    A D500 G500 H U

EXCLUDED DRIVER(S)
    N/A

THIS CARD MUST BE CARRIED IN THE VEHICLE AT ALL TIMES AS
EVIDENCE OF LIABILITY INSURANCE.

**State Farm**   An insurer authorized to transact business in Louisiana has issued the Motor Vehicle Policy identified hereon. The coverage provided by this policy meets the minimum liability insurance limits prescribed by law.

**IMPORTANT NOTICE**
La. R.S. 32:863.1 requires that an operator of a motor vehicle produce upon demand by a law enforcement officer documentation of motor vehicle security which is required to be maintained within the vehicle at all times.
Failure to comply may result in fines, revocation of registration privileges and block against the renewal or issuance of a driver's license.
Notify your agent promptly or log on to statefarm.com® to initiate the claim filing process.
    For Emergency Road Service call 1-877-627-5757.
    How to identify your coverage. See policy for full name and definition

| | | |
|---|---|---|
| A Liability | L Physical Damage | U1 Uninsured Motor Vehicle PD |
| C Medical Payments | R1 Car Rental and Travel Expenses | UEO Economic Only Uninsured Mtr |
| D Comprehensive | S Death, Dismemberment and | Veh |
| G Collision | Loss of Sight | UNOC Use of Nonowned Cars |
| H Emergency Road Service | U Uninsured Motor Vehicle | Z Loss of Earnings |

KEEP A CARD IN YOUR CAR.
THIS CARD IS INVALID IF THE POLICY FOR WHICH IT WAS ISSUED LAPSES OR IS TERMINATED.
**KEEP YOUR CURRENT CARD UNTIL THE EFFECTIVE DATE OF THIS CARD.**
Louisiana requires that this card be carried in the vehicle at all times as evidence of insurance.
A toll free number is available for Emergency Road Service and is located on your insurance card.

I3349.2  (a1e5a1a)  12-29-2014                                                          MAR 28 2018

**State Farm®**
Providing Insurance and Financial Services

4700 S Providence
Columbia, MO 65217

Attached as requested are your replacement insurance identification cards. If the attached cards are not accepted by a law enforcement agency or your Department of Motor Vehicle office, please contact your agent to receive additional assistance.

Thank you for choosing State Farm for your insurance needs.

---

## IMPORTANT – IDENTIFICATION CARDS
### STATE FARM

*2010 Airstream 2/18 – 10/18*

**State Farm** LOUISIANA AUTO INSURANCE IDENTIFICATION CARD

[X] State Farm Mutual Automobile Ins. Co.    [ ] State Farm Fire and Casualty Co.

4700 S Providence          Columbia, MO 65217
INSURED    WORLEY, MICHAEL A                        MUTL VOL
POLICY NUMBER  200 6365-D28-18B        RENEWAL EFF.
YR 2010   MAKE  AIRSTREAM     FEB 26 2018   TO OCT 28 2018
MODEL  VICTORINOX    VIN  1STCFAA13AJ524538
AGENT   GWEN MCCAULEY                              1749-A6B
             JACKSON, LA 70748
PHONE  (225)634-7113        NAIC # 25178
             L2000

EXCLUDED DRIVER(S)
N/A

THIS CARD MUST BE CARRIED IN THE VEHICLE AT ALL TIMES AS
EVIDENCE OF LIABILITY INSURANCE.

**State Farm**
An insurer authorized to transact business in Louisiana has issued the Motor Vehicle Policy identified hereon. The coverage provided by this policy meets the minimum liability insurance limits prescribed by law.

**IMPORTANT NOTICE**
La. R.S. 32:863.1 requires that an operator of a motor vehicle produce upon demand by a law enforcement officer documentation of motor vehicle security which is required to be maintained within the vehicle at all times.
Failure to comply may result in fines, revocation of registration privileges and block against the renewal or issuance of a driver's license.
Notify your agent promptly or log on to statefarm.com® to initiate the claim filing process.

