## UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF LOUISIANA

IN RE:  
MICHAEL ALLEN WORLEY

**Debtor**

CASE NO. 18-10017

CHAPTER 11

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM 9-1

Claimant, David E. Roberts, filed Proof of Claim No. 9-1 in the amount of $352,729.31.

Claimant wishes to withdraw this claim.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  /s/Amanda W. Messa
Amanda W. Messa, Bar Roll No. 30108
Monica M. Vela-Vick, Bar Roll No. 34803
II City Plaza
400 Convention St., Suite1100
Baton Rouge, LA 70802
Telephone: 225-346-0285
Facsimile: 225-381-9197
Email: amanda.messa@phelps.com
    monica.vela-vick@phelps.com

ATTORNEYS FOR DAVID E. ROBERTS

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing Notice of Withdrawal of Proof of Claim with the Clerk of the Court using the CM/ECF system.  Notification of such filing will be sent via electronic filing transmission to all counsel of record.


                          /s/ Amanda W. Messa