For Emergency Road Service call 1-877-627-5757.
How to identify your coverage. See policy for full name and definition

| | | |
|---|---|---|
| A Liability | L Physical Damage | U1 Uninsured Motor Vehicle PD |
| C Medical Payments | R1 Car Rental and Travel Expenses | UEO Economic Only Uninsured Mtr |
| D Comprehensive | S Death, Dismemberment and | Veh |
| G Collision | Loss of Sight | UNOC Use of Nonowned Cars |
| M Emergency Road Service | U Uninsured Motor Vehicle | Z Loss of Earnings |

KEEP A CARD IN YOUR CAR.
THIS CARD IS INVALID IF THE POLICY FOR WHICH IT WAS ISSUED LAPSES OR IS TERMINATED.
**KEEP YOUR CURRENT CARD UNTIL THE EFFECTIVE DATE OF THIS CARD.**
Louisiana requires that this card be carried in the vehicle at all times as evidence of insurance.
A toll free number is available for Emergency Road Service and is located on your insurance card.

---

## IMPORTANT – IDENTIFICATION CARDS
### STATE FARM

**State Farm** LOUISIANA AUTO INSURANCE IDENTIFICATION CARD

[X] State Farm Mutual Automobile Ins. Co.    [ ] State Farm Fire and Casualty Co.

4700 S Providence          Columbia, MO 65217
INSURED    WORLEY, MICHAEL A                        MUTL VOL
POLICY NUMBER  200 6365-D28-18B        RENEWAL EFF.
YR 2010   MAKE  AIRSTREAM     FEB 26 2018   TO OCT 28 2018
MODEL  VICTORINOX    VIN  1STCFAA13AJ524538
AGENT   GWEN MCCAULEY                              1749-A6B
             JACKSON, LA 70748
PHONE  (225)634-7113        NAIC # 25178
             L2000

EXCLUDED DRIVER(S)
N/A

THIS CARD MUST BE CARRIED IN THE VEHICLE AT ALL TIMES AS
EVIDENCE OF LIABILITY INSURANCE.

**State Farm**
An insurer authorized to transact business in Louisiana has issued the Motor Vehicle Policy identified hereon. The coverage provided by this policy meets the minimum liability insurance limits prescribed by law.

**IMPORTANT NOTICE**
La. R.S. 32:863.1 requires that an operator of a motor vehicle produce upon demand by a law enforcement officer documentation of motor vehicle security which is required to be maintained within the vehicle at all times.
Failure to comply may result in fines, revocation of registration privileges and block against the renewal or issuance of a driver's license.
Notify your agent promptly or log on to statefarm.com® to initiate the claim filing process.

For Emergency Road Service call 1-877-627-5757.
How to identify your coverage. See policy for full name and definition

| | | |
|---|---|---|
| A Liability | L Physical Damage | U1 Uninsured Motor Vehicle PD |
| C Medical Payments | R1 Car Rental and Travel Expenses | UEO Economic Only Uninsured Mtr |
| D Comprehensive | S Death, Dismemberment and | Veh |
| G Collision | Loss of Sight | UNOC Use of Nonowned Cars |
| M Emergency Road Service | U Uninsured Motor Vehicle | Z Loss of Earnings |

KEEP A CARD IN YOUR CAR.
THIS CARD IS INVALID IF THE POLICY FOR WHICH IT WAS ISSUED LAPSES OR IS TERMINATED.
**KEEP YOUR CURRENT CARD UNTIL THE EFFECTIVE DATE OF THIS CARD.**
Louisiana requires that this card be carried in the vehicle at all times as evidence of insurance.
A toll free number is available for Emergency Road Service and is located on your insurance card.

I3349.2  (cleclate)  12-29-2014                                      FEB 27 2018

**State Farm®**
Providing Insurance and Financial Services



4700 S Providence
Columbia, MO 65217

Attached as requested are your replacement insurance identification cards. If the attached cards are not accepted by a law enforcement agency or your Department of Motor Vehicle office, please contact your agent to receive additional assistance.

Thank you for choosing State Farm for your insurance needs.

---

## IMPORTANT - IDENTIFICATION CARDS
### STATE FARM

*2011 Polaris    2/18 - 10/18*

**LOUISIANA AUTO INSURANCE IDENTIFICATION CARD**

[X] State Farm Mutual Automobile Ins. Co.  [ ] State Farm Fire and Casualty Co.

4700 S Providence          Columbia, MO 65217
INSURED   WORLEY, MICHAEL A                                MUTL VOL
POLICY NUMBER  200 6366-D28-18B          RENEWAL EFF.
YR 2011   MAKE  POLARIS        FEB 26 2018   TO OCT 28 2018
MODEL  RANGER        VIN  4XAWY76A3B2171772
AGENT  GWEN MCCAULEY                                      1749-A6B
       JACKSON, LA 70748
PHONE  (225)634-7113          NAIC # 25178
       A C L250 U

EXCLUDED DRIVER(S)
N/A

THIS CARD MUST BE CARRIED IN THE VEHICLE AT ALL TIMES AS
EVIDENCE OF LIABILITY INSURANCE.

An insurer authorized to transact business in Louisiana has issued the Motor Vehicle Policy identified hereon. The coverage provided by this policy meets the minimum liability insurance limits prescribed by law.

**IMPORTANT NOTICE**
La. R.S. 32:863.1 requires that an operator of a motor vehicle produce upon demand by a law enforcement officer documentation of motor vehicle security which is required to be maintained within the vehicle at all times.
Failure to comply may result in fines, revocation of registration privileges and block against the renewal or issuance of a driver's license.
Notify your agent promptly or log on to statefarm.com® to initiate the claim filing process.
For Emergency Road Service call 1-877-627-5757.
How to identify your coverage. See policy for full name and definition

| | | |
|---|---|---|
| A Liability | L Physical Damage | U1 Uninsured Motor Vehicle PD |
| C Medical Payments | R1 Car Rental and Travel Expenses | UEO Economic Only Uninsured Mtr |
| D Comprehensive | S Death, Dismemberment and | Veh |
| G Collision | Loss of Sight | UNOC Use of Nonowned Cars |
| H Emergency Road Service | U Uninsured Motor Vehicle | Z Loss of Earnings |

KEEP A CARD IN YOUR CAR.
THIS CARD IS INVALID IF THE POLICY FOR WHICH IT WAS ISSUED LAPSES OR IS TERMINATED.
**KEEP YOUR CURRENT CARD UNTIL THE EFFECTIVE DATE OF THIS CARD.**
Louisiana requires that this card be carried in the vehicle at all times as evidence of insurance.
A toll free number is available for Emergency Road Service and is located on your insurance card.

---

## IMPORTANT - IDENTIFICATION CARDS
### STATE FARM



**LOUISIANA AUTO INSURANCE IDENTIFICATION CARD**

[X] State Farm Mutual Automobile Ins. Co.  [ ] State Farm Fire and Casualty Co.

4700 S Providence          Columbia, MO 65217
INSURED   WORLEY, MICHAEL A                                MUTL VOL
POLICY NUMBER  200 6366-D28-18B          RENEWAL EFF.
YR 2011   MAKE  POLARIS        FEB 26 2018   TO OCT 28 2018
MODEL  RANGER        VIN  4XAWY76A3B2171772
AGENT  GWEN MCCAULEY                                      1749-A6B
       JACKSON, LA 70748
PHONE  (225)634-7113          NAIC # 25178
       A C L250 U

EXCLUDED DRIVER(S)
N/A

THIS CARD MUST BE CARRIED IN THE VEHICLE AT ALL TIMES AS
EVIDENCE OF LIABILITY INSURANCE.

An insurer authorized to transact business in Louisiana has issued the Motor Vehicle Policy identified hereon. The coverage provided by this policy meets the minimum liability insurance limits prescribed by law.

**IMPORTANT NOTICE**
La. R.S. 32:863.1 requires that an operator of a motor vehicle produce upon demand by a law enforcement officer documentation of motor vehicle security which is required to be maintained within the vehicle at all times.
Failure to comply may result in fines, revocation of registration privileges and block against the renewal or issuance of a driver's license.
Notify your agent promptly or log on to statefarm.com® to initiate the claim filing process.
For Emergency Road Service call 1-877-627-5757.
How to identify your coverage. See policy for full name and definition

| | | |
|---|---|---|
| A Liability | L Physical Damage | U1 Uninsured Motor Vehicle PD |
| C Medical Payments | R1 Car Rental and Travel Expenses | UEO Economic Only Uninsured Mtr |
| D Comprehensive | S Death, Dismemberment and | Veh |
| G Collision | Loss of Sight | UNOC Use of Nonowned Cars |
| H Emergency Road Service | U Uninsured Motor Vehicle | Z Loss of Earnings |

KEEP A CARD IN YOUR CAR.
THIS CARD IS INVALID IF THE POLICY FOR WHICH IT WAS ISSUED LAPSES OR IS TERMINATED.
**KEEP YOUR CURRENT CARD UNTIL THE EFFECTIVE DATE OF THIS CARD.**
Louisiana requires that this card be carried in the vehicle at all times as evidence of insurance.
A toll free number is available for Emergency Road Service and is located on your insurance card.

3349.2  (o1clalc)  12-29-2014                                          FEB 27 2018

**State Farm®**
Providing Insurance and Financial Services



4700 S Providence
Columbia, MO 65217

Attached as requested are your replacement insurance identification cards. If the attached cards are not accepted by a law enforcement agency or your Department of Motor Vehicle office, please contact your agent to receive additional assistance.

Thank you for choosing State Farm for your insurance needs.

---

## IMPORTANT - IDENTIFICATION CARDS
### STATE FARM

2005 Honda  2/18 - 12/18

**StateFarm**  LOUISIANA AUTO INSURANCE IDENTIFICATION CARD

[X] State Farm Mutual Automobile Ins. Co.    [ ] State Farm Fire and Casualty Co.

4700 S Providence     Columbia, MO 65217
INSURED   WORLEY, MICHAEL        MUTL VOL

POLICY NUMBER   106 4175-F13-18D     RENEWAL EFF.
YR 2005   MAKE HONDA     FEB 26 2018   TO DEC 13 2018
MODEL   TRX 650     VIN   1HFTE280454008171
AGENT   GWEN MCCAULEY         1749-A6B
      JACKSON, LA 70748
PHONE   (225)634-7113     NAIC # 25178
   A C L250 U

EXCLUDED DRIVER(S)
   N/A

THIS CARD MUST BE CARRIED IN THE VEHICLE AT ALL TIMES AS EVIDENCE OF LIABILITY INSURANCE.

**StateFarm** An insurer authorized to transact business in Louisiana has issued the Motor Vehicle Policy identified hereon. The coverage provided by this policy meets the minimum liability insurance limits prescribed by law.

**IMPORTANT NOTICE**
La. R.S. 32:863.1 requires that an operator of a motor vehicle produce upon demand by a law enforcement officer documentation of motor vehicle security which is required to be maintained within the vehicle at all times.
Failure to comply may result in fines, revocation of registration privileges and block against the renewal or issuance of a driver's license.
Notify your agent promptly or log on to statefarm.com® to initiate the claim filing process.
     **For Emergency Road Service call 1-877-627-5757.**
   How to identify your coverage. See policy for full name and definition

A Liability    L Physical Damage    U1 Uninsured Motor Vehicle PD
C Medical Payments    R1 Car Rental and Travel Expenses   UE0 Economic Only Uninsured Mtr
D Comprehensive    S Death, Dismemberment and     Veh
G Collision      Loss of Sight    UNOC Use of Nonowned Cars
H Emergency Road Service U Uninsured Motor Vehicle    Z   Loss of Earnings

KEEP A CARD IN YOUR CAR.
THIS CARD IS INVALID IF THE POLICY FOR WHICH IT WAS ISSUED LAPSES OR IS TERMINATED.
**KEEP YOUR CURRENT CARD UNTIL THE EFFECTIVE DATE OF THIS CARD.**
Louisiana requires that this card be carried in the vehicle at all times as evidence of insurance.
A toll free number is available for Emergency Road Service and is located on your insurance card.

---

## IMPORTANT - IDENTIFICATION CARDS
### STATE FARM



**StateFarm** LOUISIANA AUTO INSURANCE IDENTIFICATION CARD

[X] State Farm Mutual Automobile Ins. Co.    [ ] State Farm Fire and Casualty Co.

4700 S Providence     Columbia, MO 65217
INSURED   WORLEY, MICHAEL        MUTL VOL

POLICY NUMBER   106 4175-F13-18D     RENEWAL EFF.
YR 2005   MAKE HONDA     FEB 26 2018   TO DEC 13 2018
MODEL   TRX 650     VIN   1HFTE280454008171
AGENT   GWEN MCCAULEY         1749-A6B
      JACKSON, LA 70748
PHONE   (225)634-7113     NAIC # 25178
   A C L250 U

EXCLUDED DRIVER(S)
   N/A

THIS CARD MUST BE CARRIED IN THE VEHICLE AT ALL TIMES AS EVIDENCE OF LIABILITY INSURANCE.

**StateFarm** An insurer authorized to transact business in Louisiana has issued the Motor Vehicle Policy identified hereon. The coverage provided by this policy meets the minimum liability insurance limits prescribed by law.

**IMPORTANT NOTICE**
La. R.S. 32:863.1 requires that an operator of a motor vehicle produce upon demand by a law enforcement officer documentation of motor vehicle security which is required to be maintained within the vehicle at all times.
Failure to comply may result in fines, revocation of registration privileges and block against the renewal or issuance of a driver's license.
Notify your agent promptly or log on to statefarm.com® to initiate the claim filing process.
     **For Emergency Road Service call 1-877-627-5757.**
   How to identify your coverage. See policy for full name and definition

A Liability    L Physical Damage    U1 Uninsured Motor Vehicle PD
C Medical Payments    R1 Car Rental and Travel Expenses   UE0 Economic Only Uninsured Mtr
D Comprehensive    S Death, Dismemberment and     Veh
G Collision      Loss of Sight    UNOC Use of Nonowned Cars
H Emergency Road Service U Uninsured Motor Vehicle    Z   Loss of Earnings

KEEP A CARD IN YOUR CAR.
THIS CARD IS INVALID IF THE POLICY FOR WHICH IT WAS ISSUED LAPSES OR IS TERMINATED.
**KEEP YOUR CURRENT CARD UNTIL THE EFFECTIVE DATE OF THIS CARD.**
Louisiana requires that this card be carried in the vehicle at all times as evidence of insurance.
A toll free number is available for Emergency Road Service and is located on your insurance card.

3349.2 (o1eo1a1o) 12-29-2014                 FEB 27 2018

CASE NAME:                                              CASE NUMBER:

**MICHAEL ALLEN WORLEY**                               **18-10017**


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NARRATIVE

For Period:___07/01/2018___to___07/31/2018___

This case commenced with the filing of a voluntary Chapter 11 by debtor Michael Allen Worley on January 8, 2018. The 341 (a) was scheduled for February 7, 2018. On July 10, 2018 the Chapter 11 Trustee was appointed and the Court entered its order approving the appointment. The trustee began to review the court's docket to learn as much as possible about the financial affairs of the debtor. The debtor's schedules, Statement of Financial Affairs were reviewed. There existed a Debtor in Possession account with Midsouth Bank. The DIP account has been closed and balance of funds ($602.11) were transferred to the Chapter 11 Estate Account.

A review of all pleadings filed with the court has been completed which includes various motions, monthly operating reports, Disclosure Statement, Plan of Reorganization, Adversary Complaint and related pleading of Callais Capital Management, LLC, Adversary Complaint of Worley Claims Services, LLC, various objections to Disclosure Statement and orders were reviewed. TIP created a list of attorneys involved in the case and the clients they represent has been complied. Various meeting have taken place via telephone and face to face with debtor and his counsel. TIP made the decision to hire counsel (Kelly Hart Pitre). Calls have been made to certain creditors in the case to gather information relative to liens and or claims in the case. This was followed by a review of the claims register.

Debtor is the owner of several LLCs (W. Resources, Dunleith Plantation, LLC, Bowie Outfitters, LLC, and Bowie Tavern, LLC), One of its LLCs, W Resources has an interest oil leases, several tracts of land located in Zachary Louisiana, a Montana Ranch, interest in a company call Remedium Labs, LLC, KGW Leasing, Pine Valley, LLC., and ownership interest an airport hangar.

Trustee has been working to manage the affairs of the various LLCs and meeting with various purchasers interested in assets of the estate.

Communication were made with the realtor hired the sell debtors principle residence and the realtor hired to sell assets of Dunleith Plantation. Debtor's business managers were contact by TIP to gather information regarding operations or the lack thereof.

UST fees are current through the 2nd Quarter of 2018.


End of Narrative
08/28/2018/dmm                          EXHIBIT F
                                        (Form 2-F 01/08)

# QUARTERLY FEE SUMMARY[1]

For Period:   07/01/2018   to   07/31/2018

| Payment Date | | Cash Disbursements[2] | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|---|
| January | $ | -0- | | | |
| February | $ | 13,148.25 | | | |
| March | $ | 19,459.63 | | | |
| Total | | | | | |
| 1st Quarter | $ | 32,607.88 | 650.00 | 148 (DIP Account) | 5/09/2018 |
| | | | | | |
| April | $ | 31,949.12 | | | |
| May | $ | 7,326.52 | | | |
| June | $ | 17,193.68 | | | |
| Total | | | | | |
| 2nd Quarter | $ | 56,469.32 | 650.00 | 162 (DIP Account) | 6/29/2018 |
| | | | | | |
| July | $ | 4,599.31 | | | |
| August | $ | | | | |
| September | $ | | | | |
| Total | | | | | |
| 3rd Quarter | $ | | | | |
| October | $ | | | | |
| November | $ | | | | |
| December | $ | | | | |
| Total | | | | | |
| 4th Quarter | $ | | | | |

### Fee Schedule

| DISBURSEMENT CATEGORY | | | QUARTERLY FEE DUE |
|---|---|---|---|
| Less than | - | $14.999.99 | $   325 |
| $15,000 | - | $74,999.99 | $   650 |
| $75,000 | - | $149,999.99 | $   975 |
| $150,000 | - | $224,999.99 | $ 1,625 |
| $225,000 | - | $299,999.99 | $ 1,950 |
| $300,000 | - | $999,999.99 | $ 4,875 |
| $1,000,000 | - | $1,999,999.99 | $ 6,500 |
| $2,000,000 | - | $2,999,999.99 | $ 9,750 |
| $3,000,000 | - | $4,999,999.99 | $10,400 |
| $5,000,000 | - | $14,999,999.99 | $13,000 |
| $15,000,000 - | | $29,999,999.99 | $20,000 |
| $30,000,000 or more | | | $30,000 |

Note that a minimum payment of $250 is due each quarter even if no disbursements are made in the case during the period.

EXHIBIT G   (Form 2-D 01/08)

---

[1]

This summary is to reflect the current calendar year's information cumulative to the end of the reporting period.

[2]

Should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in Possession bank accounts and net of payments of prior period quarterly fees.

**MidSouth Bank** N. A.

P.O. Box 3745
Lafayette, LA 70502

Touch-Tone Banking
24-hour access to account information
1-800-452-2267
www.midsouthbank.com

Michael A Worley
Debtor-in-Possession
Case 18-10017
11468 Rue Concord
Baton Rouge LA 70810

Date  7/17/18           Page    1
Account Number          3882306

## CHECKING ACCOUNT

Simple Checking
Account Number                    3882306
Previous Balance                   967.09
   6 Deposits/Credits            19,206.79
   5 Checks/Debits               17,766.76
Service Charge                       5.00
Interest Paid                         .00
Current Balance                  2,402.12

Statement Dates   6/19/18 thru  7/17/18
Days This statement period          29
Average Ledger                   3,817.16
Average Collected                3,817.16
Minimum Balance for Period         967

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $96.00 |
| Total Returned Item Fees | $.00 | $32.00 |

### DEPOSITS/CREDITS

| Date | Description | Amount |
|---|---|---|
| 6/20 | REGULAR DEPOSIT | 5,000.00 |
| 6/25 | REGULAR DEPOSIT | 457.79 |
| 6/25 | REGULAR DEPOSIT | 9,149.00 |
| 6/29 | REGULAR DEPOSIT | 600.00 |
| 7/02 | REGULAR DEPOSIT | 2,000.00 |
| 7/16 | REGULAR DEPOSIT | 2,000.00 |

### MISCELLANEOUS DEBITS

| Date | Description | Amount |
|---|---|---|
| 7/05 | PAYMENT    ENTERGY UTILITY | 1,627.19- |
|      | CHECK # 0163        ARC | |
| 7/17 | Total Service Charge | 5.00- |
| 7/17 | Paper Statement Fee | 5.00 |

### CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 6/26 | 160 | 4,639.57 | 6/29 | 161 | 10,290.00 | 7/09 | 162 | 650.00 |

* Indicates Break In Check Number Sequence

See reverse side for important information

Date  7/17/18          Page      2
Account Number              3882306

Michael A Worley
Debtor-in-Possession
Case 18-10017
11468 Rue Concord
Baton Rouge LA 70810

Simple Checking                    3882306  (Continued)

                          CHECKS IN NUMBER ORDER
Date  Check No      Amount  Date  Check No      Amount
7/05 ✓ 163    -See above-  7/16    164        560.00
* Indicates Break In Check Number Sequence

                      Daily Balance Information
Date          Balance    Date          Balance      Date        Balance
6/19           967.09    6/29         1,244.31      7/16        2,407.12
6/20         5,967.09    7/02         3,244.31      7/17        2,402.12
6/25        15,573.88    7/05         1,617.12
6/26        10,934.31    7/09           967.12

*Handwritten notes:* 7-1-18 to 17.18 July 17.18 W/D #20 $2047.19 UST -1,650 2197.19

Privacy Notice:Federal law requires us to tell you how we collect,share & protect
your personal information. Our privacy policy has not changed & you may review our
policy & practices MidSouth Bank.com.To request a free copy,call us at 800-213-2265

# MidSouth Bank N. A.

P.O. Box 3745
Lafayette, LA 70502

Touch-Tone Banking
24-hour access to account information
1-800-452-2267
www.midsouthbank.com

Michael A Worley
Debtor-in-Possession
Case 18-10017
11468 Rue Concord
Baton Rouge LA 70810

Date  8/17/18        Page    1
Account Number          3882306

*[handwritten: 8/28/18]*

## CHECKING ACCOUNT

*[handwritten: July 1 to July 17 - 2,197.19]*

*[handwritten: July 18 - July 31 - 2402.12]*

| | | | |
|---|---|---|---|
| Simple Checking | | | |
| Account Number | 3882306 | Statement Dates | 7/18/18 thru 8/19/18 |
| Previous Balance | 2,402.12 | Days This statement period | 33 |
| Deposits/Credits | .00 | Average Ledger | 163.87 |
| 3 Checks/Debits | 2,402.12 | Average Collected | 163.87 |
| Service Charge | .00 | Minimum Balance for Period | 0 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

*[handwritten: $4,599.31]*

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $96.00 |
| Total Returned Item Fees | $.00 | $32.00 |

### CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 7/18 | 165 | 1,203.51 | 7/20 | 166 | 596.50 | 7/25 | 167 | 602.11 |

* Indicates Break In Check Number Sequence

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 7/18 | 1,198.61 | 7/20 | 602.11 | 7/25 | .00 |

*[handwritten: Transfer]*

*[handwritten: Closed DIP Transferred to chap.11 Trustee Acct]*

Privacy Notice:Federal law requires us to tell you how we collect,share & protect your personal information. Our privacy policy has not changed & you may review our policy & practices MidSouth Bank.com.To request a free copy,call us at 800-213-2265

See reverse side for important information